# EXHIBIT 4

Formal Complaint to the NSCA Board of Directors

Dear NSCA Board of Directors,

My name is Todd Hitch. I am submitting this formal complaint regarding multiple incidents of unsportsmanlike conduct that occurred during the North Central Regional at Northbrook Sports Club, held July 10–12. I was squadded in the Main Event with Brandon Powell, Jonathan Prince, Jared Rumer, and Cameron Hicks.

Issue 1 – Bullying and Mocking Another Competitor

On Day 1 at Stations 9 and 10, while Jared Rumer was shooting, Brandon Powell mocked Jared's voice while speaking to Jonathan Prince. I overheard the comments, and Cameron Hicks did as well. Although I initially chose not to address the incident, Mr. Hicks was visibly upset by the behavior. I am unsure whether Jared was aware of the comments because he was actively shooting when they occurred.

Issue 2 – Throwing Hulls and Use of Vulgar Language

On Day 1 at Station 6 of the B&P Course (true pair), Brandon Powell shot first and missed one target. Jonathan Prince then experienced a delayed target after calling for his pair. Mr. Prince called "no bird," and Mr. Hicks, Jared Rumer, and I all agreed that a no-bird should be granted.

Mr. Powell loudly argued that it was not a no-bird and continued disputing the ruling. After Mr. Prince reshot the pair and missed one target, Mr. Powell shouted, "See, that's what you get. It wouldn't have mattered."

Mr. Prince responded with a vulgar remark and threw his spent hulls toward Mr. Powell. Mr. Powell replied by loudly repeating the vulgar phrase. Because the situation was escalating, I called Brett Seibert before the squad moved to the next station.

Issue 3 – Continued Profanity and Verbal Confrontation

At the final station on the B&P Course, the verbal conflict between Mr. Powell and Mr. Hicks continued. Both competitors repeatedly used profanity, and the argument intensified until Brett Seibert intervened to calm the situation.

After shooting concluded that day, Mr. Hicks apologized to me for the disruption and stated that he would not tolerate Mr. Powell bullying or making fun of other competitors.

Issue 4 – Aggressive Physical Intimidation

On Day 2 at Station 5 of the Promatic Course, Mr. Powell exited the stand, stared down Mr. Hicks, walked directly into his personal space, and confronted him without speaking. Mr. Hicks responded by telling him, "Never do that again," and another argument followed.

Tommy Seibert and Brett Seibert intervened and separated the two competitors.

When I arrived at the following station, Mr. Powell apologized to me for having to witness the incident. I responded that we were there to compete and that everyone should simply remain quiet and move on. Then he walked straight to Mr. Hicks and started arguing and yelling. Tommy Seibert repeatedly blew his whistle in an effort to stop the confrontation, but neither competitor stopped immediately. The argument became so disruptive that I walked more than 50 feet away to avoid it.

Issue 5 – Personal Insult Toward Another Competitor

On Day 3 at Station 4 of the Beretta Course, while Jonathan Prince approached to observe the show pair, Mr. Powell stated, “Wow, you sink into the ground a lot more than I do, you big ole boy.”

Conclusion

I support the club’s decision to disqualify both Cameron Hicks and Brandon Powell. Mr. Prince’s conduct improved on Days 2 and 3. However, my primary concern remains Brandon Powell’s repeated pattern of behavior.

I have repeatedly been the target of mocking and harassment by Mr. Powell over the last several years, including similar behaviors that were witnessed this past weekend at the North Central Regional to myself and other competitors. This perpetual harassment has no place in society, let alone occurring at NSCA completions. I believe this pattern of bullying and intimidation must come to an end. As someone who earns a living competing and coaching in the shooting sports, I believe Mr. Powell intentionally attempts to interfere with competitors through intimidation, harassment, and conduct that is inconsistent with the standards of sportsmanship expected within the NSCA.

Based on the conduct I personally witnessed, as well as what I believe to be a documented history of safety concerns and repeated behavioral issues, I respectfully request that the Board carefully review Mr. Powell’s conduct and consider imposing the strongest disciplinary action it deems appropriate, including the possibility of a lifetime ban from NSCA competition if warranted under NSCA rules and policies.

Certification

I certify that the statements contained in this complaint are true and accurate to the best of my knowledge and are based on my personal observations unless otherwise noted.

Thank you for your time and consideration of this complaint.

Respectfully,

Todd Hitch
NSCA Member #661804