# EXHIBIT 5

Outlook

**Fwd: Original Complaint Letter NC Regional**

**From** Brandon Powell <proshooter86@gmail.com>
**Date** Thu 2026-07-23 14:54
**To** Stephen Hess <stephen@stephenahess.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Hampton <mhampton@nssa-nsca.com>
> **Date:** July 23, 2026 at 3:47:24 PM CDT
> **To:** Brandon Powell <proshooter86@gmail.com>
> **Cc:** Nichole Bowers <nbowers@nssa-nsca.com>
> **Subject: Original Complaint Letter NC Regional**
>
> Attached is the letter that was given to Northbrook that the Protest Committee reviewed to help make their decision.
>
> This letter is being sent to you and will go to the NSCA Executive Council for review in this case.
>
> Let me know if you have any questions.
>
> Thanks!

**MICHAEL HAMPTON, JR.**
NSSA-NSCA Executive Director
(210) 688 3371 e. 299
mhampton@nssa-nsca.com

NATIONAL SKEET SHOOTING ASSOCIATION
NATIONAL SPORTING CLAYS ASSOCIATION
NATIONAL SHOOTING COMPLEX SAN ANTONIO, TX

12 July 26

I am protesting the events that occurred during the main event at the North Central Regional involving shooters Brandon Powell and Jonathen Prince.

The squad consisted of myself, Powell, Prince, Rumer, and Hitch. Starting on the 1st stand on the 1st day, There was a constant barage of attacks directed towards Hitch. Constant bickering between Prince and Powell, and comments such as "Don't let him Win" and "The way he's shooting doesn't work" all while Todd stood in the box trying to compete. After two stands of this, I stepped in and tried giving the both of them other things to focus on and the situation escalated to the level of having shoot management following us for the remainder of the shoot. This did almost nothing to mitigate the situation and Powell continued to act the same way. Midway through the 2nd day, He threw his shells at me coming out of the box and they hit me directly in the chest. Then proceeds to throw his shells on the ground in front of the club manager and tell both of us to pick them up.

If there are anymore questions regarding the unsportsmanlike conduct, I encourage anyone to contact the other members of the squad, and the Hitch family in particular.

In regards to the cheating / attempts at cheating, Here are the incidents I observed.

Prince

- Station 1 Promatic, 1st bird of 3rd pair
pulled trigger once bird was out of sight and tried manipulating trapper into calling it dead. I stopped it.

Powell

- Station 6 Fiochi, 2nd pair
Pair comes out slightly out of timing. Powell shoots, hits pair, misses next bird, leaves stand. Once Prince was in the box, he also had a pair that was off. Trapper calls no bird. Powell comes charging in yelling "If he gets it over, why don't I?" Well Brandon, you hit the pair that you're arguing about and missed the next. I stopped the trapper from giving it to him and moved on

This created the most incredibly toxic shooting environment that I have experienced in 60 plus thousand registered targets. I highly encourage the USCA as well as shoot staff to handle this matter because one day someone else will. There is no place in this game for any of it. Todd won the tournament fair and square