# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDON POWELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:26-cv-26-5102 |
| | § | |
| **NATIONAL SKEET SHOOTING ASSOCIATION d/b/a NATIONAL SPORTING CLAYS ASSOCIATION,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

**UNSWORN DECLARATION VERIFYING COMPLAINT AND APPLICATION FOR TEMPORARY RESTRINING ORDER AND PRELIMINARY INJUNCTION**
**(28 U.S.C. § 1746)**

1. My name is Brandon Powell. I am the Plaintiff in this action.

2. I have reviewed the allegations of the Verified Complaint and Plaintiff's Emergency Application for a Temporary Restraining Order and Motion for a Preliminary Injunction

3. I have personal knowledge of the facts set forth in the following Paragraphs of the Verified Complaint except where asserted "on information and belief": 1-5, 9, and 14-52.

4. Where a statement is made on information and belief, I do not have direct personal knowledge but have received information from sources I consider to be sufficiently reliable for me to assert the statement in good faith and with an honest belief.

5. I have also reviewed the. The factual assertions from the Motion that are taken from the Verified Complaint are likewise affirmed as above.

6. Specifically with respect to the assertions concerning irreparable harm, my absence from the U.S. Open that starts August 11, 2026 will cause me the loss of an opportunity in a unique sporting event that cannot possibly be recaptured or remedied through other relief.

7. I have reviewed each of the Exhibits 1-7 attached to the Complaint. With respect to those Exhibits, they are as follows:

| Exhibit | Document | Source |
|---|---|---|
| 1 | Amended and Restated Bylaws, National Skeet Shooting Association | NSSA-NSCA Web Download |
| 2 | 2026 NSCA Governance Book | NSSA-NSCA Web Download |
| 3 | 2026 NSCA Rule Book (rev. 4-22-26) | NSSA-NSCA Web Download |
| 4 | Hitch Complaint (NSCA Formal Complaint #26-10) | Sent to me by NSCA |
| 5 | Unsigned Northbrook Protest Letter | Sent to me by NSCA |
| 6 | Powell Response | My submission to NSCA |
| 7 | August 6, 2026 Suspension Letter | Sent to me by NSCA |

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America on this 10th day of August, 2026 that the foregoing is true and correct.

Signed by:
B2057AFBC7D349B...

Brandon Powell