**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDON POWELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:26-cv-05102-FB |
| | § | |
| **NATIONAL SKEET SHOOTING ASSOCIATION d/b/a NATIONAL SPORTING CLAYS ASSOCIATION,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

**SUPPLEMENT TO PLAINTIFF'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Brandon Powell ("Powell" or "Plaintiff") respectfully supplements his Emergency Application for a Temporary Restraining Order and Motion for a Preliminary Injunction filed on August 10, 2026 (Dkt. No. 3) (the "Motion") to provide the following supplemental information for the Court's consideration:

Powell is scheduled to participate in the 2026 NSCA U.S. Open on August 11, 2026, in Hudson, Wisconsin. His scheduled start time is at 2:00 Central Time.

The meeting of National Skeet Shooting Association d/b/a National Sporting Clays Association ("NSSA") Officers to discuss an internal appeal is scheduled for September 24, 2026, in San Antonio, TX. Powell's access to the membership portal has been disabled, so he is not able to follow the process of the internal appeal.

The foregoing information supports the emergency nature of Plaintiff's Motion, through which Powell requests an Order temporarily restraining NSSA from the actions identified in the Motion.

Respectfully submitted,

COKINOS | YOUNG
10999 ih-10 West, Suite 800
San Antonio, Texas 78230
(210) 293-8700 (Office)
(210) 293-8744 (Fax)

*By: /s/ Marshall B. Swanson*
Stephanie O'Rourke
State Bar No. 15310800
Email: sorourke@cokinoslaw.com
Chance K. Decker
State Bar No. 24069502
Email: cdecker@cokinoslaw.com
Marshall B. Swanson
State Bar No. 24098490
Email: MSwanson@cokinoslaw.com

And

THE LAW OFFICES OF STEPHEN A. HESS, P.C.
111 South Tejon, Suite 102
Colorado Springs, Colorado 80903
(719) 471-4516 (Office)
Stephen A. Hess
Bar No. 16899
Email: stephen@stephenahess.com
***(Pending Pro Hac Vice Admission)***

***ATTORNEYS FOR PLAINTIFF BRANDON POWELL***