# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDON POWELL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:26-CV-5102** |
| | § | |
| **NATIONAL SKEET SHOOTING ASSOCIATION d/b/a NATIONAL SPORTING CLAYS ASSOCIATION,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**UNSWORN DECLARATION**
**UNDER PENALTY OF PERJURY OF MICHAEL HAMPTON**

1. My name is Michael Hampton. I am over the age of twenty-one (21), and am fully competent and capable in all respects to make this Declaration. I declare under the penalty of perjury that I have personal knowledge of the facts and information set forth herein and that such facts and information are within my personal knowledge.

2. My date of birth is August 14, 1969 and my address is 5931 Roft Road, San Antonio, Texas 78253.

3. I am the Executive Director of National Skeet Shooting Association ("NSSA") and the National Sporting Clays Association ("NSCA"). The NSCA is the largest Sporting Clays association in the world and its purpose is to promote and govern the sport of sporting clays throughout the United States and other countries, in a way which is beneficial to all who enjoy and participate in the game. The NSCA is dedicated to the development of the sport at all levels of participation and vows to create an atmosphere of healthy competition and meaningful fellowship within its membership.

4. On August 6, 2026, Mr. Brandon Powell was suspended by the NSCA Executive Council after a thorough examination of all facts and circumstances surrounding Mr. Powell's conduct at the 2026 North Central Regional NSCA event. A true and correct copy of the disciplinary letter is attached as **Exhibit A-1** to my declaration.

5. Pursuant to the NSCA Rules & Regulations (the "NSCA Rules"), the NSCA Executive Council may, "at any time at its discretion, suspend, expel or discipline any member or member club for the violation of any NSCA rule or regulation" and "shall have the discretion to suspend or expel a member or to impose any other disciplinary action it deems appropriate." A true and correct copy of the NSCA Rules are attached as **Exhibit A-2** to my declaration.

6. The NSCA Executive Council exercised its discretion in suspending Mr. Powell and imposing other discipline as outlined in the disciplinary letter.

7. At the 2026 North Central Regional on July 10-12, 2026 at the Northbrook Sports Club, Mr. Powell engaged in unsportsmanlike conduct, and on Sunday July 12, 2026, during the event, NSCA member Cameron Hicks submitted a handwritten complaint to Brett Seibert of the Northbrook Sports Club. A true and correct copy of the handwritten complaint is attached as **Exhibit A-3** to my declaration.

8. Mr. Seibert passed the written protest on to Sammy McFaddin who was a member of the shoot management protest committee, at which point Mr. McFaddin notified the three committee members that they had material to review. The committee members included Sammy McFaddin, Scott Williams, and Kevin Smith. Mr. McFaddin and Mr. Williams were course managers and Mr. Smith was on the Main Event at the time the message was sent. Each came in and reviewed the written complaint as soon as possible and then met to discuss. A true and correct copy of an email from Mr. McFaddin explaining these events is attached as **Exhibit A-4** to my declaration.

9. Mr. Powell and Mr. Hicks were both suspended from the North Central Regional Event. A true and correct copy of the Shoot Committee's official statement is attached as **Exhibit A-5** to my declaration.

10. After the North Central Regional Event, but prior to any decision by the NSCA, Mr. Powell's ammunition sponsor, Remington, canceled their sponsorship of Mr. Powell.

11. The NSCA subsequently received a formal complaint about Mr. Powell's conduct from another NSCA member, Todd Hitch, which initiated Formal Complaint #26-10. I notified Mr. Powell on July 14, 2026 that a complaint had been made against him as required by NSCA Rules. A true and correct copy of that notification letter, with the formal complaint included, is attached as **Exhibit A-6** to my declaration.

12. After Formal Complaint #26-10 was initiated, Mr. Powell responded with his own statement on July 24, 2026. A true and correct copy of Mr. Powell's letter is attached as **Exhibit A-7** to my declaration.

13. The NSCA initiated disciplinary proceedings against Cameron Hicks related to his conduct at the North Central Regional Event. A true and correct copy of a letter from Cameron Hicks is attached as **Exhibit A-8** to my declaration.

14. The NSCA also initiated disciplinary proceedings against Jonathan Prince related to his conduct at the North Central Regional Event. A true and correct copy of a letter from Jonathan Prince is attached as **Exhibit A-9** to my declaration.

15. In addition to the statements from Mr. Hitch, Mr. Hicks, Mr. Prince, and Mr. Powell, referenced above, numerous witness statements were obtained during the complaint process, including statements from James Brady, Enzo Di Giovanni, Brett Turrentine, Tiffany

Goodin, Brett Seibert, Jared Rumer, Michael Luongo, Jr., Scott Hitch, Julianne Hitch, Gary Fitzjarrell, and Sammy McFaddin, all of which the Executive Council reviewed.

16. A true and correct copy of email and letter statements from Jared Rumer are attached as **Exhibit A-10** to my declaration.

17. A true and correct copy of email and letter statements from Scott Hitch are attached as **Exhibit A-11** to my declaration.

18. A true and correct copy of a letter statement from Julianne Hitch is attached as **Exhibit A-12** to my declaration.

19. A true and correct copy of an email statement from Michael Luongo is attached as **Exhibit A-13** to my declaration.

20. A true and correct copy of an email statement from Brett Seibert is attached as **Exhibit A-14** to my declaration.

21. A true and correct copy of an email statement from James Brady is attached as **Exhibit A-15** to my declaration.

22. A true and correct copy of email and letter statements from Enzo Di Giovanni are attached as **Exhibit A-16** to my declaration.

23. A true and correct copy of an email statement from Tiffany Goodin is attached as **Exhibit A-17** to my declaration.

24. A true and correct copy of an email statement from Gary Fitzjarrell is attached as **Exhibit A-18** to my declaration.

25. A true and correct copy of a letter statement from Brett Turrentine is attached as **Exhibit A-19** to my declaration.

26. I also attempted to get a statement from Tommy Seibert, but he did not provide a statement.

27. A true and correct copy of an email from Sammy McFaddin is attached as **Exhibit A-20** to my declaration.

28. Since the event that led to Mr. Powell's suspension, the NSCA has received other complaints about Mr. Powell, including from Derrick Mein and Nick Vigiano. E-mail statements from Mr. Mein and Mr. Vigiano are attached as **Exhibit A-21** and **Exhibit A-22**, respectively.

29. Mr. Powell has a long and complicated history with the NSCA, and has been disciplined previously on numerous occasions, including dating back to 2005.

30. In addition to Mr. Powell's past disciplinary and complaint history with the NSCA, this is the third time in the last 15 months that the Executive Council has met to address formal complaints of rule violations by Mr. Powell.

31. On May 2, 2025, the Executive Council issued its findings and decision related to NSCA Formal Complaint #25-01 arising out of Mr. Powell's actions on March 22, 2025, resulting in (among other things) a temporary membership suspension. Mr. Powell's actions on March 22, 2025 included verbally threatening another NSCA member (on video) in front of a crowd that included women and children. A true and correct copy of the disciplinary letter to Mr. Powell regarding Formal Complaint #25-01 is attached as **Exhibit A-23** to my declaration.

32. Then on November 21, 2025, the Executive Council issued its findings and decision related to NSCA Formal Complaint #25-02 arising out of Mr. Powell's actions on September 12, 2025, resulting in (among other things) a probationary period that recently ended on April 28, 2026. Mr. Powell's actions on September 12, 2025 included shooting on a closed course, while others were working downrange on the course, which was a safety violations that endangered lives. A true and correct copy of the disciplinary letter to Mr. Powell regarding Formal Complaint #25-02 is attached as **Exhibit A-24** to my declaration.

33. As a result of its examination of the evidence related to Mr. Powell's conduct and history, as referenced above, the NSCA Executive Council has exercised its discretion to suspend Mr. Powell. The NSCA is a voluntary amateur association, and the NSCA has the right to impose, interpret, and enforce its rules and regulations and all decision by the NSCA Executive Council following a hearing are final.

34. Numerous individuals have expressed their concern about Mr. Powell competing at any NSCA events, and NSCA members have stated that they are not comfortable attending events if Mr. Powell will be present, and will reconsider their NSCA membership given Mr. Powell's past behavior, which has included aggressive conduct and vulgar language. Given that the NSCA is a firearms-based organization, the NSCA has real concern that continuing to allow Mr. Powell to compete could endanger NSCA members or spectators.

35. Mr. Powell has no right to be a member of the NSCA or participate in NSCA registered events and Mr. Powell's suspension prevents him from participating in NSCA-registered competitions.

36. However, despite Mr. Powell's suspension, there are still several avenues available to him within the sporting clays industry through which he can earn income. For example, assuming the host clubs allow him on site, Mr. Powell can continue to be involved in target setting for shooting events, which can be a significant source of income and does not require him to compete as an NSCA member. He is also still able to participate in Make-A-Break competitions held in conjunction with events because those are non-registered competitions. Additionally, the suspension does not prevent Mr. Powell from providing shooting instruction, for which accomplished shooters can command significant fees. He remains a well-known and accomplished shooter.

37. I am familiar with the manner in which the NSCA's records are created and maintained by virtue of my duties as the Executive Director of the NSCA. Attached hereto are 166 pages of business records from the NSCA:

Exhibit A-1: Powell Disciplinary Letter for NSCA Formal Complaint #26-10;
Exhibit A-2: 2026 NSCA Rules and Regulations;
Exhibit A-3: Hicks Handwritten Complaint;
Exhibit A-4: McFadden Statement;
Exhibit A-5: Protest Committee Statement;
Exhibit A-6: Formal Complaint #26-10 Notification Letter with Complaint;
Exhibit A-7: Powell Response;
Exhibit A-8: Hicks Statement;
Exhibit A-9: Prince Statement;
Exhibit A-10: Rumer Statement;
Exhibit A-11: Scott Hitch Statement;
Exhibit A-12: Julianne Hitch Statement;
Exhibit A-13: Lungo Statement;
Exhibit A-14: Seibert Statement;
Exhibit A-15: Brady Statement;
Exhibit A-16: Giovanni Statement;
Exhibit A-17: Goodin Statement;
Exhibit A-18: Fitzjarell Statement;
Exhibit A-19: Turrentine Statement;
Exhibit A-20: McFaddin Statement;
Exhibit A-21: Mein Email;
Exhibit A-22: Vigiano Email;
Exhibit A-23: May 2, 2025 Disciplinary Letter for Formal Complaint #25-01;
Exhibit A-24: November 21, 2025 Disciplinary Letter for Formal Complaint #25-02.

38. These are the original records or exact duplicates of the original records. It is the regular practice of the NSCA to make this type of record at or near the time of each act, event, condition, or opinion set forth in the record. It is the regular practice of the NSCA for this type of record to be made by, or from information transmitted by, persons with knowledge of the matters set forth in them. It is the regular practice of the NSCA to keep this type of record in the course of regularly conducted business activity. It is the regular practice of the business activity to make the records.

39. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NOT.

**[Signature Page Follows Next]**

Executed in Bexar County, State of Texas, on this 10 day of August 2026.

Michael Hampton

# EXHIBIT A-1

NATIONAL SPORTING CLAYS ASSOCIATION™

August 6, 2026

To: Brandon Powell
P.O. Box 694
Reynolds, GA 31076
proshooter86@gmail.com

**Via email and Certified Mail R/R/R**

Re: NSCA Formal Complaint #26-10

Mr. Powell:

On August 5, 2026, the NSCA Executive Council held a meeting pursuant to the NSCA Rules and Regulations where they reviewed the complaint, your response, information from the Northbrook Sports Club, and the witness statements of Cameron Hicks, Jonathan Prince, James Brody, Enzo Di Giovanni, Brett Turrentine, Tiffany Goodin, Brett Seibert, Jared Rumer, Michael Luongo, Jr., Scott Hitch, Julianne Hitch, Gary Fitzjarrell, and Sammy McFaddin. After reviewing all the evidence, the following was agreed upon by a vote of: 12 in favor, 0 opposed, 2 abstained, 1 absent.

1. Your actions on July 10, 2026, July 11, 2026, and July 12, 2026 were violations of the NSCA's rules and conduct, which provide in pertinent part that "[i]t shall be a violation of these rules to … (1) Exhibit unsportsmanlike conduct of any kind, including but not limited to … cheating, swearing, verbal or physical abuse of any shooter, scorer, field judge, shoot official or protest committee … (7) Exhibit any conduct that is harmful to the NSCA, its membership, or the sport as a whole." *See* NSCA rules IV-C-1, IV-C-7.
2. The disqualification issued at the Northbrook Sports Club during the 2026 North Central Regional will stand.
3. Effective August 6, 2026, your NSCA membership will be suspended for the remainder of the year and your suspension will continue for a period of 10 additional calendar years.
4. You may re-apply for NSCA membership after January 1, 2037, but the NSCA is not obligated to accept your application.
5. If you are reinstated as an NSCA member following the expiration of your suspension, your membership will be subject to lifetime disciplinary probation; meaning any future violation of the NSCA Bylaws, Official Rules, Code of Conduct, or other applicable policies may result in immediate disciplinary action, up to and including permanent revocation of your membership.
6. Effective immediately, you are permanently disqualified from eligibility for membership on any NSCA recognition team, including, but not limited to, the USA Sporting Clays FITASC and Sporting Teams.
7. Effective immediately, you are permanently disqualified from eligibility for nomination to or induction into the NSCA Hall of Fame.

As you know, pursuant to Section IV-D of the NSCA Rules, the Executive Council may, at any time at its discretion, suspend, expel or discipline any member for the violation of any NSCA rule or regulation. In addition to your past disciplinary/complaint history with the NSCA, this is the third time in within the last 15 months that the Executive Council has met to address formal complaints of rule violations by you. On

NATIONAL SPORTING CLAYS ASSOCIATION™

May 2, 2025, the Executive Committee issued its findings and decision related to NSCA formal complaint #25-01 arising out of your actions on March 22,

2025, resulting in (among other things) a membership suspension. Then on November 21, 2025, the Executive Committee issued its findings and decision related to NSCA formal complaint #25-02 arising out of your actions on September 12, 2025, resulting in (among other things) a probationary period that recently ended on April 28, 2026.

As noted above, the NSCA rules grant the NSCA Executive Council "the discretion to suspend or expel a member or to impose any other disciplinary action it deems appropriate." *Se e* e.g. NSCA rules § IV-D-2-n-iv. In this case, while a lifetime ban from the NSCA was considered, the NSCA Executive Council decided to exercise its discretion to suspend your membership in the NSCA as described above, but has stopped short of imposing a lifetime ban.

You have the right to appeal this decision by notifying the Officers of the National Skeet Shooting Association ("NSSA"), but your suspension will remain in effect throughout the appeal process. If you wish to appeal this decision, pursuant to section IV-E of the NSCA rules, you must notify the NSSA Officers in writing no later than twenty (20) days from the date the ruling was issued. If you submit the appeal notification, the NSSA Officers shall hold a hearing on the matter, which will take place at the next regularly scheduled quarterly meeting of the NSSA Officers. At that hearing, you will have a right to be present, the right to be accompanied by counsel, and the right to testify and present any evidence you choose. You will not have the right to cross-examine witnesses. No record or transcript of the hearing will be made or allowed. The NSSA Officers will review all evidence and may affirm, reverse, or modify the disciplinary action imposed (including increasing the punishment). Any decision made by a majority vote of the NSSA Officers is final. Please refer to section IV-E of the NSCA rules for the complete list of your appellate rights.

The NSCA wishes to remind you that you agreed to abide by all of the NSCA rules, including agreeing "to abide by any decision of the NSCA Executive Council and further agree[d] and recognize[d] that as a voluntary amateur association, the NSCA has the right to impose, interpret and enforce its rules and regulations and that all decisions by the NSCA Executive Council following a hearing are FINAL." *See* NSCA rules § IV-E-4.

Respectfully,

Michael Hampton, Jr.
NSSA-NSCA Executive Director

cc: Ryan Landry, Dykema Gossett (via email)

# EXHIBIT A-2

NATIONAL SPORTING CLAYS ASSOCIATION™

# 2026

# RULES & REGULATIONS

- Sporting Clays
- NSCA 5-Stand
- Super Sporting
- Parcours de Chasse (FITASC)
- American Field Sporting

*Updated: 4/22/26*

# NATIONAL SPORTING CLAYS ASSOCIATION

**www.mynsca.com**

5931 Roft Road • San Antonio, TX 78253
(210) 688-3371 • nsca@nssa-nsca.com

# Table of Contents


I. General Information . . . . . 6
A. Purpose of NSCA. . . . . 6
II. Safety. . . . . 7
A. Safety is Everyone's Responsibility . . . . . 7
III. Membership . . . . . 8
A. Individual. . . . . 8
B. Clubs and Ranges. . . . . 8
IV. Rules of Conduct . . . . . 9
D. Suspensions, Expulsions and Reinstatement . . . . . 10
F. Disqualification and Expulsion. . . . . 13
G. Spectator Rules of Conduct . . . . . 14
V. Classification . . . . . 15
A. Classification System . . . . . 15
1. Determining Class . . . . . 15
2. Moving up in Class . . . . . 17
3. Reclassification/Known Ability . . . . . 19
4. Classification Review . . . . . 21
5. Shooter's Responsibility . . . . . 22
6. Appeals. . . . . 23
7. Concurrent Events . . . . . 24
VI. Rules & Regulations for Registered Tournaments . . . . . 26
A. Participation. . . . . 26
1. Club . . . . . 26
2. Individual . . . . . 27
B. Types Of Tournaments . . . . . 29
1. Registered Sub-Gauge Events . . . . . 30
2. Major Shoot . . . . . 30
3. State Championship . . . . . 30
4. Regional Championship . . . . . 32
5. U.S. Open . . . . . 33
6. National Championship . . . . . 34
7. League . . . . . 35
8. Monthly Targets . . . . . 36
9. Charity/Fundraising Events . . . . . 36
C. Tournament Equipment . . . . . 36
1. Targets . . . . . 36
2. Traps. . . . . 37
D. Course Set-up and Requirements . . . . . 37
1. Station. . . . . 37
2. Field . . . . . 38
E. Shoot Officials and Personnel . . . . . 38
1. Shoot Promoter. . . . . 38
2. Shoot Official . . . . . 39
3. Field Judge (Referee) . . . . . 39
4. Chief Referee . . . . . 39
5. Certified Referee . . . . . 40

F. Weather/Mitigating Circumstances. . . . . . . . . . . . . . . . . . . . . . . .40
G. Shoot-offs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
H. Protests. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
I. Official Scores . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
J. Registered Shoot Reports . . . . . . . . . . . . . . . . . . . . . . . . . . .42
1. Reporting Requirements . . . . . . . . . . . . . . . . . . . . . . . . .42
2. Financial Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
3. Shoot Report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
K. Super Sporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
L. 5-Stand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
M. FITASC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
N. American Field Sporting . . . . . . . . . . . . . . . . . . . . . . . . . .45
VII. Tournament Rules. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
A. Gauge Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
B. Shotguns. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
C. Ammunition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
D. Shooting Order/Rotations . . . . . . . . . . . . . . . . . . . . . . . . . .47
1. Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
E. Attempting Targets . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
F. Target Presentation and Scoring . . . . . . . . . . . . . . . . . . . . . . .49
G. Scoring Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
H. Malfunctions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
1. Gun Malfunctions. . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
2. Shooter Malfunctions . . . . . . . . . . . . . . . . . . . . . . . . . . .53
3. Ammunition Malfunctions . . . . . . . . . . . . . . . . . . . . . . . . .53
4. Trap/Target Malfunctions. . . . . . . . . . . . . . . . . . . . . . . . .54
I. NSCA 5-Stand Sporting™. . . . . . . . . . . . . . . . . . . . . . . . . . .54
1. Land . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54
2. Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .55
3. Layout. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .55
4. Rules. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
J. Super Sporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
K. Sub-Gauge FITASC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .57
VIII. Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .57
A. Certified Instructors Program . . . . . . . . . . . . . . . . . . . . . . . .57
B. Nonpayment Penalties . . . . . . . . . . . . . . . . . . . . . . . . . . . .58
1. Clubs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58
C. Individuals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58
D. Checks/Payments/Overpayments . . . . . . . . . . . . . . . . . . . . . . .59
IX. Parcours De Chasse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59
I. Definition of FITASC Rules. . . . . . . . . . . . . . . . . . . . . . . . . . .60
Chapter 1 - Definition of FITASC . . . . . . . . . . . . . . . . . . . . . . . .60
Chapter 2 - FITASC Layouts. . . . . . . . . . . . . . . . . . . . . . . . . . .60
Chapter 3 - Shooting Rules . . . . . . . . . . . . . . . . . . . . . . . . . . .62
Chapter 4 - Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
II. Competition Refereeing . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
Chapter 5 - Referees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
Chapter 6 - Target Refereeing . . . . . . . . . . . . . . . . . . . . . . . . .64

Chapter 7 - Gun and Ammunition . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Chapter 8 - Rules of Conduct / Safety . . . . . . . . . . . . . . . . . . . . . . . 69
Chapter 9 - Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
Chapter 10 - Refusal to Comply . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
Chapter 11 - Attempting to Influence the Referee . . . . . . . . . . . . . . 72
Chapter 12 - Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
Chapter 13 - Penalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
Chapter 14 - Scorecards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
III. Competition Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Chapter 15 - Competition Organization . . . . . . . . . . . . . . . . . . . . . 75
Chapter 16 - Championship Procedure . . . . . . . . . . . . . . . . . . . . . 77
Chapter 17 - Dress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
Chapter 18 - Shoot-offs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
X. Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
XI. Conversion Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
XII. American Field Sporting Rules . . . . . . . . . . . . . . . . . . . . . . . . 81
I. Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
II. Safety. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
III. The Game . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
A. Target Types. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
B. Target Presentation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
C. XBird . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
D. Nonpayment Penalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
IV. Field Formats . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
A. Red Field Format. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
i. Target Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
ii. XBird. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
iii. Previewing Targets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
iv. Attempting Targets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
B. White Field Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
i. Target Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
ii. XBird. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
iii. Previewing Targets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
iv. Attempting Targets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
C. Blue Field Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
i. Target Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
ii. XBird. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
iii. Previewing Targets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
iv. Attempting Targets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
D. Green Field Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
i. Target Menus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
ii. XBird. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
iii. Previewing Targets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
iv. Attempting Targets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
V. General Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
A. Types of Guns Used. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
B. Gauges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
C. Ammunition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

D. Shooting Order/Rotations .90
E. Arrival at Starting Station .90
F. Shooter Number Display .90
G. Ready Position for Master and AA .91
H. Ready Position for Other Classes .91
I. Inside the Shooting Station .92
J. Pre-shot Gun Swing .92
K. Calling for the Target .92
L. Launching Targets .92
M. Launching Targets .92
N. One-shot Singels .92
O. Two-Shot Single Target and XBird .92
P. Pairs .93
Q. Menu .93
VI. Field Judge Responsibility .94
A. Ambassadors of the Game .94
B. Before Shooting Starts .94
C. Late/Missing Shooter .94
D. Previewing Targets .95
E. Attempting Targets .95
F. No-Bird and Gun Malfunctions .95
G. Shot Penalties .96
H. Penalties (After First Warning) .96
VII. Scoring .96
A. Recording and Marking Scores .96
B. Clarification of Score .97
C. Final Score Tie Breaking .97
VIII. Turbo .98
A. Overview .98
B. Format .98
XIII. NSCA Approved Targets . 98
XIV. NSCA Regional Map .100

Revised for the 2026 shooting year.

---

**Shells handled safely**
**Actions open**
**Firearms pointed in a safe direction**
**Eye and ear protection is required**
**Target fragments can be dangerous**
**YWhy?**

Because safety is everyone's responsibility!

**NATIONAL SPORTING CLAYS ASSOCIATION**
**5931 Roft Road**
**San Antonio, Texas 78253-9261**

# OFFICIAL RULES & REGULATIONS

# ORGANIZATION OF THE NATIONAL SPORTING CLAYS ASSOCIATION

The National Sporting Clays Association (NSCA) was formed in April of 1989, as a division of the National Skeet Shooting Association (NSSA), to promote sporting clays in the United States and other countries. The following is an informative summary of the organization of the NSCA, important official policies and rules that govern the NSCA, the shooting of registered targets, the conduct of shooters and the duties of shoot management. The NSCA has the responsibility for the formulation, regulation and enforcement of these rules. For any rules or policies not contained in this book, or in the official minutes of the NSCA Executive Council meetings, refer to the bylaws of the NSSA. The NSCA reserves the right to make alterations in, or amendments to, these rules and policies at any time, when it deems it to be in the best interest of the National Sporting Clays Association and its members.

## I. General Information

### A. Purpose of NSCA

The purpose of the National Sporting Clays Association is to promote and govern the sport of sporting clays throughout the United States and other countries, in a way which is beneficial to all who enjoy and participate in the game. The NSCA is dedicated to the development of the sport at all levels of participation. NSCA vows to create an atmosphere of healthy and safe competition and meaningful fellowship within its membership.

# II. Safety

## A. Safety is Everyone's Responsibility

1. It is everyone's responsibility to report any unsafe shooting condition or action immediately to Shoot Officials.
2. **Mandatory Eye and Ear Protection**—All persons, spectators, shooters, field judges and trap personnel, must wear eye and ear protection on the course at a tournament sanctioned by NSCA. Apple Air-pods and similar earbuds are not adequate ear protection unless custom molded to provide hearing protection. Earbuds specifically designed to offer hearing protection are acceptable.
3. The use of horizontal gun racks or horizontal gun cases are not permitted. Horizontal gun racks may not be used on any manner of conveyance or on a course where any part of the body of a shooter or guest may pass in front of a firearm's muzzle, whether the firearm is loaded or not. Failure to enforce this rule may subject the club to disciplinary action under Rule IV-D.
4. **Trap Personnel Protection**—All trap personnel in front of the line of fire must be out of sight with screen protection able to withstand the charge of shot at the given distance.
5. All shooting must require the shooter (except wheelchair shooters) to engage all targets from **within the stand**, in the standing position.
6. Shooters must have the permission of a Field Judge to test fire any gun. Guns will be discharged only in attempt at competition targets.
7. The first person on every squad shall be allowed to view a good presentation of targets from within the shooting station. At least one pair will be shown, but limited to no more than two pairs. This person is the only person permitted to mount their unloaded gun and track the targets being viewed.
8. It is the sole responsibility of the shooter to begin any event, station and/or field with sufficient equipment, including safety equipment and ammunition. Failure to do so, which, in the

opinion of the Field Judge will delay the shoot, will result in the loss of all targets as required to keep the shoot moving. Make-up targets will be provided only at the discretion of the Shoot Officials.

9. The shooting stations must be positioned in such a way that all shooters, trappers, and spectators are protected from shot/target fall. Additionally, the shooting stations must be designed to restrict dangerous gun hold/movement.
10. Target Drop Zones must be clear of ALL shooters and spectators.
11. Course Design Safety is the sole responsibility of the Range Owner/Shoot Officials.
12. The shooter must fire with his/her gun shouldered for all targets.
13. The use of any drug, legal or illegal, including alcohol, prior to or during an NSCA event by a registered competitor is prohibited with the exception of prescription medicine, which does not impair a shooters ability to perform safely. Alcohol may not be in any area where shooting activities are taking place.
14. Failure to comply with the NSCA Safety Rules may subject the Range Owner/Shoot Officials/Competitor to possible suspension.
15. Shotgun shooting safety is everyone’s responsibility.
16. Safety Zone – When a shooter is in the process of shooting, no one (other than the Referee/Trapper) is allowed within three feet (3’) of the shooter. There will be an imaginary line three feet behind the shooter that will extend along the entire station.

# III. Membership

## A. Individual

1. The membership and shooting year begins on January 1 and ends on December 31 of the same year.
2. All memberships may be applied for by filling out an application provided at an NSCA club/range or by contacting NSCA Headquarters for an application. Also available on NSCA website www.nssa-nsca.org.

**B. Clubs and Ranges**

1. The membership and shooting year begins on January 1 and ends December 31 of the same year.
2. Annual Club/Range membership may be applied for by filling out an application provided by the NSCA. Also available on NSCA website www.nssa-nsca.org.

# IV. Rules of Conduct

**A.** Each member and club has access to the Official NSCA rules, on the NSCA website www.nssa-nsca.org, with the understanding that the member/member club will read and understand each rule. All members and member clubs are responsible to know these rules and abide by them, for their own benefit and safety as well as that of other shooters.

**B.** By paying the membership fee, entering a competition or holding a competition, every member and member club agrees to abide by these rules and to accept all official decisions of the NSCA in interpreting and/or applying these rules.

**C.** It shall be a violation of these rules to:

**1)** Exhibit unsportsmanlike conduct of any kind, including but not limited to, falsifying scores or classification, **refusal to turn in a scorecard,** cheating, swearing, verbal or physical abuse of any shooter, scorer, field judge, shoot official or protest committee.

**2)** Disobey the order of any scorer, field judge or shoot official.

**3)** Violate any safety rules as set forth in Section II of these rules and regulations, or engage in any activity that is considered unsafe by the NSCA Executive Council.

**4)** Shoot at any place other than the designated station.

**5)** Interfere with the shoot management's procedures in conducting the shoot.

**6)** Violate any rule or regulation of a club or range.

**7)** Exhibit any conduct that is harmful to the NSCA, its membership, or the sport as a whole. Exhibit behavior that shows discrimination towards race, religion, or sex - including sexual harassment.

**8)** Failure to submit a written complaint to shoot management after witnessing the violation of one of the NSCA's rules or

regulations.

**9)** Failure of shoot management to submit a written report to NSCA of written complaints received along with a report of action taken.

**10)** Violate any other rule or regulation of the NSCA as set forth in any other section or paragraph of the NSCA's rules and regulations.

## D. Suspensions, Expulsions and Reinstatement

**1.** The Executive Council may, at any time at its discretion, suspend, expel or discipline any member or member club for the violation of any NSCA rule or regulation. State Associations also have the same authority under their association by-laws. The NSCA encourages State Associations, if one exists, to take the first disciplinary action(s), then notify the NSCA of the complaint, action(s) taken, and if there is a request for further action by the NSCA.

**2.** The procedure for suspension, expulsion or other disciplinary action is as follows:

**g)** Any member, shooter, scorer, field judge, shoot official, owner or member of management of a club or range who witnesses a violation of any NSCA rule shall submit to the NSCA Director or Executive Director a **written** complaint within thirty (30) days of the alleged violation. The action of being disqualified from a shoot does not start disciplinary action. The complaint **must** be in writing to start disciplinary action. The written complaint shall include:

**i.** the name of the alleged violator

**ii.** the date and location of the alleged violation

**iii.** a reasonably detailed description of the alleged violation and a request for action to be taken on the situation

**iv.** the names and addresses, if known, of all witnesses

**v.** the name, address, phone number and signature of the complainant(s).

**h)** Upon receipt, the NSCA Director or Executive Director shall assign each complaint a complaint number consist-

ing of the year of the receipt and consecutive number of receipt, i.e. 13-01, 13-02, etc.

**i)** The NSCA Director or Executive Director shall review the complaint and determine if it meets the requirements set forth above. Any complaint may be resubmitted so long as it is received within the described requisite time period noted above. The NSCA Director or Executive Director has the discretion to consider and investigate or dismiss any complaint that does not meet the foregoing requirements.

**j)** Within ten (10) days of receipt of a complaint the NSCA Director or Executive Director, or anyone acting pursuant to direction from the Director or Executive Director, shall serve written notice of the complaint and a copy of the complaint on the alleged violator by Certified Mail, return receipt requested. The written notice shall instruct the alleged violator of his right to submit a **written** statement, which must be signed and should include the names, addresses and phone numbers of any witnesses not named in the complaint. Such written statement must be received by the NSCA Director or Executive Director within ten (10) days of the alleged violator's receipt of the notice and complaint. All statements received after such date shall not be considered.

**k)** The NSCA Director or Executive Director, or someone acting pursuant to direction from the Director or Executive Director, shall thoroughly investigate the allegations of the complaint by attempting to obtain written statements from all known witnesses. All witness statements must be in writing and signed by the witness.

**l)** After time for the alleged violator to respond expires, the NSCA Director or Executive Director shall review the complaint, the statement of the alleged violator, witness statements and any other relevant evidence. Upon such review, the NSCA Director or Executive Director shall recommend to the NSCA Executive Council a specific disciplinary action. The recommendation shall include:

**i.** all evidence that was considered, including the names

of any witnesses who submitted statements;

**ii.** a determination of whether the alleged violation occurred; and

**iii.** the disciplinary action, if any, the NSCA Director or Executive Director recommends that the NSCA Executive Council impose.

**m)** The NSCA Director or Executive Director shall provide each member of the NSCA Executive Council with a copy of the complaint, the statement of the alleged violator, copies of any witness statements and a copy of the recommendation.

**n)** The NSCA Director or Executive Director shall schedule a conference call between the members of the NSCA Executive Council wherein the NSCA Executive Council shall review all information provided by the NSCA Director or Executive Director and issue a ruling on the matter by majority vote. The NSCA Executive Council's ruling shall include:

**i.** the date of issuance

**ii.** all evidence that was considered, including the names of any witnesses who submitted statements

**iii.** a determination of whether the alleged violation occurred and

**iv.** the disciplinary action, if any, imposed by the NSCA Executive Council.

**The NSCA Executive Council shall have the discretion to suspend or expel a member or to impose any other disciplinary action it deems appropriate.**

**o)** Upon issuance of a ruling, the NSCA Director or Executive Director shall serve the ruling on the violator by certified mail, return receipt requested. The ruling shall become effective on the date of issuance and continue until a hearing, if any, is held.

**E.** The violator has the right to appeal the NSCA Executive Council's ruling by notifying the NSSA Officers. Such notification of appeal must be in writing and must be post-marked no later than twenty (20) days from the date the ruling was issued.

1) Upon receipt of the notification of appeal, the NSSA Officers shall hold a hearing on the matter, which will take place at the next **regularly scheduled quarterly meeting** of the NSSA Officers.
2) At the hearing, the violator has the right to be present, the right to bring counsel, the right to testify and the right to present any evidence he so chooses. The violator does not have the right to cross-examine witnesses. The violator does not have the right to make a record and no transcript of the hearing will be made or allowed.
3) The NSSA Officers shall review the complaint, the written statement of the violator and any other evidence it deems appropriate. The NSSA Officers may allow any and all witnesses to testify by telephone or in person.
4) At the conclusion of such hearing, the NSSA Officers shall have the authority to affirm, reverse or modify the disciplinary action imposed previously by majority vote.

   **By paying the membership fee, entering a competition or holding a competition, every member and member club agrees to abide by any decision of the NSCA Executive Council and further agrees and recognizes that as a voluntary amateur association, the NSCA has the right to impose, interpret and enforce its rules and regulations and that all decisions by the NSCA Executive Council following a hearing are FINAL.**

**F. Disqualification and Expulsion**

A member may be disqualified or expelled from an event upon presentation of proper evidence of misconduct or violation of NSCA rule. Shoot management may disqualify or expel a member when a complaint has been filed in writing and after giving both parties (the party filing the complaint and the party complained of) an opportunity to be heard prior to disqualification or expulsion. When a member is disqualified or expelled from a NSCA event, a written record of the complaint, the response and the decision shall be forwarded to the NSCA Director. Shoot management or a jury appointed by shoot management shall upon presentation of proper evidence:

1. Disqualify any shooter for the remainder of the shoot program for willful or repeated violation of gun safety precautions which endanger the safety of shooters, field personnel and/or spectators.
2. Elect to refuse the entry or cause the withdrawal of any contestant whose conduct, in the sole opinion of shoot management, is unsportsmanlike or whose participation is in any way detrimental to the best interests of the shoot.
3. Disqualify any shooter from a shoot for misrepresentation of his/her status under the eligibility rules (SANDBAGGING).
4. Expel or disqualify any shooter physically assaulting a Field Judge or any shooter using abusive language to a Field Judge upon sufficient evidence presented.
5. The shoot management shall report to NSCA all cases of disqualification and expulsion and the reasons for the same. Members may be suspended for failing to pay for goods or services ordered from NSSA/NSCA Member Club or who give to NSSA/NSCA Member Club a check that is returned for insufficient funds or other cause. Members MAY BE reinstated upon receipt in full of the outstanding balance and any fees incurred, such as bank charges, as a result of the incident. The Executive Council can determine any penalties and/or suspensions as each case merits. (See IV-D)
6. Any disqualified shooter or one that does not finish an event for any reason will remain as an entrant of said shoot for the purposes of awarding punches.

## G. Spectator Rules of Conduct

1. The safety of our participants, officials and spectators is of paramount importance at all shooting events. All spectators, guests of members and other visitors to any shoot must abide by the following Spectator Rules of Conduct (SROC):
   - **a)** Exhibit good sportsmanlike conduct and behave in a lawful manner at all times, while on club or range grounds, including in parking lots.
   - **b)** Refrain from verbal or physical harassment of any shooter, scorer, field judge, shoot official, spectator and club or range officer.

c) Comply with instructions from any shoot official and club or range personnel.

d) Follow all policies and regulations of the club or range, including safety and emergency procedures.

e) Do not interfere with the shoot or the shoot management's procedures in conducting the shoot.

f) Violations of the SROC will result in ejection from the shoot, revocation of tickets without refund and possible arrest and prosecution.

2. All clubs and ranges will post the above SROC and consequences prominently, including at all entrances. Announcements should be made where possible concerning the SROC and its consequences during shoots.

3. Clubs and ranges shall enforce the SROC.

# V. Classification

## A. Classification System

A shooter's classifications carry over from one shooting year to the next. All new shooters will be assigned a class. During the current year, a shooter is subject to reclassify UPWARDS ONLY (with the exception of appeals). A classification card will be provided to all shooters. This card must be shown at registration every time a shooter registers for an event. **To maintain the integrity of the classification system, all NSCA members shooting on the course where a NSCA Registered Event is taking place must register their targets.**

### 1. Determining Class

a. There are six(6) classes a shooter can classify into: Master-AA-A-B-C-D. All registered events using the NSCA Classification system will offer all classes (including Master).

b. **Non-Classified and New Members**

1) A shooter who has never shot any registered clay targets will be assigned Class "C" in 12 gauge & Class D in sub-gauge.

i. After the first 300 targets shot in 12 gauge events with no punches, a Classification Review may be performed for 12 gauge clas-

sification at the request of the shooter in writing. The rules governing "Moving up in Class", "Reclassification/Known Ability" and "Classification Reviews" will apply.

**2)** A first-time NSCA member who has shot registered targets with any clay target organization other than a Sporting Clays Association (i.e. NSSA, ATA, NRA, International skeet or trap) and has been classified in "A," "AA" or "AAA" class will be assigned a NSCA 12 gauge class that is one class lower and sub-gauge class that is two classes lower than his/her highest class attained in that clay target association. After 300 12 gauge targets have been shot and input into the NSCA database, the shooter can request a class review for down-classing purposes in their 12 gauge class. If the first-time member has not shot a sufficient number of targets in any other clay target association to be assigned a class, or if their class is "B" or below, they will be placed in NSCA "C" class for 12 gauge and NSCA "D'' class for sub-gauge.

**3)** A shooter from another sporting clays organization, (i.e., USSCA/SCA, CPSA, FITASC, Non-Registered Sporting Clay Events) will shoot their earned class or higher in 12 gauge and one class lower in sub-gauge.

**4)** A person who purchases a regular foreign membership will be placed one class higher than the highest registered class in sporting or parcours de chasse; whichever is higher in their country's association for their NSCA 12 gauge classification and one class lower than their 12 gauge class for their NSCA sub-gauge classification. If a new foreign member does not belong to CPSA, another recognized sporting clays organization or if there is no sporting clays organization in that country, then the new member will be placed in the following classes:

**i.** For 12 gauge classification: AA Class or higher, if known ability applies, for those who qualify for NSCA concurrents.

ii. For sub-gauge classification: A Class or higher, if known ability applies, for those who qualify for NSCA concurrents.

iii. Master Class for all others.

5) A shooter may be classified based on his/her "known ability." (See rule V-A-3)

2. **Moving up in Class**

a. Shooters earn their way out of class by shooting the high score(s) or tying for the high score(s) in class.

1) **NSCA Nationals and U.S. Open (main event only)**: The top five (5) scores and all ties in each class receive four (4) ; the sixth and seventh highest scores and all ties in each class receive three (3) punches; the eighth and ninth highest scores and all ties in each class receive two (2) punches; the tenth highest score and all ties in each class receive one (1) punch.

2) **In all events using the NSCA classification system, except the NSCA Nationals and U.S. Open main events, shooters will earn punches based on the number of entries in their respective class. Punches are awarded as follows:**

| **# of Entries in class:** | Punches earned |
|---|---|
| HOA | The shooter with the highest score and all ties in an event, where there is a minimum of ten (10) total shooters, (with less than 3 shooters in HOA shooters class) shall receive one (1) punch no matter what class the shooter is in. A shooter cannot receive punches for multiple placements in only one event. A shooter will only receive either a class punch or an HOA punch, but **NOT** both. |
| 0–2 | No punch |
| 3–9 | One (1) punch for high score and all ties |
| 10-14 | Two (2) punches for high score and all ties<br>One (1) punch for the second highest score and all ties |
| 15-29 | Four (4) punches for high score and all ties. Two (2) punches for second highest score and all ties. One (1) punch for third highest score and all ties. |
| 30-44 | Four (4) punches for high score and all ties. Four (4) punches for second highest score and all ties. Two (2) punches for |

third highest score and all ties. One (1) punch for fourth highest score and all ties.

45+ Four (4) punches to first, second and third highest scores and all ties. Three (3) punches for fourth highest score and all ties. Two (2) punches for fifth highest score and all ties. One (1) punch for sixth highest score and all ties.

**b.** It is the shooter's responsibility to determine these punches and move up one class after reaching the following number of punches:

**Note: Punches must be earned in Shooter's current**

**12 Gauge Classification**

| | |
|---|---|
| AA Class to Master Class | 25 Punches |
| A Class to AA Class | 18 Punches |
| B Class to A Class | 10 Punches |
| C Class to B Class | 6 Punches |
| D Class to C Class | 4 Punches |

**Sub-Gauge Classification**

| | |
|---|---|
| AA Class to Master Class | 18 Punches |
| A Class to AA Class | 12 Punches |
| B Class to A Class | 10 Punches |
| C Class to B Class | 6 Punches |
| D Class to C Class | 4 Punches |

**class in order for them to be used in moving up in class. A person earning more than the necessary punches to move up in class enters the new class with no punches.**

**c.** A shooter's sub-gauge classification may never be more than one (1) class lower than their 12-gauge classification. As a shooter moves up in their 12-gauge classification their sub-gauge classification will automatically move up also, starting the new class with zero (0) punches UNLESS their sub-gauge classification is:

**1)** Already one class lower than their new 12-gauge

classification

2) equal to their new 12-gauge classification

3) higher than their new 12-gauge classification

**d.** In events of 100+ entries, it is the responsibility of shoot management to notify all shooters of their move up in class or punches received. The shooter is also **equally** responsible to shoot in his/her proper class and to inquire and inform shoot management of any move up at the next tournament entered.

**e.** Upon entering a shoot with multiple events, a person will remain in the class he/she started in for all events held, and any punches he/she earns will be awarded at the conclusion of all of the events at that shoot. A shooter cannot be moved up more than one class at the conclusion of the registered events based on punches; however, a shooter can be moved up more than one class based on KNOWN ABILITY.

**f.** **Carry over Punches**

**1)** For 12 gauge classification: All punches earned in a shooter's current class in the immediate preceding target year will carry over into the current shoot year. Punches from two or more years ago will not carry over.

**2)** For sub-gauge classification: All punches earned in a shooter’s current class in the immediate preceding **two** target years will carry over into the current shoot year. Punches from three or more years ago will not carry over.

**g.** All registered events of 50 or more targets will generate punches in accordance with other provisions of this section.

**h.** The NSCA National Championship, U.S. Open, Regional Championships and State Championships must use the NSCA Classification system. NSCA strongly suggests that major shoots utilize the NSCA Classification system. (See rule VI-B-2)

**3. Reclassification/Known Ability**

**a.** A shooter may be reclassified based on their KNOWN

ABILITY. Known ability defined as:

**1)** Known - past participle of know

**2)** Know

- **i.** To have clear and certain perception; to have knowledge
- **ii.** To be informed, sure or aware
- **iii.** To take cognizance, to examine

**b.** An NSCA Club, State Association, National Delegate, member (shooter) or member of the Executive Council has the right to request a known ability review of a shooter's record if it appears that he/she is competing in a class other than his/her true level of ability. This request must be in writing. Upon review by the NSCA Classification Committee, the shooter may be assigned a different class.

**c.** For sub-gauge classification: One the date that the current year's NSCA Krieghoff All-American Team (based on the prior shoot year's point race) is announced, all Open First, Second, and Third team members who have not obtained Master class sub-gauge classification will be automatically up classed into Master class based on known ability. If the shooter does not make the All-American Open First, Second, or Third team the following year they may request a down class review in writing to the NSCA Assistant Director.

**d.** A shooter reclassified by NSCA will receive a new class card with the notice of the change from NSCA. The different class will become effective when it shows on the NSCA website, www.nssa-nsca.org. Should the shooter wish to appeal this different class they must do so in writing within 30 days from receipt of the NSCA written notice. (See V-A-6)

**e.** A shooter may voluntarily declare into a class higher than assigned for either their 12 gauge or sub-gauge classification, or both; however, the shooter must stay in that higher class for the entire year, unless the shooter subsequently punches out of the self-declared class. This applies to all classes except for Master, which must be earned and not declared. The only exception is for shooters who

have a current 12-gauge classification of Master Class, they may self declare to Master class for their sub-gauge classification. When the shooter so elects, they must (at a registered shoot) have their classification card marked before competing in the event in the class for which they are declaring. Their card shall be marked with the new classification by self-declaration in the class where they declared, and be entered on the Official Entry Form with notation self-declared.

**f.** A shooter may also be reclassified to a higher class by Shoot Officials based on their known ability. This reclassification will be for that event only and shooter will return to his/her original class, with one exception. If the shooter is awarded a punch or punches in the higher class in which they have been placed based on known ability, they will remain in that higher class for the remainder of the shooter year. Example: If the shooter was originally in class D and the newly assigned higher class, based on known ability, is C class and if the shooter subsequently wins sufficient punches in the event, he will advance to class B.

**g.** Any person who has experienced a permanent medical impairment may request a review on their classification during the shooting year. The request must be made in writing and must be accompanied by a doctor's statement.

**4. Classification Review**

**a.** A shooter’s 12-gauge or sub-gauge classification may be reviewed after each 1,000 registered targets for the requested gauge (12 or sub) in current class. Shooters must request such a review in writing. The 1,000-target review may be used to move a shooter down in their 12-gauge or sub-gauge class. A shooter who has been reviewed down in class and then moves back up in class based on earned punches will only be allowed one (1) 1,000-target review down class per shoot year. This does not include annual end of year down class reviews, medical impairment reviews, or new shooter target reviews. (i.e., An AA class shooter gets reviewed down to A class in March of the

current year, moves back up to AA class in August if the current year, requests a 1,000-target review in September of the current year to be moved back down to A class. Their request will be denied.)

**1)** An annual review will be done on each NSCA member who started and ended the year in the same class and shot a minimum of 500 registered targets; or shooters who shot 1,000 registered targets or more in their ending class for the year.

**b.** A shooter who is assigned to a lower class may reject the class if the shooter wishes to remain in a higher class. To reject the assigned class, the shooter must sign the refusal form, which will be at the bottom of the classification card and return it to NSCA Headquarters by the designated time.

**c.** A shooter may elect not to participate in the End of Year Review, for down-classing purposes, by making this request in writing to the NSCA. Staff will notate the shooters desire not to be reviewed during the end of year process in the shooters record. A member may change this back to the automatic End of Year Review only after notifying the NSCA in writing prior to December 1st of that target year.

**5. Shooter's Responsibility**

**a.** The shooter is responsible for presenting his/her classification card and/or additional documentation upon entry at any registered shoot and entering into the proper class. The classification card is intended for the purpose of providing Shoot Officials with up-to-date information regarding classification of each shooter entering a registered event.

**b.** A shooter who enters or allows themselves to be entered into a class lower than the one in which their record places them, unless the error is corrected prior to a specific time posted by shoot management, a time announced in the shoot program, completion of shoot-offs and/or the awarding of trophies and/or monies, shall be disqualified from the event and subject to the following:

1) Forfeit all rights to all winnings he/she would have earned shooting in his/her proper class.
2) For the first offense, be disqualified, entered as a re-entry for targets only, and forfeit all winnings earned while shooting in the wrong class. (see IV-F-3) Any punches earned in the lower class do not count.
   i. If a club sends a correction to NSCA Headquarters 30 days after a shoot has been held, their shoot history will not be corrected as the correction will affect other shooters shoot histories in a negative manner. The shooter must forfeit all winnings earned while shooting in the wrong class. (See IV-F-3.) Any punches earned in a lower class do not count.
3) The shooter must return all winnings within 15 days after notification by the host club, National Delegates, State Association or NSCA Headquarters requesting the winnings be returned.
4) Failure to return the winnings within the 15 day period shall subject the shooter to suspension and/or being PERMANENTLY barred from registered competition.
5) In the case of a second or subsequent offense of shooting in a lower class, the shooter will forfeit all winnings and *may* be barred from registered competition for a minimum of one (1) year and/or terminated from the NSCA.

**6. Appeals**

a. The shooter's appeal **must be in writing** and state specific reasons why they think they should not be moved up in class. Pending a determination of the appeal all shoots entered by the shooter must be entered at the new higher class.

b. The NSCA Classification Committee has 30 days from the receipt of the appeal to respond. At the Committee's option, additional information may be requested from the Executive Council, National Delegate(s) and/or State Association (if one exists) for additional input.

**7. Concurrent Events**

These are events which are offered in concurrence with the six(6) classes of shooters (Master, AA, A, B, C, D) that allow the participating shooters to compete and receive prizes or awards in these separate events in addition to their class. These events are based on age (Sub-Junior, Junior, Veteran, Super Veteran, Senior Super Veteran, and Legacy) or gender (Lady). Where shoot programs offer special concurrent events based upon age, a shooter entering such special events must be allowed to shoot in the one for which they are qualified for by age along with any other concurrent class for which they are eligible if such a concurrent class is available (i.e. Lady could also be a Veteran, Super Veteran, Senior Super Veteran, Legacy, Junior or Sub-Junior).

**a.** A shooter's eligibility for concurrent events, which are based on age, is determined by the age of the shooter on the **1st day of the target year** and shall determine their eligibility for the entire upcoming shooting year. No contestant shall be eligible for more than one individual concurrent event based on age.

**Sub-Junior**—Any member who has not reached their 16th birthday on or before Jan. 1 of the target year.

**Junior**—Any member who has not reached their 21st birthday on or before Jan. 1 of the target year.

**Veteran**—Any person 55 years of age and over who has not yet reached their 65th birthday on or before Jan. 1 of the target year.

**Super Veteran**—Any person 65 years of age and over who has not yet reached their 73rd birthday on or before Jan. 1 of the target year.

**Senior Super Veteran**—Any person 73 years of age and over who has not yet reached their 80th birthday on or before Jan. 1 of the target year.

**Legacy**—Any person 80 years of age and over on or before Jan. 1 of the target year.

For concurrent eligibility for FITASC (See Section E-Awards & Recognition online under **Recognition**)

**Lady**—A shooter of any age whose original birth certificate states an assigned gender of female - F.
See USA Sporting Clays Team criteria for further details regarding concurrent age qualifications (See Section E-Awards & Recognition online under **Recognition**)

**b.** NSCA Nationals, U.S. Open, Regional, State and Major shoots must offer all applicable Concurrent Events and provide some type of award.

**c.** Shooters are eligible to compete for both concurrent and class awards. Shoot Official (s) may specify in the tournament program that a reduced fee is offered for concurrent events. At time of entry, the shooter has the option to pay the full entry fee and compete for both concurrent and class (open) titles or pay a reduced fee and compete for concurrent titles only. If the shooter elects to pay a reduced fee and compete for concurrent titles only, they are still subject to earning punches, in their class, according to Rule V-A-2.

**d.** No Junior or Sub-Junior shall be required to pay any part of entry fee that is to be returned to the shooter in the form of money.

**e.** **Youth Teams**—This is a special concurrent category that can be offered at the host club's discretion. If offered, this team event will be shot simultaneously with an already established tournament event.

**1)** Teams will consist of four or five members and are required to shoot as a group.

**2)** All team members must be in the Junior or Sub-Junior age group.

**3)** Each team must have a designated coach nearby.

**4)** For team competition, the lowest individual score will be dropped from a five-member team score even though there may be no four-member teams participating.

**5)** Even though the scores of all team members may not count toward the team's event score, all team members will be counted as participants in the shoot, and in their respective classes, and all individual scores

will be registered.

# VI. Rules & Regulations for Registered Tournaments

## A. Participation

### 1. Club

#### a. Eligibility and Responsibility

**1)** Only clubs affiliated with NSCA with current fees paid and in good standing with NSCA as well as their State Association (if one exists) shall be eligible to conduct registered shoots. A State Association has the authority to charge member clubs in their state an annual fee to belong to that State Association, no greater than that club's annual fees to the NSCA. No state association may charge more than .3 cents for daily target fees. Evidence of club's status in this regard must be displayed in the form of an official NSCA membership certificate for the appropriate year.

**2)** In applying for and holding a registered shoot, it is the responsibility of club owners, management and Shoot Officials to ensure that the shoot is conducted within NSCA official rules and safety regulations.

**3)** The club sponsoring a registered shoot shall check the NSCA membership card and classification card of each shooter before accepting his/her entry, and shall be responsible for the annual dues if they allow a participant to shoot when said participant's membership in NSCA has expired.

**4)** Shoot management may be billed by NSCA in all cases where expired members are allowed to shoot. Management may seek reimbursement from said shooters, but must first abide by VI-A-1-a-3 above.

**5)** Any club sponsoring a registered shoot accepts the responsibility for any clerical errors made throughout the shoot and shall correct those errors. Any error found and corrected after the shoot report has been sent to NSCA must be submitted to NSCA in

writing for the corrections to be made.

6) *NSCA Member clubs reserve the right to refuse service to an individual, for good reason and limited by antidiscrimination laws, at the discretion of club management.*

**b. Applying for a Registered Shoot Date**

1) The club should complete an NSCA registered shoot application and forward to the State Association (if one exists) or the National Delegate (s) for signature of approval at the state level.

2) *All NSCA registered shoots must be open to all current NSCA members. Any club that wishes to register a shoot closed to only specific concurrents, classes, or a specific group of members may do so only as re-entry for targets only with prior approval of the State Association (if one exists) or the National Delegate(s). These closed shoots will not be eligible for punches or points.*

3) The signed application should be forwarded immediately to the NSCA office for final approval. Shoot applications must be postmarked or received by NSCA at least ten (10) days prior to the shoot date.

4) A notice of the approval will be forwarded by NSCA to the club at the address on file.

5) Shoot dates may not be altered without prior approval at the state level and notification to headquarters.

**2. Individual**

**a.** Only members who have paid their annual dues and are in good standing with NSCA as well as their State Association (if one exists) may participate in registered NSCA shoots utilizing the NSCA classification system. It is the shooter's responsibility to provide their current year classification card to Shoot Officials when entering a registered shoot. This ensures that name, address, and membership number are properly recorded so that errors in records and scores can be prevented. Expired members who do not renew prior to participating in a registered NSCA shoot will not have their scores and

targets recorded for that shoot.

**b.** It shall be the sole responsibility of the shooter, upon entering the shoot, to see that they are entered into all the events desired on the official NSCA cashier sheet/entry form. Once entered, clerical errors are the responsibility of shoot management.

**c.** **Residency Requirements:**

**1)** An individual must be a bona fide resident (permanent abode) of a state to be eligible for State Championships or to shoot as a state team member, and must be a bona fide resident of a state within the region to shoot as a regional team member:

**i.** Persons with residence in more than one state must declare their eligibility *in writing by emailing the NSCA Assistant Director.* Servicemen, by the same act, may choose their home state or place in which they are permanently assigned for duty, and declare the state *in writing by emailing the NSCA Assistant Director.*

**ii.** Persons who change their official abode shall become immediately eligible to shoot as an individual in the State or Regional Championship of their new permanent address. They should contact NSCA for a new membership card reflecting change of address and present same before entering shoot.

**iii.** No person shall be eligible to win more than one State Championship during the NSCA shooting year.

**iv.** A person that is a non-US citizen who holds a Resident Alien status from the Department of Homeland Security U.S. Citizenship and Immigration Services (as evidenced by a "Green/Blue Card") and is a bona fide resident of a particular state is eligible to win the Main Event Open, Concurrent and/or Class Champion awards at their home State Championship.

**v.** Only bona fide US Citizens are eligible to win

the Main Event Open, Concurrent and/or Class Champion awards at the NSCA National Championship. A US Citizen is defined as anyone who is eligible for a US Passport.

**vi.** *In the event of a dispute regarding an individual's residency, the matter must be submitted to NSCA Headquarters for verification. NSCA Headquarters' determination shall be final.*

**B. Types Of Tournaments**

**Registered Shoot**—Shoots consist of one or more events and may include main and prelim sporting events including, Super Sport, International Sporting (FITASC), NSCA 5-Stand, American Field Sporting, gauge-specific events (e.g., 20g., 28g., .410 bore), and gun type-specific events (e.g., side by side, pump). Events generally consist of some multiple of 25 targets. Re-entry into events is allowed at the discretion of the club/ shoot management at the advertised cost for the event and will be recorded as targets only. Re-entry scores will not be posted, and no awards, points or punches will be awarded. NSCA member targets must be registered and an NSCA shoot report entry must be turned in for any event in which they participate. Non-members may participate, but in a separate category. Any non-member participating in a registered event in a separate category (Hunter Class) shall not be eligible for any NSCA awards or monies. If offered by shoot management, the separate category (Hunter Class) may have its own separate awards and/or monies. Hunter class shooters at events run concurrently with registered NSCA events will be charged the same entry fees as those paid by NSCA members including all target fees. Examples: If the total entry fee for an event is $65, including NSCA and state fees, then anyone shooting Hunter Class would also pay $65 to participate in the event. As the portion of the entry fee that would otherwise represent fees to the NSCA and/ or state association would not be paid to these organizations, it shall be retained by the club. The NSCA recommends that the target fees collected from non-NSCA members be used to encourage those shooters to join the NSCA. For example, the Hunter Class winner might be awarded a paid one year mem-

bership to the NSCA.

Shoot date(s) must be submitted to the appropriate State Association (if one exists) or to the National Delegates for approval at state level, who will then submit to NSCA Headquarters for final approval.

1. **Registered Sub-Gauge Events**

   Sub-Gauge Events may be registered, punches will be awarded for sub-gauge classification only. A Sub-Gauge Event is any event that is not shot with a 12 gauge or 16 gauge. In the event that a 16 gauge event is held it will classify as a 12 gauge event.

2. **Major Shoot**

   A registered shoot, where by projection or past experience, 100 or more shooters are expected to attend. NSCA strongly suggests that these shoots utilize the NSCA Classification system.

3. **State Championship**

   An annual shoot held within each state, the location and dates of which are decided by the following process: Interested clubs (within the state) who are in good standing with the NSCA and the State Association (if one exists) should contact the State Association (if one exists), or the National Delegate(s). In the selection of the club for a State Championship, the State Association (if one exists) may apply their own process for that selection. The process must be in the State Association's By-Laws and those By-Laws must be approved by the NSCA. If a process does not exist, then Rule IV-B-3-a (below) must be followed.

   **a.** The State Association and/or National Delegate(s) should then take a vote of (1) State Association members (if one exists) or (2) at the direction of the National Delegate(s) the NSCA will solicit bids from the eligible clubs in the state, send the bid forms to the National Delegates to review, then send the bids out with a voting ballot and deadline to all NSCA members in good standing who reside within the state, collect and count all ballots, and notify the National Delegate(s) and bidding clubs of the results.

   **b.** If the **second** method is used and the vote results in a

tie, the National Delegate(s) shall cast a vote for the club they think should be awarded the tournament. This vote should break the tie; however, if there is still a tie, the Regional Executive Council members will be contacted to review the bids. The Regional Executive Council members will then cast a tie-breaking vote for the club they feel should host the state tournament."

**c.** All-State Championships must utilize the NSCA Classification system.

**d.** Only the official awarded/approved State Championship consisting of the Main Sporting Clays Event will be recognized as a State Championship by the NSCA, and only this event will utilize the penalty class rule for State Championships (IV-B-3-e). There will only be one official NSCA State Championship per state, per year.

**e.** To be eligible for class prizes, monies and/or awards at State Championships, a shooter currently in AA, A, B, C, or D classes must have shot a minimum of 300 registered 12 gauge & sub-gauge combined targets in the current year, prior to the shoot. Minimum target requirements are for 12 gauge events only. League and monthly targets no longer count toward penalty class minimums. Preliminary Events do not count towards minimum targets unless they are held under a separate shoot number. Example: If a shooter does not have a minimum of 300 12 gauge & sub-gauge combined targets, he/she shall shoot every 12 gauge event at the shoot and win prizes, monies and/or awards in a penalty class, one class above his/her current class. No State Championship shall require more or less than the 300 target minimum. There is no penalty class for master class shooters.

**1)** The previous year's last quarter (October 1 – December 31) of a shooter's shoot history will count toward target minimums in the new shoot year.

**f.** Following the State Championship all shooters who were placed in a penalty class as a result of their failure to meet the 300 registered target requirement, will return

to their original class, with the following exceptions: If the shooter earns a punch or punches in the penalty class they will remain in that penalty class for the remainder of the shoot year. If the shooter was originally in class D and the newly assigned higher class, based on penalty class, is class C, and if the shooter subsequently wins sufficient punches in the event, he will advance to class B.

**g.** There are no minimum target requirement for sub-gauge events to be eligible for prizes, monies and or awards.

**4. Regional Championship**

An annual shoot held within each region, the location and dates of which are coordinated by the Awards Committee with the approval of the Executive Council. Executive Council members are responsible for coordinating the process for selecting the club hosting the event and oversight of the Regional Championships. This process consists of solicitation of bids and circulation of valid bids to the regional National Delegates for their respective region for vote.

**a.** Any NSCA member in good standing may win a Regional Championship.

**b.** To be eligible for class prizes, monies and/or awards at Regional Championships, a shooter currently in AA, A, B, C, D, or E classes must have shot a minimum of **300** registered 12 gauge & sub-gauge combined targets in the current year, prior to the shoot. Minimum target requirements are for 12 gauge events only. League and monthly targets no longer count towards penalty class minimums. The Preliminary Events do not count towards minimum targets unless they are held under a separate shoot number. If a shooter does not have a minimum of **300** 12 gauge & sub-gauge combined targets, he/she shall shoot every 12 gauge event at the shoot and win prizes, monies and/or awards in a penalty class, one class above his/her current class. There is no penalty class for master class shooters.

**1)** The previous year's last quarter (October 1 – December 31) of a shooter's shoot history will count toward target minimums in the new shoot year.

c. Following the Regional Championships, all shooters who were placed in a penalty class as a result of their failure to meet the **300** registered target requirement, will return to their original class, with the following exceptions: if the shooter earns a punch or punches in the penalty class they will remain in that penalty class for the remainder of the shoot year. Example: If the shooter was originally in class D and the newly assigned higher class, based on penalty class, is class C, and if the shooter subsequently wins sufficient punches in the event, he will advance to class B.

d. There are no minimum target requirement for sub-gauge events to be eligible for prizes, monies and or awards.

5. **U.S. Open**

An annual shoot awarded by the NSCA Executive Council according to the criteria set for the upcoming year.

a. Votes must be done in person by Executive Council members in attendance at the National meeting.

   1) All U.S. Open ballots will be pre-printed with Executive Council member's names and are the only ballots that will be counted. There will be a second ballot printed at the Head Table in case of a tie. Those ballots will be pre-stamped "2nd ballot." All ballots must be personally turned in at the Head Table by the Executive Council Members.

   2) Only NSCA Staff can review the ballots voted on by the Executive Council Members.

   3) The NSCA Staff will tabulate the votes for the U.S. Open.

b. All members of the "NSCA" are eligible to win the Main Event Open, Concurrent and/or Class Champion awards at the U.S. Open.

c. To be eligible for open, class and/or concurrent prizes, monies and/or awards at the U.S. Open, a shooter currently in AA, A, B, C, or D classes must have shot a minimum of **500** registered 12 gauge & sub-gauge combined targets in the current shoot year prior to the U.S. Open. Minimum target requirements are for 12 gauge events only.

League and monthly targets no longer count towards penalty class minimums. The Preliminary Events do not count towards minimum targets unless they are held under a separate shoot number. If a shooter does not have a minimum of **500** 12 gauge & sub-gauge combined targets, he/she shall shoot every 12 gauge event at the shoot and may win prizes, monies, and/or awards in a penalty class, one class above his/her current class. There is no penalty class for master class shooters.

**1)** The previous year's last quarter (October 1 – December 31) of a shooter's shoot history will count toward target minimums in the new shoot year.

**d.** Following the U.S. Open, all shooters who were placed in a penalty class as a result of their failure to meet the **500** registered target requirement will return to their original class, with the following exceptions: If the shooter earns a punch or punches in the penalty class, they will remain in that penalty class for the remainder of the shoot year. Example: If the shooter was originally in class D and the newly-assigned higher class, based on penalty class, is class C, and the shooter subsequently wins sufficient punches in the event, he will advance to class B.

**e.** There are no minimum target requirement for sub-gauge events to be eligible for prizes, monies and or awards.

**6. National Championship**

An annual shoot held by the National Sporting Clays Association on its Home Grounds.

**a.** Only bona fide US Citizens are eligible to win the Main Event Open, Concurrent and/or Class Champion awards at the NSCA Nationals and Junior Nationals. (See rule VI-A-2-c-1-v) A US citizen is defined as anyone who is eligible for a US Passport.

**b.** To be eligible for open, class and/or concurrent prizes, monies and/or awards at the National Championship, a shooter currently in AA, A, B, C, or D classes must have shot a minimum of **500** registered 12 gauge & sub-gauge combined targets in the current year, prior to the Nationals. League and monthly targets no longer count towards

penalty class minimums. Minimum target requirements are for 12 gauge events only. The Preliminary Events do not count towards minimum targets unless they are held under a separate shoot number. If a shooter does not have a minimum of **500** 12 gauge & sub-gauge combined targets, he/she shall shoot every 12 gauge event at the shoot and may win prizes, monies and/or awards in a penalty class, one class above his/her current class. There is no penalty class for master class shooters.

**1)** The previous year's last quarter (October 1 – December 31) of a shooter's shoot history will count toward target minimums in the new shoot year.

**c.** Following the National Championship, all shooters who were placed in a penalty class as a result of their failure to meet the **500** registered target requirement, will return to their original class, with the following exceptions: If the shooter earns a punch or punches in the penalty class, they will remain in that penalty class for the remainder of the shoot year. Example: If the shooter was originally in class D and the newly assigned higher class, based on penalty class, is class C, and if the shooter subsequently wins sufficient punches in the event, he will advance to class B.

**d.** There are no minimum target requirement for sub-gauge events to be eligible for prizes, monies and or awards.

**e.** A program will be published each year, and posted on the NSCA website: www.nssa-nsca.org, giving all details of the current year's tournament.

**7. League**

A sporting clays, NSCA 5-Stand league may be approved as a registered event for NSCA members. Non-members may also participate in the league. A registered league's dates must be submitted by a club for approval by the appropriate State Association or National Delegate (where no State Association currently exists). A league will be conducted over a minimum 10 week period and is open to individuals or teams and may be conducted at one or more clubs concurrently. The final results of the league may be submitted as a

registered event. No punches will be awarded for leagues.

8. **Monthly Targets**

Any type of sporting clays event beginning on the first day of a given month and ending on the last day of the same month where shooters are able to shoot any number of targets between the set days of the given month. Monthly targets may be approved as a registered event for NSCA members. Monthly target dates must be submitted by a club for approval by the appropriate State Association or National Delegate (where no State Association currently exists). Monthly targets will be held at one club, and final results may be submitted as registered targets only. No punches will be awarded for monthly targets.

9. **Charity/Fundraising Events**

A range owner/shoot promoter hosting a charity/fund-raising event (ie. DU, QU, NWTF etc.) may award prizes in addition to NSCA awards at his/her discretion, combining scores with non-NSCA members for additional prizes.

## C. Tournament Equipment

1. **Targets**

Targets thrown in any event may include any or all of the following:

- **a.** Regulation SPORTING CLAYS, SKEET or TRAP targets as specified by NSCA, NSSA or ATA.
- **b.** Specialty targets—Mini, midi, battue, rocket or rabbit targets as specified by NSCA (for a full list see page 96 XIII. NSCA Approved Targets). All station menus shall include the description of any specialty targets thrown on that station. If shoot management mistakenly misidentifies or does not identify a target it is not an offense that can be protested, nor will the station be thrown out. Shoot management retains the discretion of how to, or if to, rectify the error as necessary.
- **c.** Any sporting clays target approved by NSCA.
- **d.** Poison Bird—Not Allowed.
- **e.** Pairs
  1) **Report Pair**—Two sequential targets where the second target is launched at the sound of the gun firing at the first target. Targets may be launched from one or more traps.

2) **Following Pair**—*The targets are thrown from the same trap on the same trajectory, at the reloading sequence of the arm of the trap. The targets may be shot in any order.*

3) **Simultaneous Pair (True Pair)**—Two targets launched simultaneously. Targets may be launched from one or more traps.

**f.** Target number, selection and order of presentation for any competition shall be at the discretion of the Shoot Officials, but must be the same for all shooters. It is recommended that 30 percent to 40 percent of targets for tournaments be specialty targets.

**g.** No less than 80 percent of all targets in a shoot shall be presented with a reasonably consistent trajectory, distance and velocity to all shooters (See VI-C-2-d).

**2. Traps**

**a.** Targets will be propelled by, and launched from, any of a number of commercially produced, modified, or hand-made devices which will propel an approved target in a manner to approach the characteristics (in the opinion of the Shoot Officials) of a game bird or animal typically taken by a sporting shotgun.

**b.** Launching devices which provide for targets traveling at varying angles and distances to the competitors (i.e. wobble or oscillating traps) may not be used in registered tournaments.

**c.** Devices which provide for propelling multiple targets are permitted.

**d.** Devices propelling targets of more than one type, and devices capable of providing targets at varying angles and distances, shall be employed only as the varying aspects of these devices will be the same for all shooters and will be free of all human element of selection.

## D. Course Set-up and Requirements

**1. Station**

A shooting position from which one or more targets are attempted.

2. **Field**
   A group of stations from which targets are attempted sequentially. Once a squad or individual checks onto a field, all stations and/or all targets on the field are attempted before moving to another field. NSCA 5-STAND is a group of stations considered to be one (1) field. The Shoot Officials will provide direction for execution of shooting at each field.
3. Registered events are required to throw a minimum of 25 targets. The course will provide for a predetermined number of shooting fields from which each competitor will attempt various targets.
4. The number of stations and the number and characteristics of targets from each station, on each field, will be determined by the Shoot Officials, and will be the same for all shooters. Changes in target trajectory, distance, and/or velocity due to wind, rain, time of day or any other natural cause does not constitute a violation of this rule.
5. Registered and non-registered events may not be held on the same course/field simultaneously (ie. 3-gun shoot on the same course as prelim). Registered events must be held prior to non-registered events.
6. Multiple events (12 gauge, small gauges, side by side, pump, etc.) may be held on the same course. If a single course is used for multiple events, shooters must have a significantly different presentation of targets for each event. This can be achieved by varying some combination of shooting location, trap set up and orientation, order of targets, or type of presentation (single, report, true, or following pair.) Station Example (using two traps) : 20 ga - A-B True, 28 ga - A on report B, .410 - B on report A. Station Example (using 3 traps): 12 ga - A-C true, 20 ga - B-C true, 28 ga - B on report A, .410 - C on report B, SxS - A-B true, Pump-A on report B.

## E. Shoot Officials and Personnel

1. **Shoot Promoter**
   Individual(s) or entity which provides for the facilities and organization of the competition. Shoot Promoters may also

act as Shoot Officials.

2. **Shoot Official**

Individual(s) appointed by the Shoot Promoter and responsible for course layout, target selection and appointment of Field Judges. Shoot Officials shall be responsible for both layout and testing of the course for safety. Shoot Officials are responsible for ensuring that competitors are not allowed to shoot the course prior to the competition.

**a.** Anyone who shoots the course prior to the competition is ineligible to compete in the tournament. They may shoot for registered targets only, but will not be eligible for awards or punches. Their scores will be recorded as a re-entry score and will not be included in their class when determining punches.

**b.** Any person who sets or designs a course shall be allowed to shoot that course for registered targets only, but will not be eligible for awards or punches. Their scores will be recorded as a re-entry score and will not be included in their class when determining punches. A person who sets targets at a State or Regional Championship may make an All-State or All-Region Team, provided that (a) they earned enough points in other tournaments to qualify and (b) they shot the Main Event of their State or Regional Championship for targets only.

3. **Field Judge (Referee)**

An individual, who has integrity and a knowledge of NSCA Rules, assigned by the Shoot Officials to enforce the rules and score targets at any NSCA event. This individual can be the Chief Referee, a certified referee or any individual appointed by the Shoot Official(s).

**a.** Field Judges will be required at each station, in sufficient number, to competently enforce all rules for the shooter, as well as to score.

**b.** Numbers and positions for Field Judges shall be determined by the Shoot Officials.

4. **Chief Referee**

A person may be appointed by shoot management who is responsible for the general supervision over all other referees

at a tournament, and who shall be present throughout the shooting.

5. **Certified Referee**

A person who has completed and passed an NSCA Certified Referee Examination. Examination forms may be requested from NSCA Headquarters by recognized State Associations, National Delegate(s), NSCA club owners/managers, and Certified NSCA Instructors: all of whom may administer the test to an applicant in their presence. The completed examination should then be forwarded to NSCA Headquarters, with a fee of $10 for processing. Certification will be for a period of three (3) years, ending December 31 of the 3rd year. The applicant may refer to the NSCA Rule Book to complete the examination; however, ALL questions on the examination must be answered correctly in order to pass. NSCA will issue Certified Referee credentials (patch and card) to applicants who pass the examination. A re-test is required every three (3) years to maintain certification. This is a voluntary program. Level I and Level II Certified Instructor courses will automatically include this examination.

**F. Weather/Mitigating Circumstances**

In the event of extreme weather conditions, power failure, trap failure or unusually early darkness, the shoot management may elect to continue the event some other time (i.e. the next morning or the following weekend) but must immediately notify NSCA, with a full explanation, who will sanction the change, provided it is deemed in the best interest of sporting clays.

**G. Shoot-offs**

In all registered NSCA tournaments, all ties shall be shot off unless otherwise specified by shoot management and published in the program or posted at the registration table. Procedures for shoot-offs and squads shall be posted prior to beginning of shoot. If shoot-offs are held, the shoot-offs must be held on targets or positions not previously shot by any participating competitor.

**H. Protests**

1. A shooter may protest, if in his/her opinion, the rules as stat-

ed herein are improperly applied.

2. Any protest concerning calls or scoring of hits or misses must be made on the shooting station prior to leaving the station. The Field Judge's final decision will stand and no further protest allowed.
3. All other protests not concerning calls or scoring of hits or misses shall be made immediately upon completion of the shooting at a given field with the Field Judge and with Shoot Official(s).
4. The Shoot Official(s) shall convene a predetermined JURY of three (3) to five (5) Field Judges or competitors who are known to be representative of the shooters present and knowledgeable about these rules. The Jury will decide on the validity of the protest and the resolution of the case. They will prescribe penalties or award bonuses as they determine to be fair and in the spirit of the competition.

**I. Official Scores**

1. All scores or records, to be recognized as official, must be shot under all of the official NSCA rules.
2. Only the scores shot on scheduled dates, approved by NSCA, shall be registered. Scores made in shoot-offs shall not be registered, however, all NSCA rules shall apply in shoot-offs.
3. The scores of any NSCA member shooting on a course where a registered shoot is taking place shall be considered official, and shall be registered with the NSCA even though the shooter had given notice that it was not his/her intention to have their score recorded.
4. The score of a contestant who voluntarily stops or withdraws (without just cause), or who is disqualified by shoot management from an event which the contestant has started will be reported to NSCA along with the other scores of the event. This contestant's partial score for the station in which he/she is shooting shall be entered as the score for that station even though the contestant may not have actually fired on all targets. However, the total score for this contestant will not include targets from any station where he/she did not actually fire on at least one target.

a. In the event a shooter does not turn in his/her score card, the score recorded on the Master Score Sheet will be entered as the official score. If a Master Score Sheet is not available, then a score of one (1) will be entered as the official score. (see IV-F-6)

5. Scores for contestants who withdraw because of sickness or injury shall be based on and reported only on number of targets actually fired upon.

6. In the event that a station(s) must be eliminated from the competition and results must be determined on less than the original number of targets intended for the competition, shoot officials must give all competitors (whether they shot the station(s) or not) credit for all targets planned for the eliminated station(s) and must report the total number of targets shot at as originally intended (i.e., 100, 150, 200, etc.) to NSCA Headquarters. Shoot Management is responsible for determining if a station must be eliminated from competition.

7. Scores in shoots on which complete records are not made by shoot management will not be recorded and the National Association shall not be liable to refund fees received in such cases.

## J. Registered Shoot Reports

### 1. Reporting Requirements

It is the duty of each club holding a registered shoot to fulfill the following obligations:

a. Make payments of all money, purses and options to the shooters, within 15 days from the date of their event.

b. All money collected for optional purses must be paid out 100 percent to the eligible shooter(s), within 15 days from the date of their event.

c. Range Owners are required to fulfill all registered shoot reporting requirements within fifteen (15) days of their event or a $25 delinquent fine will be imposed for all shoot reports, financial statements and fees not received at NSCA Headquarters within that period. NSCA Headquarters will also have fifteen (15) days from the date the registered shoot report is received to have all scores

input or be faced with the same $25 fine to be returned to the club hosting the tournament.

- **d.** Should a NSCA club not file a Shoot Report and pay the appropriate fees within 45 days from the date of the shoot, that club will be suspended from holding registered shoots until such a time as the report and fees are received by NSCA Headquarters. Upcoming scheduled shoots will be noted "SUSPENDED" on the web site notifying members that if they shoot, the targets will not be registered.
- **e.** If a club submits a correction to NSCA Headquarters more than 30 days after a shoot has concluded, the shoot history will not be amended, as such changes may negatively affect the shoot histories of other participants.
- **f.** Shoot reports and financial forms must be sent to NSCA on all registered shoots. Standard forms available from NSCA Headquarters or any NSCA approved spreadsheet must include all information in rules VI-J-2 and 3.
- **g.** If an approved State Association exists, clubs within the state must submit all required documents to their State Association within fifteen (15) days.

**2. Financial Report**

- **a. Daily Fees**—List number of targets shot each day of shoot and remit to NSCA the required daily registration fee (in U.S. Funds). Daily fees are $.04 per target.
- **b. NSCA dues collected**—Remittance (in U.S. Funds) and original copies of receipts for all NSCA memberships sold at your shoot must be attached. Membership applications must be completely and legibly filled out with name and address.

**3. Shoot Report**

An individual entry form/cashier sheet must be submitted on every shooter unless the club is using an NSCA approved spreadsheet. For every event these reports must include:

- **a.** NSCA membership number
- **b.** Member's full name
- **c.** Member's complete address
- **d.** Number of targets shot

e. Number of targets broken

f. Class and Concurrent Status, if any in which member was entered

g. **Awards won**—Winners must be determined and reported under NSCA Classification system. This applies even if no awards are made. Do not list winners above class champions unless such awards were made.

   1) Awards must be listed in the shoot report or the shoot will not appear in the electronic version of Clay Target Nation magazine.

h. Clubs are required to retain copies of scoreboard and/or field score sheets on file for 90 days after the end of the applicable shooting year. For the shooter's reference, they should keep an accurate record of the number of entries at each and every registered event.

i. It shall be the range owner's responsibility to keep on hand throughout the shoot year a detailed list of shooters, scores and all monies paid out to shooters. If requested in writing by any participant in any event, it shall be the range owner's responsibility to provide the participants with a detailed list of all participants, their scores and all money and prizes paid out and presented to shooters no sooner than within fifteen (15) days of the shoot report due date. All requests for such information shall be in writing accompanied by a stamped, self addressed envelope. Clubs are required to retain this information on file for 90 days after the end of the applicable shooting year.

## K. Super Sporting

See Super Sporting Section under Tournament Rules. For rules regarding the setup – See section VII-J

## L. 5-Stand

See 5-Stand Rules under Tournament Rules for rules regarding setup – See section VII-I

## M. FITASC

See stand-alone complete FITASC Rules – See section IX

### N. American Field Sporting

See stand-alone complete AFS Rules – See section XII

## VII. Tournament Rules

### A. Gauge Specifications

1. Twelve gauge events shall be open to all shotguns of 12 gauge or smaller, using shot loads not exceeding one and one-eighth (1 1/8) ounces.
2. Twenty gauge events shall be open to all shotguns of 20 gauge or smaller, using shot loads not exceeding seven-eights (7/8) of an ounce.
3. Twenty-eight gauge events shall be open to all shotguns of 28 gauge or smaller, using shot loads not exceeding three-quarters (3/4) of an ounce.
4. Four-ten events shall be open to all shotguns of .410 bore, using shot loads not exceeding one-half (1/2) of an ounce.

### B. Shotguns

1. Shotguns of 12 gauge or smaller, in safe working order, and capable of firing two shots are to be used in attempting all targets. No more than two (2) shells may be loaded in the gun at one time. No shotgun with a barrel length shorter than 24 inches will be permitted in any registered event unless prior approval is received from shoot management.
2. Shotguns fitted for multiple barrels (of various chokes and/or lengths) are permitted. The shooter is allowed to change barrels only between stations. Failure to comply will result in all targets on that station attempted after the infraction being scored as LOST or MISSED.
3. Shotguns with interchangeable or adjustable chokes are permitted at the shooter's discretion. The first shooter on a station may view targets, then change chokes prior to shooting any targets. *After viewing targets, chokes may only be changed or adjusted between stations.* Failure to comply will result in all targets on that station attempted after the infraction being scored as LOST or MISSED.
4. Competitors may enter a shoot with various guns and attempt targets at various stations with different guns, or the gun of

another competitor. Guns may be changed only between stations except in the case of a malfunction (VII-H-1-a). Failure to comply will result in all targets on that station attempted after the infraction being scored as LOST or MISSED.

**5.** Guns with release type triggers are allowed and must be clearly marked and Shoot Officials notified of their presence. Safety stickers designating release trigger, with instructions on placement, are available at no charge from NSCA Headquarters. Please email your request in writing to nsca@nssa-nsca.com.

**6.** At no time may two different gauges be used in the same shotgun at the same time. (i.e. Use of a tube set with a 20 ga. in the top barrel and a 28 ga. in the bottom barrel).

**7.** *During any registered event, while in the shooting stand shooters may not use any devices capable of recording, transmitting, or displaying live video, images, providing or allowing verbal feedback, or transmitting any other information. The wearing of, mounting of, and use of such devices during competition is prohibited.*

## C. Ammunition

**1.** All shot shell ammunition including reloads may generally be used unless otherwise restricted by the shoot organizers. Reloads are not permitted at Regional Championships, the U.S. Open or the National Championships. Black powder, visual training loads, tracers or tracking devices are not permitted in any NSCA registered shooting event. Other shoot officials may also limit the ammunition to commercially manufactured shot shells. The National Sporting Clays Association assumes no responsibility in connection with the use of reloads or commercially manufactured ammunition.

**2.** Maximum loads for any gauge event may not exceed:

| Gauge | Ounce Lead |
|---|---|
| 12 | 1 ⅛ |
| 20 | 7/8 |
| 28 | 3/4 |
| .410 | 1/2 |

The maximum allowable length for .410 ammunition shall be 2 ½ inches and all other gauges 2 ¾ inches, maximum weight restrictions listed, remain the same.

3. No lead shot smaller than U.S. No. 9 (nominal diameter 0.080) or larger than U.S. No. 7-1/2 (nominal diameter 0.095) shall be used in any load. No steel shot smaller than U.S. No. 9 or larger than U.S. No. 6 (nominal diameter 0.110) shall be used in any load.
4. Shot shall be normal production spherical shot. Plated shot is permitted.

## D. Shooting Order/Rotations

### 1. Format

Contestants shall proceed through the course and competition in one of the following formats:

a. **European Rotation**—If no field judges(referees) are appointed, individual competitors or groups of three (3) through (6) competitors will proceed to the various stations at random. Groups may shoot in any order of rotation selected by the shooters and may change the rotation from field to field. In European Rotation, a shoot start and shoot end time will be established. It will be the responsibility of each shooter to complete the entire event between these times. Shoot management has the discretion to adjust the number of shooters in a group as needed.

b. **Squadding**—At the discretion of the Shoot Officials, squads of three (3) to six (6) shooters will be formed to proceed from field-to-field in a fixed sequence. Once a rotation of shooters is selected and shooting commences, the original first shooter will rotate to the last shooter position; the rest of the shooters on the squad will move up one position, thus rotating the first shooter position at each subsequent station on every course.

   1) In squadding sequence, squads will be assigned a start time and it is the responsibility of each shooter to be ready on time, or within 5 minutes of that time.
   2) Time—Shots not attempted by the "shoot end time"

(European Rotation), or shots not attempted by the shooter joining his squad after they have begun (squadding), will be scored as LOST. The Shoot Officials shall have the right to provide for make-up targets if sufficient justification can be presented. Make-up targets are provided solely at the discretion of the Shoot Officials.

**c.** *Shooters are not allowed to change assigned squads or shoot times without permission of shoot management. Shooters in violation of this rule will be submitted to shoot management to assess penalties. Penalties may include: warning, loss of targets from final score, or disqualification from that event or shoot.*

**2.** A NSCA member may not compete in a non-NSCA event on the same course until that member has shot the NSCA event. For example, if there is a 3-shot event planned on the same course as a NSCA event, a member must shoot the NSCA registered event before shooting the 3-shot event.

**a.** Practicing on the registered event course is not permitted before or during the event taking place.

**b.** **Squadding**—At the discretion of the Shoot Officials, squads of three (3) to six (6) shooters will be formed to proceed from field-to-field in a fixed sequence. Once a rotation of shooters is selected and shooting commences, the original first shooter will rotate to the last shooter position; the rest of the shooters on the squad will move up one position, thus rotating the first shooter position at each subsequent station on every course.

## E. Attempting Targets

**1.** It will be the responsibility of each shooter to be familiar with these rules. Ignorance of the rules will not be a cause to re-attempt targets lost because of rule violations.

**2.** It is the sole responsibility of the shooter to begin any event, station and/or field with sufficient equipment, including safety equipment and ammunition. Failure to do so, which in the opinion of the Field Judges will delay the shoot, will result in the loss of all targets as required to keep the shoot mov-

ing. Make-up targets will be provided only at the discretion of the Shoot Officials.

3. **Call for Target**
   a. The target must be launched immediately or with a delay of up to three (3) seconds.
   b. Shooter has 20 sec to call for target after entering shooting stand and between shots. First shooter time starts at completion of viewing "show targets" *and any choke changes.* Warnings and penalties will be administered by Course Manager or Shoot Management.
      i. First violation = warning.
      ii. Second violation and each subsequent violation in the round = two (2) targets deducted from final score.
4. **Shotgun Mount & Position**—The shooter may start with a low gun or a pre-mounted gun when calling for the target.
5. **Coaching** – During any World, National, U.S. Open or Regional Championship once a shooter is in the shooting stand, the only communication allowed will be between the shooter and the Field Judge. Violations of this rule must be brought to the attention of Shoot Officials (i.e., Course Manager) to determine if and what disciplinary measures will be taken. Both the shooter and individual(s) communication with the shooter may be subject to disciplinary action.

**F. Target Presentation and Scoring**

1. Targets will be presented for attempt by the shooter and scored at each station in one or more of the following formats. Targets intentionally thrown in the air must be attempted while in flight and in clear view of the referee. Targets intentionally thrown along the ground must be attempted while in motion before any intentionally set limit, if any. Any exception to the above rules must be clearly marked on the menu.
   a. **Single Target**
      Two shots are allowed and the target will be scored DEAD if broken by either shot, with exception of the American Field Sporting see section XII.
      1) On a single target (full use of gun): If the target is

missed with the first shot and an ammo or gun malfunction occurs, preventing the second shot from being fired, the target will be reattempted. On the reshoot, the shooter must intentionally miss the target on the first shot. The second shot will count for either dead or lost. If the shooter breaks the first target on the first shot of the reshoot in this scenario, the target will be scored as lost.

**b. Pairs**

Only two shots are allowed. Pairs may be presented as report, following or simultaneous (true pair)

**1)** In simultaneous pairs (true pair) the shooter has the right to shoot either of the targets first. If the shooter has missed the first target he may fire the second cartridge at the same target.

**2)** When shooting report or following pairs, the shooter will have the right, if missing the first target, to fire the second cartridge at the same target (the result being scored on the first target and the second target being scored as LOST).

**c. Scoring Pairs**

**1)** Should the shooter break both targets with either the first or second shot, then the result will be scored as two hits.

**2)** In the event of a NO BIRD on a simultaneous pair (true pair) or following pair, nothing can be established. Two good targets must be present to record the score. This will also apply for gun/ammunition malfunctions while shooting pairs. (See VII-H-1)

**3)** In the event of a NO BIRD on the second target of a report pair, the first shot will be established as DEAD or LOST and the shooter will repeat the pair to establish the result of the second shot. When repeating the pair, the shooter must make a legitimate attempt at the first target and fire second shot to establish score of second shot. If both targets are broken with the second shot it is scored as "dead pair".

**4)** In the event of a "shooter malfunction" (See VII-H-2)

on the first bird of a report pair, the first bird will be established as LOST and the shooter will repeat the pair to establish the result of the second target. When repeating the pair the shooter must make a legitimate attempt at the first target. The first target has already been established as LOST and the result of the second target will be recorded. (See VII-H-2)

d. **Multiple Targets**
Only two (2) shots are allowed; two (2) HITS or DEAD BIRDS maximum.

2. Timed reloads are not allowed in any NSCA competition.
3. **Shooters Viewing Targets**
The first person on every squad shall be allowed to view a good presentation of targets from within the shooting station. At least one pair will be shown, but limited to no more than two pairs. *Guns must be unloaded while viewing targets.* This person is the only person permitted to mount their unloaded gun and track the targets being viewed.

## G. Scoring Procedure

1. Each shooter will be assigned a score card to be presented to the Field Judges at the various stations or fields. Field Judges will score each shooter's attempts on the individuals score card. The total shall be tallied and the scores written and initialed by the Field Judge.
2. Each shooter is responsible for his/her score card from assignment, at the start of the shoot, until the card is filed with the Shoot Officials at the end of each day's shooting. (see VI-I-4-a)
3. Scores made on re-entry will not qualify for prizes, points, or punches.
4. Shooters are responsible for checking the Field Judge's totals of HITS and MISSES at each station and/or field.
5. Field Judges may be assisted by markers to record scores on the shooter's score cards.
6. Targets shall be scored as HIT or DEAD and designated on score cards by a "/" (forward slash) or "\" (back slash) when, in the opinion of the Field Judge, *the target was hit and broken. Targets that are not broken and hit shall be scored LOST or*

*MISSED and designated on score cards by an "O" or number if using count down scoring. "Dusting Targets" (Targets that are hit but not broken) are scored as LOST.*

7. The call of LOST or DEAD, HIT or MISS shall be announced by the Field Judge prior to recording the score on every target.
8. If the shooter disagrees with the Field Judge's call, he/she must protest before firing at another set of targets or before leaving that station. The Field Judge may poll the spectators and may reverse his/her original call. In all cases the final decision of the Field Judge will stand.
9. During a registered event, each shooter must verify his/her score before leaving the station. Once the shooter has left the station, his/her score is final.

## H. Malfunctions

The shooter shall be allowed a combined total of three (3) malfunctions per day, per event attributed to either the shooter's gun or ammunition. Targets not attempted on the three (3) allowed malfunctions shall be treated as NO BIRDS. Targets not attempted due to the fourth or later malfunctions shall be scored as LOST.

### 1. Gun Malfunctions

a. Gun malfunctions include the situations where (a) the gun will not fire either barrel (The shooter must keep the gun pointed downrange and present it to the field judge to determine cause of malfunction; (b) the gun had a true simultaneous discharge (gun doubles); (c) the gun fan fires (second barrel discharges without shooter action); and (d) a semi-automatic shotgun fails to eject the shot shell from the first shot and a second shot is required.

b. When the gun has a simultaneous discharge (gun doubles) on a report pair; the first target is NOT established and the pair is reshot to establish both targets.

c. In the case of a gun malfunction, the shooter must remain in place, the gun pointed safely down range and must not open the gun or tamper with trigger, safety or barrel selector, until the Field Judge has determined the cause and made his/her ruling.

**d.** In the case of an inoperable gun, the shooter has the option to use another gun, if one is available, or he/she may drop out of competition until the gun is repaired. The shooter must; however, finish the event during the allotted scheduled shooting time.

**2. Shooter Malfunctions**

Targets shall be scored as LOST if the shooter is unable to fire because of the following examples which include but are not limited to:

**a.** Shooter has left the safety on.

**b.** Shooter has forgotten to load, loaded previously fired shells or failed to properly cock the gun.

**c.** Shooter has forgotten to disengage the locking device from the magazine of a semi-automatic shotgun.

**d.** Shooter has not sufficiently released the trigger of a single trigger gun having fired the first shot.

**e.** Shooter not seeing the target.

**f.** If the shooter fails to comply with item VII-H-1-a, the target (s) will be scored as LOST or MISSED.

**3. Ammunition Malfunctions**

In the case of an ammunition malfunction, the shooter must remain in place, the gun pointing safely down range and must not open the gun or tamper with the trigger, safety or barrel selector, until the Field Judge has determined the cause and made his/her ruling. Examples include but are not limited to:

**a.** Failure to fire, providing firing pin indentation is clearly noticeable.

**b.** One in which the primer fires, but through failure of the shell or lack of components, and consequently leaves part of or all of the charge of shot or wad in the gun. A soft load in which the shot and wad leave the barrel, is not a misfire and shall be scored as LOST or MISSED. In the event of a "soft load" on the first bird of a report pair, the first bird will be established as LOST and the shooter will repeat the pair to establish the result of the second target. When repeating the pair the shooter must make a legitimate attempt at the first target. The first tar-

get has already been established as LOST and the result of the second target will be recorded.

c. Brass pulling off hull between shots on pairs.

d. Separation of brass from casing when gun is fired (usually accompanied by a "whistling" sound as the plastic sleeve leaves the barrel).

e. If the shooter fails to comply with item VII-H-3, the target (s) will be scored as LOST or MISSED.

4. **Trap/Target Malfunctions**

a. A target which breaks at launching shall be called NO BIRD and shooter will be provided a new target.

b. A target which is launched in an obviously different trajectory shall be called NO BIRD and the shooter will be provided a new target.

c. *Rabbit targets thrown using a ramp or other device to cause hops or change in direction are "No Bird" if the target misses the ramp or device.*

d. At a station of multiple targets (two or more - simultaneously launched), at least two good targets must be presented simultaneously (true pair) or NO BIRD will be called and the multiple targets will be attempted again. Multiple targets shall be shot as fair pair in the air, two new shots will be attempted and scored, no scores from previous NO BIRD attempts will stand.

## I. NSCA 5-Stand Sporting™

NSCA 5-STAND Sporting events consist of targets shot in 25 bird increments from five shooting stands with each shooter rotating from station to station. The game offers several different skill levels and utilizes six or eight automatic traps to simulate game birds. Targets are released in a predetermined set sequence marked on a menu card in front of each shooting cage. Targets are registered separately under a special set of rules; however, they utilize the NSCA Classification system and all targets are included for total targets shot for the year. NSCA 5-STAND Sporting rules must be followed at all times while conducting this event.

1. **Land**

   a. Minimum area 50 yards wide along shooting stand line.
   b. Minimum 300 yards deep left and right of the center of shooting stand line creating an 180 degree arc for safe shot fall. (Game can be overlaid on a skeet and/or trap field.)

2. **Equipment**
   a. Six (6) or eight (8) automatic traps are recommended.
   b. Machines should include a rabbit trap and a vertical trap (minimum 60 percent).
   c. Five shooting stands not less than seven (7) feet tall and not more than 54 inches across the front opening are recommended.
   d. One tower not less than 12ft in height is recommended.
   e. Controller (any NSCA approved).
   f. Target sequence menu cards.
   g. Trap location numbers.
   h. Shooting stand numbers.
   i. Safety rules sign.

3. **Layout**
   a. Shooting stands must be in a **STRAIGHT LINE** (for safety) not less than four (4) yards apart or more than six (6) yards apart (recommended five (5) yards) center-to-center.
   b. Trap placement and target flight paths may be arranged to include the following:
      i. Left to right crossing and/or quartering away target.
      ii. Right to left crossing and/or quartering away target.
      iii. Vertical target (Springing Teal).
      iv. Rabbit target.
      v. Tower target going away.
      vi. Incoming target.
   c. For safety reasons, traps must be placed in a position that prevents broken targets from hitting the competitors or causing a competitors gun to be pointed in an unsafe direction. Traps placed parallel or too close to the shooting stand line can create a serious hazard. Recommended five yard minimum for any traps placed in front of shooting stands. Tower placement must be a sufficient distance back or to the side of the shooting stand line

to prevent broken targets from falling on the competitors. Traps placed to the side of the shooting stand line should be a sufficient distance forward or behind the shooting stands to prevent competitors from selecting a hold point too close to the shooting stand line when calling for the target.

**d.** Multiple Layouts- When the squad moves to the next layout, the original first shooter will rotate to the end of the line; the rest of the shooters on the squad will move up (toward the first cage) one position, thus rotating who is the first shooter at each subsequent layout.

**4. Rules**

**a.** Gun must be open and empty while changing stands.

**b.** Shooters may not leave their station until instructed to do so by the referee or until the last shooter has fired his/her last shot.

**c.** May only load gun while in shooting stand in ready position.

**d.** *Penalties for violating rules b & c: First offense = warning. Second offense = loss of one target from total score of targets on that field. Third offense = Failure to Comply. Shooter is referred to course manager to present to Protest Committee or Shoot Management. Penalty for "Failure to Comply" may be one target for each offense, zero score for that field of competition, or disqualification.*

**e.** Shooter's feet must be behind the front opening of the shooting stand except when changing stands. Shooters will be warned, a NO-BIRD will be called, continued disregard will result in losing a target or being disqualified.

**f.** No chokes may be changed after the round has begun. Failure to comply will result in loss of all targets attempted (in that round) after choke changed.

**g.** Target sequence menu cards must be posted.

**h.** *Malfunctions: Shooter is allowed one gun or ammunition malfunction per 25-target event. Targets not attempted due to second or greater malfunctions are scored as lost targets.*

### J. Super Sporting

1. NSCA Sporting Clay rules apply when shooting Super Sporting.
2. *Super Sporting course may be set on an existing Sporting course or set up in a separate area. Each shooting stand must have a minimum of three traps, and all traps must be identified by either alphabetical letters or numerical numbers from left to right of the shooting stand.*
3. Shooters may only view single targets when viewing target presentations. *Targets are viewed in numeric or alphabetical order.*
4. *For NSCA Regional, US Open, National, World English Sporting Clays and World Super Sporting Championship events only: Menus may feature singles, report pairs, true pairs and following pairs. At least two (2) singles are thrown at each station. Targets in true pairs must be shot as a single target or in a report pair prior to being thrown in a true pair or following pair."*
5. *Each shooter shoots entire menu during their turn to shoot. When attempting singles the shooter will have full use of gun (may use both shots to attempt target).*
6. *Registered Super Sporting must have a minimum of 50 targets.*

### K. Sub-Gauge FITASC

1. Sub-Gauge FITASC, as Non-World Cup events, shall adhere to the ammunition restrictions for NSCA Sub-Gauge events outlined in VII-C-2.
2. Sub-Gauge FITASC events shall adhere to the rules set forth for Non-World Cup FITASC events held in the U.S., per section IX.

## VIII. Miscellaneous

### A. Certified Instructors Program

Members who have participated in and passed an NSCA Instructor Certification Course. There are 6 (six) levels of Instructor Certification available: Club Range Safety Officer, Recreational Instructor, Scholastic Instructor, and Levels I, II and III. Lev-

els I, II & III must be taken in sequence. Level I - teaching the beginner to novice, Level II - teaching intermediates and Level III - for advanced teachers. It takes a minimum of five (5) years and over 1,900 hours of teaching to complete the certification program.

**B. Nonpayment Penalties**

**1. Clubs**

**a.** Failure to fulfill the reporting and payment requirements shall carry the following penalties:

**i.** Cancellation of all subsequent shoot dates for the offending club.

**ii.** Denial of right to apply or reapply for any further registered shoot dates for a period of thirty (30) days in case of first offense, or ninety (90) days in case of second or subsequent offense or until obligations have been met.

**iii.** Owners, officers and managers of any delinquent club may be barred from shooting registered targets and from all functions of the NSCA either certified, elected or appointed (for example but not limited to: Executive Council positions, National Delegate positions, Certified Instructor) until which time as written verification is provided that all required obligations of said club are met to the shooters and NSCA.

**b.** Club membership may be suspended for any member club who fails to pay for goods or services ordered from NSCA or who gives to NSCA a check that is returned for insufficient funds or other cause. Membership may be reinstated upon receipt in full of the outstanding balance and any penalties incurred, such as bank charges, as a result of the incident.

**c.** Nothing in this section shall affect, modify or overrule the provisions in Section IV-D-1 or the rights and powers of the NSCA as set forth therein.

**C. Individuals**

**1.** Members may be suspended for failing to pay for goods or services ordered from NSCA or who give to NSCA a check

that is returned for insufficient funds or other cause. Members may be reinstated upon receipt in full of the outstanding balance and any fees incurred, such as bank charges, as a result of the incident.

2. Nothing in this section shall affect, modify or overrule the provisions in Section IV-D-1 or the rights and powers of the NSCA as set forth therein.

**D. Checks/Payments/Overpayments**

1. Anyone who presents a check at any shoot that is returned for insufficient funds, or other causes, must be notified by Registered Mail by the club to which it was presented and has fifteen (15) days to make full payment, plus penalty, to the club. Any club receiving such a check shall report name and address of the shooter issuing the check to the NSCA.
2. Any competitor at a registered shoot who, through error, has been overpaid on any purse, added money, optional or other prize money and who is notified of the overpayment by Registered Mail, must return the overpayment within fifteen (15) days of notification. Failure to do so shall result in disbarment from all registered shoots until repayment is made. See Section VIII-C-1.

# IX. Parcours De Chasse

These are modified FITASC Rules to be used in Parcours de Chasse events (FITASC events) held in the U.S. that are Non World Cup Events. International FITASC (International Sporting) rules may be found at www.fitasc.com, under Rules for Sporting. International FITASC Rules apply to all World Cup FITASC events held in the USA.

FITASC (Federation Internationale de Tir aux Armes Sportives de Chasse), headquartered in Paris, France, has recognized the National Sporting Clays Association as the sole, exclusive association to govern Parcours de Chasse Sporting and Compak Sporting in the United States. FITASC targets will be registered separately and shot under FITASC rules. The FITASC gun mount rule applies in all FITASC events. The NSCA Classification system used and all targets will be included in the shooters total targets shot for the year. In case of controversial interpretation of the present regulation, text

written in French will be the authoritative version.

USA FITASC Rules 1/1/2019

# I. Definition of FITASC Rules

## Chapter 1 - Definition of FITASC

Sporting is a shooting discipline reproducing hunting situations and practised with a hunting firearm and artificial targets. The discipline uses all the features of a terrain and artificial targets of different types that are launched in order to highlight the shooters' technical and sporting skills. The layouts reproduce hunting trajectories with varied levels of difficulty. The organization of a sporting layout must take into consideration the safety of all those present, the protection of the flora and management of the environment. Shooting at live animals is not permitted.

## Chapter 2 - FITASC Layouts

### 2.1 Layout

Depending on the configuration of the competition terrain, a sporting range must be equipped with enough traps for the competitors to be able to shoot under conditions that resemble natural game shooting as much as possible; Partridges, ducks, pheasants, rabbits, etc. Target trajectories should include: incoming, outgoing, crossing and quartering at low and high levels, in the open or in woods, obscured or not by trees and shrubs.

### 2.2 Traps

The number of traps per layout is as follows for International World Cup events:

| Type of layout | Number of traps | Composition of singles & doubles |
|---|---|---|
| Layout (old system) | 5 traps for 3 shooting positions | 15 singles, 5 doubles |
| Line with 4 shooting positions (new system) | 3 shooting positions with 4 traps and 1 shooting position (the #2 or #3) with 3 traps | 15 singles, 5 doubles of which 2 doubles on the shooting position with 3 traps |

| | | |
|---|---|---|
| Line with 5 shooting positions (new system) | 5 shooting positions with 3 traps / shooting position | 15 singles, 5 doubles |
| Line with 3 shooting positions (new system): allowed for Grand Prix only | 5 traps per shooting position | 15 singles, 5 doubles |

**For all other FITASC events held in the U.S.:**
At least five traps are required for each old system layout and four for each new system layout. Composition of singles and doubles to be determined by target setter, however if a true pair is set at a parcour it is to be thrown as the first pair of doubles.
Traps may be either manual, automatic or mixed, identified by alphabetical letters (A, B, C and D) from left to right of the shooting stand.

**2.3 Targets**

The targets to be used are: normal standard targets, rabbit, midi, super mini , battue, flash and zz targets. Targets must be in colors that stand out clearly from the background.

**2.4 Shooting stands**

Shooting stands are to be one meter squares or one-meter diameter circles. If possible, shooting stands should be level ensuring competitors must at least be able to stand up without slipping. (Safety) In front of the shooting stand will be placed the target menu, visible to the shooter and that will mention, in the shooting order, the trap list (example: A, B, C,...). The type of special targets (90mm, 70mm, 60 mm, battue, rabbit) must be mentioned on the menu for each shooting position. Before the competition, the referees will make sure that the 4 machines are properly loaded with targets compliant to the target menu. Waiting positions must be as close as possible to the shooting positions, posing no distraction to the squad shooting and complying with the safety rules.

**2.5 Trajectories**

**2.5.1** FITASC layouts must comply with hunting ethics and shooting distances, i.e.

- No shooting at close range because the game will be unfit for consumption;
- No shooting beyond the effective range of the shotgun or cartridge otherwise the animal would be wounded.

It must be possible to fire two cartridges at each single target.

**2.5.2** Doubles must be shot at targets already launched as singles from that position.

## Chapter 3 - Shooting Rules

### 3.1 Shooting position

**3.1.1** Shooters must adopt the ready position, i.e. standing with both feet within the limits of the shooting stand, with the heel of the gun stock touching the body.

For all kinds of stocks, including:

- Standard stocks,
- Monte Carlo stocks,
- Stocks fitted with an adjustable comb or any other equipment allowing shortening of the shouldering distance, the rear point of the highest part of the stock must, in the ready position of the shooter, be under the horizontal line marked on the shooter's jacket. This line is 25 cm (9.85") below the axis of the shoulder and in parallel with this axis (see diagram below), this line must be colour contrasted with the jacket. Shooters must remain in this position until the target is released and is visible.




Height: 25 cm Shoulder axis
25 cm = 9.85 inches



**3.1.2** Shooters must not shoulder their guns until the target appears. Shooters must fire with their guns shouldered on all targets, including rabbits.

**3.1.3** In double on report simultaneous or rafale double, shooters may position their guns as they please between the first and second targets only.

**3.1.4 Testing guns**

Under no circumstances may guns be tested on the shooting stand. Before going onto a layout, shooters may, if they wish, test the operation of their guns on a stand specially designed and laid out for the purpose near the clubhouse.

**3.2 Hearing protection**

See “Rules of conduct / Safety” chapter, Article 8.9.

**3.3 Safety glasses**

See “Rules of conduct / Safety” chapter, Article 8.10.

## Chapter 4 - Definitions

**4.1 Definition of a single target**

Any single target, of any clay type, is launched by a trap. It must be possible to fire two cartridges at each single target.

**4.2 Definition of doubles**

Shooters are allowed only two cartridges per double. Both cartridges may be shot at the same target.

**4.2.1 Doubles on report**

Two targets are launched from one or two traps, with the second target launched within a maximum period of zero (0) to three (3) seconds after the first target has been shot at.

**4.2.2 Simultaneous double**

Two targets are thrown simultaneously by one or two traps. The targets may be shot in any order.

**4.2.3 Rafale double**

The targets are thrown from the same trap on the same trajectory, at the reloading sequence of the arm of the trap. The targets may be shot in any order.

# II. Competition Refereeing

## Chapter 5 - Referees

**5.1** Referees taking part in an international competition solemnly swear to:

- Adhere to the rules and ensure that the rules are adhered to;
- Make their decisions in an honest and impartial way;
- Disregard their nationality and home federation during international competitions;
- Place themselves at a spot enabling them to judge observance of the rules under optimum conditions;
- Announce their decisions clearly and loudly enough for the shooters to hear them;
- Listen to shooters' protests respectfully but without allowing themselves to be influenced by the shooter or other competitors.
- Have in their possession an up-to-date copy of the FITASC rules, in their country's official language.

**5.2** Each referee must be in possession of a valid referee's certificate issued by his/her national federation or, in the case of the chief referee, an international referee's certificate issued by the FITASC. Otherwise, the referee concerned may act solely as an assistant referee, on condition of prior approval by the jury for the current competition.

**5.3** Referees must ensure good order and proper conduct on the shooting stand and also during shoot-offs.

**5.4** When a competitor is ready to shoot, he/she calls "ready" or "pull" to the referee. The referee presents the target immediately or as soon as possible after the call. Targets launched after three seconds are a "No bird."

**5.5** In exceptional circumstances the referee may interrupt shooting if there is a sudden heavy shower or violent storm likely to be of short duration. If the referee subsequently decides that the interruption may be longer than initially thought the jury must be informed.

**5.6** A shooter is not entitled to refuse a target unless he/she has not called for it. Solely the referee has the authority to rule on whether a trajectory or a "No Bird" complies with the rules.

## Chapter 6 - Target Refereeing

**6.1** Referees make their decisions alone.

**6.2** Squad shooters are not entitled to intervene or express their

opinions on target rulings.

**6.3** The target is scored as ONE, HIT, or DEAD and designated on score cards by a "/" (forward slash) or "\" (back slash) when, in the opinion of the Field Judge, the target was hit or broken. Targets that are not broken or hit shall be scored LOST or MISSED and designated on score cards by an "O" or number if using count down scoring. This also applies to flash targets.

**6.4** The target is called "zero":

If the shooter fails to fire at the target without any valid reason (rafale or simultaneous double zero & zero).

If the shooter fires but the target is not hit and no piece visibly comes off or only particles of dust are visible (smoking targets or target dust).

If the shooter, in the case of a gun malfunction, opens the gun him/herself or touches the safety catch before the referee has checked the gun.

If there is a second malfunction of the gun or ammunition during the same round.

**6.5 "NO BIRD"**

**6.5.1** "NO BIRD" due to the firearm or ammunition

The table below applies in the case of the first incident in the same round.

The shooter receives a warning for the first incident and the target is called "NO BIRD." After the first incident, all targets not shot at for the same reasons as the first incident are counted as "zero."

| Defect | Type | Action |
|---|---|---|
| Two shots at the same time (double discharge) | At a single target | <<No Bird>>, target to be repeated |
| | At the first target of a double on report | <<No Bird>>, double to be repeated |
| | At a simultaneous double | <<No Bird>>, double to be repeated |
| | At a rafale double | <<No Bird>>, double to be repeated |

| | | |
|---|---|---|
| Malfunction with the first shot* | At a single target | <<No Bird>>, target to be repeated |
| | At a double on report | <<No Bird>>, double to be repeated |
| | At a simultaneous double | <<No Bird>>, double to be repeated |
| | At a rafale double | <<No Bird>>, double to be repeated |
| Malfunction with the second shot | At a single target | <<No Bird>>, target to be repeated. The target can be broken only with the second shot and is counted zero if broken with the first shot. |
| Malfunction with the second shot | At a double on report | <<No Bird>>, double to be repeated. Result of the first shot noted. |
| | At a simultaneous double | <<No Bird>>, double to be repeated |
| | At a rafale double | <<No Bird>>, double to be repeated |

* If the second shot is fired, the result is recorded as “kill," “one” or “zero.”

**6.5.2** «NO BIRD» due to the target

The table below applies in the following cases:

- if a broken target is thrown;
- if the target is not thrown from the correct trap;
- if two targets are launched from traps on the same shooting stand;
- if the target is not of the correct color, size or type;
- if the trajectory is ruled incorrect by the referee;
- if the target is thrown more than three seconds after the referee's command;
- if the shooter has not called for the target;
- if the referee rules that the shooter has clearly been disturbed;
- if the referee is unable to give a ruling on the target.

| Type | Action |
|---|---|
| Single target | <<No Bird>>, target to be repeated |
| Rabbit broken after being missed with the first shot and before the second shot. | <<No Bird>>, rabbit to be repeated. The target can be broken only with the second shot and is counted zero if broken with the first shot. |
| First target of a double on report | <<No Bird>>, double to be repeated |
| Double of report if the first target (or pieces of it) break(s) the second one before the shooter has fired the second shot. | <<No Bird>>, double to be repeated. Result of the first target recorded. |
| Second target of a double on report. | <<No Bird>>, double to be repeated. Result of the first shot noted. |
| Simultaneous double target | <<No Bird>>, double to be repeated. No score established. |
| Rafale double target | <<No Bird>>, double to be repeated. No score established. |

In all doubles, if both targets are broken with one shot, the results is «KILL or ONE» and «KILL or ONE»

## Chapter 7 - Gun and Ammunition

### 7.1 Definition

All hunting shotguns, including semi-automatics (except for pump-action shotguns), are permitted provided that the caliber does not exceed 12 gauge, with a minimum barrel length of 66 cm. The use of micro cameras mounted on shotguns or any artificial aiming device is forbidden. All shotguns, even unloaded, must be handled with the greatest care. Guns must be carried open (semi-automatic guns must be carried with the breech open), with the muzzle pointing

straight upwards or downwards. Straps or slings on guns are not permitted. When shooters are not using their guns, they must be placed vertically in a gun rack or in a similar place provided for this purpose. The breech must be open for semi-automatic guns.

**7.2** Guns with release type triggers are allowed and must be clearly marked and Shoot Officials notified of their presence.

**7.3** Other shooters' guns must not be touched without their permission. Two shooters in the same squad are not permitted to use/share the same gun in an official competition or championship.

**7.4** In exceptional circumstances, a shooter may, in the event of his/her gun malfunctioning, borrow another shooter's gun, with the latter's agreement, in order to complete the round. Complete or partial replacement of a firearm, mobile choke or barrel is allowed during the same round, between stands, or between single and double targets, though this must not cause any delay.

**7.5** Once shooters are on the shooting stand, they are not allowed to make any of the changes provided for above.

**7.6** The maximum time allowed to shooters is 15 seconds. Time starts for lead shooter after viewing targets and any needed choke changes. For other shooters, the time is measured starting when shooter enters the shooting stand and between single of double targets. If a shooter exceeds this time the referee will issue a warning to the shooter and then apply Article 12.2.

**7.7** The referee will call "No Bird" for the first firearm malfunction. Following malfunctions for the same round are scored zero. If the gun is repaired before the sequence on that stand is finished by his/her squad, the shooter may shoot last with the referee's permission. If the fault cannot be repaired, the shooter is entitled to continue with his/her squad with the referee's agreement and provided that he/she immediately obtains another gun (cf. Article 7.3). Otherwise, the shooter must leave his/her position and squad and can shoot the remaining targets only once there is a free

place in another squad and the jury authorizes him/her to do so.

**7.8** Should both barrels fire simultaneously (double discharge) due to a gun malfunction for a single target or the first target of a double, the target is called "No Bird" and no result is recorded (Article 6.5).

**7.9** The cartridge shot load must not exceed 28 grams of lead with a maximum tolerance of +2%. Shot must be spherical, of a regular diameter of 2.0 to 2.5 mm with a tolerance of more or less 0.1mm.

- The use of dispersers or "Spreader Ammunition", or any other unusual loading device is strictly forbidden, as is the use of reloaded cartridges.
- Mixing different shot of differing dimensions and/or qualities is strictly forbidden, as is the use of black powder and tracer cartridges.

**7.10** If both targets are broken by one shot in a double, they are scored "one" and "one".

**7.11** The referee may ask the shooter to supply two cartridges for checking before the shooter starts at a shooting stand, taking one cartridge from the right pocket of the shooter's vest and the other from the left pocket.

**7.12** While viewing targets, the shooter in the shooting ring will be allowed a reasonable amount of time to change choke tubes.

## Chapter 8 - Rules of Conduct / Safety

**8.1** If a shooter acts in a manner demonstrating that he/she has lost his/her self- control (throwing down the gun, abusive language or acting violently towards the referee or other competitors, etc), the referee must refer the matter to the jury as quickly as possible (13.4).

**8.2** A shooter may shoot only in his/her proper turn and only when a target has been launched. Shooters are not permitted to aim or fire at other shooters' targets or to aim or fire knowingly at live animals (13.4). No pretence/mock shooting is authorized on the shooting ranges or outside. If a shooter, before calling "ready", engages in mock shooting (e.g. shouldering the gun and following the theoretical line of

the target trajectory) or fires a shot involuntarily, the referee must give the shooter a warning. After the first warning, any further occurrence is scored "zero" for the next target hit.

**8.3** Shooters must be ready to shoot immediately when called and must have the necessary ammunition and equipment for their round. Under no circumstances should a shooter move forward to the stand until the previous shooter has left it and it is his/her turn to shoot.

**8.4** **Coaching** – During any World, National, U.S. Open or Regional Championship once a shooter is in the shooting stand, the only communication allowed will be between the shooter and the Field Judge. Violations of this rule must be brought to the attention of Shoot Officials (i.e., Course Manager) to determine if and what disciplinary measures will be taken. Both the shooter and individual(s) communication with the shooter may be subject to disciplinary action.

**8.5** Shooters must not load until they are in place at their stand, with the gun aiming down the range, and only once the referee has given permission to start firing.

**8.6** Semi-automatic guns may be loaded with a maximum of two cartridges.

**8.7** Shooters must not turn around on the shooting range before breaking their guns and removing the cartridges from the chambers, whether they have been fired or not. When a shooting position is fitted with a bin or a container for empty cartridges, the shooter must drop them off there. The shooters using semi- auto shotguns have to pick up their empty cases after leaving the shooting position and throw them in the bins. Non-compliance with this rule will lead to the usual sanctions (yellow card / red card – see chapter 13 - Penalties). **To be used only in World Cup Events held in the U.S.**

**8.8** During the presentation of targets or when shooting is interrupted, shooters must break and unload their guns. They may close their guns only when given permission by the referee.

**8.9** If a shooter fails to fire or in the event of a gun or cartridge malfunction, the shooter must remain at his/her place with

the gun pointing down the range, without breaking it or touching the safety catch, until the referee has checked the gun.

If the competitor in the case of a gun/cartridge malfunction, opens the gun him/herself or touches the safety catch, before the referee has checked the gun, the target(s) will be scored Zero.

**8.10 Hearing protection**

Hearing protection is compulsory for all shooters, referees, staff and members of the public on or in the proximity of a layout. Any shooter on a stand without hearing protection is considered absent and Article 16.7 applies. In all circumstances outside the clubhouse, children present on a range must wear hearing protection.

**8.11 Safety glasses**

Safety glasses are compulsory, without any exceptions, for all shooters, referees, staff and anyone else in the immediate vicinity of a stand. Any shooter on a stand not wearing safety glasses is considered absent and Article 16.7 applies.

## Chapter 9 - Appeals

**9.1** The onus is upon the shooters to break their targets at places that are visible to the referee so that he/she can give a ruling.

**9.2** If the referee rules that a target has been shot behind a natural obstacle or shooting limit, no appeal against the referee's decision is admissible.

**9.3** Under no circumstances will shooters be permitted to leave their positions or pick up a target to check whether it has been hit.

**9.4** By calling for the following target, the shooter accepts the referee's ruling on the previous one.

**9.5** If the shooter disagrees with the referee's decision, the appeal must be made immediately on the shooting stand by raising his/her hand and saying "appeal" or "protest".

The referee must then interrupt firing and the shooter must give the reason for the appeal.

**9.5.1** If the referee, in all conscience, is convinced that his/her ruling is correct, he/she immediately confirms the

decision, which then becomes enforceable without any possibility of recourse (Articles 10.1 and 10.2).

**9.5.2** If the referee has any doubts about his/her decision, he may consult one of the following in a consultative capacity before making a definitive ruling:

- another referee present;
- the trapper;
- the shooters belonging to the squad concerned.

The referee is not obliged to agree with the opinions given.

**9.5.3** Following consultation as specified above, the referee gives his/her definitive ruling, which then becomes indisputable and is therefore binding on the shooter (10.1 and 10.2).

**9.6** For any reason other than a trajectory ruled as correct or a "No Bird" or a target recorded as "one" or "zero", the referee's decision can be appealed before the jury.

**9.7** To appeal against a referee's decision, a shooter must protest in writing to the jury, with a deposit corresponding to 40% of the entry fee.

**9.8** If the jury finds in the shooter's favor the deposit is returned, otherwise it is donated to charity nominated by the Chairman of the FITASC. If the jury finds that the protest is justified, though for a reason other than those referred to in Article 9.6, it may instruct the referee to change his/her ruling. The jury may also appoint a new referee or amend the referee's ruling (Article 9.6).

## Chapter 10 - Refusal to Comply

**10.1** Shooters must resume firing within fifteen seconds of the referee's final ruling.

**10.2** If a shooter fails to resume firing within fifteen seconds of the referee's final ruling, this is considered as a refusal to comply and the penalties specified in Chapter 13 will apply.

**10.3** If a referee decides that a competitor is deliberately delaying before firing or is acting in an obviously unfair manner, this will be considered as a refusal to comply.

## Chapter 11 - Attempting to Influence the Referee

**11.1** Shooters are considered as attempting to influence the referee where:

**11.1.1** the shooter concerned continues to challenge the referee's final ruling, via his/her attitude or verbally, despite the resumption of firing;

**11.1.2** the shooter concerned conspicuously challenge the referee's rulings;

**11.1.3** the shooters present conspicuously express their opinion or criticism of a ruling without being permitted to do so by the referee.

## Chapter 12 - Warnings

**12.1** If a shooter takes up an improper position, i.e. not in accordance with Chapter 3.1 of these rules, or if he/she shoulders the gun before the target appears, a verbal warning is issued supported by a referees Yellow card.

**12.2** After the first warning, for any further occurrence on the same layout, the referee will show a Red card, the target(s) is/are declared:

- "zero" for a single target;
- "zero" and "No Bird" for a double on report;
- "zero" and "zero" for a simultaneous double;
- "zero" and "zero" for a rafale double.

**12.3** A target declared "No Bird" by the referee may not be fired at under any pretext. Any shooter breaching this rule after a first warning is penalized as follows:

- "zero" for a single target;
- "zero" and "No Bird" for a double on report;
- "zero" and "zero" for a simultaneous double;
- "zero" and "zero" for a rafale double.

## Chapter 13 - Penalties

**13.1** All shooters taking part in a competition accept all the FITASC's rules and declare that they accept the present sporting rules. They also agree to accept sanctions and any other consequences of breaking the rules, disobeying referees' orders and rejecting referees' rulings.

**13.2** For a first breach of an article of the rules, the referee or jury will issue a warning.

**13.3** In the event of a repeat offence, refusal to comply or an attempt to influence a referee, the jury may penalize a shooter as follows:

- loss of one target;
- loss of a round of twenty-five targets;
- Expulsion from the competition.

**13.4** On referral by a referee, the jury may immediately expel from a competition any shooters who have lost their self-control or who have been guilty of refusal to comply and/or attempting to influence a referee or deliberately firing at live animals.

**13.5** Any expulsion in accordance with Article 13.4 is notified to the shooter's home federation and the FITASC head office, which will keep a record of the expulsion for a period of five years.

**13.6** In the event of a second expulsion within a period of three years of the first expulsion, the offender may, exclusively by decision of the FITASC Management Committee, be definitively refused entry to any competition organized under the FITASC's auspices.

**13.7** Shooters expelled from a competition will not be reimbursed or receive any financial compensation under any circumstances.

## Chapter 14 - Scorecards

**14.1** Scorecards are kept by the referee or, under his/her supervision, another person selected by the referee. Each referee must have a different colored pencil for each shooting stand on the same layout.

**14.2** Targets shall be scored as "One" or "Hit" and designated on score cards by a "/" (forward slash) or "\" (back slash). Targets that are not broken or struck shall be scored "Zero" or "Missed" and designated on score cards by an "O" or number if using countdown scoring. Scores are recorded in chronological order from left to right on the scorecard.

Targets are numbered in shooting order at each stand e.g.:

Station 1:

Target No. 1, No. 2, No. 3 and No. 4, double No. 5 and No. 6

Station 2:

Target No. 1, No. 2 and No. 3, double No. 4 and No. 5, double No. 6 and No.7

**4.3** The total scores shall be tallied and the scores may be

recorded electronically, written in ink or pencil and initialed by the field judge.

# III. Competition Organization

## Chapter 15 - Competition Organization

**15.1** The national federation concerned must approve layouts for national competitions, while the international federation must approve layouts for international competitions.

**15.2** A federation in charge of organizing an international championship that wants to hold the competition on a course or terrain that has not been approved, must present the terrain and the organization details to a FITASC representative at least eight months before the date of the competition. The FITASC may, if it thinks fit, oblige the federation to appoint a course designer, responsible for the design & the organization of layouts.

**15.3** A FITASC member federation may delegate responsibility for organizing a competition to one of its clubs but it will still be considered by FITASC as wholly responsible for the application of all the specifications previously approved.

**15.4 Jury**

**15.4.1** International events are supervised by a jury formed by members of the FITASC sporting commission present at the event and one representative from each participant nation entering a senior team. The jury is chaired by the representative of the organizing FITASC member. FITASC Management Committee members automatically belong to the jury except for those sitting on the appeal jury.

**15.4.2** The jury makes decisions by a majority of the members present. In the event of a split decision, the chairman or his/her representative has a casting vote.

**15.4.3** In order to be valid, decisions must be made in the presence of the jury chairman or his/her representative and at least one quarter of the members.

**15.4.4** In an emergency (e.g. risk of shooting being stopped), two jury members appointed by the chairman or his/her representative may make an exceptional decision subject to the jury's subsequent ratification of this decision.

## 15.5 Role of the jury

**15.5.1** The technical commission members on the jury must check, before shooting starts, that the ranges and layouts comply with the rules and specifications.

**15.5.2** After the opening ceremony, the organizing federation announces the firing times determined by the jury.

**15.5.3** The jury must ensure that the rules and safety requirements are observed during shooting.

**15.5.4** The jury may check firearms, ammunition and targets using technical testing equipment.

**15.5.5** The jury must make the necessary decisions in the event of a technical defect if the Chief Referee has not made them.

**15.5.6** The jury must examine appeals and decide on the necessary penalties given to any shooters failing to observe the rules or behaving in an unsportsmanlike manner.

**15.5.7** The jury must ensure that there are always at least two of its members present on the shooting terrain.

**15.5.8** The Jury members which noticed an irregularity cannot directly intervene to the referees, but they must report what they observed to the Jury.

## 15.6 Responsible persons for the layouts

**15.6.1** During the days preceding the start of the competition, the course designers will present the settings of the lay- outs with their trajectories as well as the proposed menus, including target type, to the following persons:

- the jury members "Being the responsible persons for the layouts,"
- as well as the Chief Referee.

**15.6.2** The proposals specified in paragraph 15.6.1 may be amended to comply with technical, refereeing, safety and environmental rules and, more generally, the spirit of FITASC competitions.

**15.6.3** All layouts are finalized only after being validated by the jury members and the chief referee.

**15.6.4** The chief referee passes on the refereeing instructions

to each stand referee.

**15.6.5** Trajectories selected by the jury or the course designers cannot be modified by the referee.

However, in case of a trap malfunction or of any exceptional change in the weather, the referee is allowed to re-set the defective trajectory if:

**a.** The target fails to appear;

**b.** The target trajectory is considered dangerous by the referee

In either case, it is advised to call on the course designer or a jury member to check the rectified trajectory.

**15.6.6** Practicing is not permitted before the event(s) take place on the layout(s) defined by the layout officials.

### 15.7 Appeal jury

**15.7.1** An appeal jury may be created for each international competition to hear any protest to jury decisions by shooters or by the FITASC.

**15.7.2** The appeal jury is formed by the Chairman of the FITASC (or his/her representative), the Chairman of the technical commission (or his/her representative) and the Chairman of the organizing FITASC member (or his/her representative).

**15.7.3** The appeal jury is created at the same time as the jury.

**15.7.4** If no appeal jury is created, the jury's decisions are final and not subject to appeal.

## Chapter 16 - Championship Procedure

**16.1** An international competition, comprises two hundred targets and a round comprises twenty-five targets, though in exceptional circumstances the number may be changed by the jury if this proves essential, in which case the shoot- ers are reimbursed by the organizer for the targets not used on the basis of the price of the practice targets.

**16.2** Shooting takes place in squads of six shooters, after drawing lots, with the shooters rotating at each stand and also when shooting doubles. At international competitions, members of teams from the same nation are divided between different squads as far as possible. The organizing committee announces the times and the squad members in advance.

**16.3** At each stand, each shooter in the squad shoots first at single targets and then at doubles on rotation. (Unless the jury decides otherwise).

**16.4** All the trajectories are presented at each stand to the first shooter in each squad, who must be ready on the shooting stand.

The referee, on request of the competitor in the shooting stand, will repeat the target trajectory presentation up to a maximum of two targets for each target in the target menu sequence

**16.5** No firing or mock firing is permitted on presentation of the targets otherwise Articles 12.1 & 12.2 apply.

**16.6** No double on report targets are presented to shooters. Solely simultaneous and rafale double targets are presented to the first shooter in each squad.

The referee on request of the competitor in the shooting stand, will repeat simultaneous or rafale doubles up to a maximum of two shown doubles.

**16.7** Shooters must arrive on time at the shooting stand. If a shooter is not present when his/her name is called, the referee must call out the name and number three times within the space of one minute. If the shooter has not missed his/her turn to shoot the singles on the first stand, he/she may rejoin the squad without penalty. If the shooter fails to join the squad before his/her turn, all single and double targets not shot at are scored “zero”. If a shooter attends one of the following stands (2, 3, 4 etc), all clays not fired at on the previous stands are counted “zero”. Under no circumstances may the shooter shoot the layout for which he/she has missed one or more stands, in another squad.

**16.8** If a shooter considers that he/she has a good reason for being late and that the lateness was outside his/her control, he/she must:

a) Not rejoin his/her squad during the round (Parcour);
b) Appeal to the Head Referee or Course Manager, or Shoot Management if Head Referee is not present;
c) Abide by the Head Referee or Shoot Management decision;

d) Shoot his/her round in another squad if authorized by Shoot Management.

If the jury finds that a shooter's reason is not admisible, the shooter is penalized by twenty-five "zeros" for each layout not shot.

**16.9** In the event of a trap machine malfunctioning or a firing interruption lasting more than ten minutes, the referee must present the stand targets to the shooters again.

**16.10** At international competitions, the results are recorded by the referee or his/her representative, who may be a shooter. The results of each round are then displayed on a central scoreboard.

**16.11** On leaving each stand, shooters must check that their scores have been correctly recorded on the scorecard. Any shooter challenging the recorded score must inform the referee immediately but the final decision rests solely with the latter, who may nonetheless seek information and take advice (Article 9.5.2) before making his/her final decision. No appeals are admitted once this consultation process has been completed.

## Chapter 17 - Dress

**17.1** Competition participants must be properly dressed, proper attire is at the discretion of shoot officials. The shooter´s competitor number must be fully visible and worn in its entirety. Failure to observe this rule is penalized first by a warning from the referee. Failure to rectify this requirement will lead to further penalties that may extend to exclusion from the competition by decision of the jury.

## Chapter 18 - Shoot-offs

**18.1** *The criteria for shoot-offs is set by Shoot Management.*

**18.2** *In the event of a shoot-off, a peg or new layout is set up by Shoot Management (if there is enough time to organize the shoot-off).*

**18.3** *For ties that are not determined by shoot-offs, the following criteria is used. The tie will be broken by taking the score on the 8th layout, then in case still tied, by counting back from the 7th, 6th, 5th, 4th, 3rd, 2nd, 1st layout. Tied shooters without award will be ranked as equals.*

**18.4** *Shoot-offs take place via a score from one peg or a round of twenty-five targets.* If the shooters cannot be separated they shoot a second round, where the shooter scoring the first "zero" is eliminated ("sudden death" principle) provided that all the shooters have shot at the same number of targets, the winner being the shooter remaining after all his/her competitors have been eliminated. In the case of equal scores and solely in the case of a shoot-off (applying the sudden death principle), a double on report is considered as a combination of two targets without taking account of the position of a "zero" target, whether the double is "one" and "zero" or "zero" and "one".

**18.5** Shooting takes place in accordance with the previous rules, though the empty places in the squad are not filled.

**18.6** If the shoot-offs have not been planned in advance as part of the event, the shooters concerned must remain in contact with the jury so that they are ready to shoot within fifteen minutes of being called. Shooters absent at the time of the shoot-off are disqualified.

**18.7** The jury may decide that shoot-offs have to be postponed until the following day for extraordinary circumstances, in which case absent shooters are disqualified.

**18.8** In the case of teams tying, the ranking is done by taking the overall score of the team members on the 8th layout, then in case still tied, by counting back from the 7th, 6th, 5th, 4th, 3rd, 2nd, 1st layout.

# X. Glossary

**Squad:** Group of six shooters maximum drawn at random and shooting at the same time on the same shooting stands.

**Round:** A round comprises 25 targets shot on the same layout or line.

**Trap:** Machine or device for throwing targets.

**Shot:** Corresponds to firing one cartridge.

**Target:** See Article 2.3

**Trajectory:** Line followed in space by a target.

**Layout:** One layout is composed of some shooting stands, forming a 25 target layout

**Shooting Stand:** Position for shooting (circle or square)

**One:** Target broken according to the rules
**Zero:** Target missed according to the rules.
**Course designer:** Person in charge of the setting of layouts.
**No Bird:** Target or trajectory irregular according to the rules.

**RULES ACCREDITED BY THE ORDINARY GENERAL ASSEMBLY DATED JULY 9th, 2018.**

# XI. Conversion Table

| Metric | Standard Imperial |
|---|---|
| 1.0 M | 3.281 ft. |
| | 39.37 in. |
| | 1.094 yd. |
| 2.54 cm | 1.0 in. |
| .0254 M | 1.0 in. |
| 1.0 cm | .3937 in. |
| 30.48 cm | 1.0 ft |
| .3048 M | |
| 1.0 g | .035274 oz. |
| | |
| cm - centimeter | ft - feet |
| M- meter | in - inches |
| | yd - yard |
| g - gram | oz - troy ounces |

# XII. American Field Sporting Rules

## I. Jurisdiction

1. All local, state and federal rules and laws take precedence over the rules of American Field Sporting.
2. The rules of clubs hosting American Field Sporting competitions take precedent over the rules of AFS as to safety, conduct, time efficiency or to accommodate additional participants. Clubs cannot adjust rules of the game to give competitors an advantage (i. e. number of previews, preview pairs, low gun enforcement, etc.)
3. National association rules and policies concerning anything other than the rules of the game (i. e. safety, conduct, awards and punches, etc.) will be used to administer competitions, recognition and other non-game items.
4. The rules of American Field Sporting take precedence over any other game rules.

# II. Safety

1. It is the responsibility of clubs, target setters, field judges, and shooters to put all aspects of safety first.
2. Eye and ear protection are required for everyone on the field when shooting is taking place.

# III. The Game

1. American Field Sporting consists of targets shot, low gun (Shotgun Ready Position) for NSCA Master and AA Class (or international equivalent), in twenty-five (25) target increments (called a field.)
2. Participants in all other NSCA classes (or international equivalent) have no restrictions on Shotgun Ready Position.
3. Four (4) Field Formats - Red, White, Blue, and Green - are available.
4. Competitions can use a single format or combination of formats. For competitions exceeding one hundred (100) targets, the incorporation of all four (4) Field Formats is encouraged.
5. Larger competitions such as a regional, national, or continental event will require a minimum of two hundred (200) targets across eight (8) fields and must include a minimum of two (2) fields from each format.

## A. Target Types

1. Target types include International, standard, 90mm, 70mm, 60mm, battue, rabbit, flash, and helice targets.
2. Color selection should provide good visibility of the target against the background and under all lighting conditions for shooters of all ages.
3. Manufacturers are encouraged to develop and introduce new target types to promote innovation and continued participation.

## B. Target Presentation

1. Innovation and creativity in target presentation are the heart of the game and are highly encouraged.
2. Targets should be safe to attempt, entertaining, and challenging for all participants.
3. Targets are attempted as one-shot Singles, two-shot Singles, Report Pairs, Following Pairs and True/Simo Pairs.

4. Every field must include one (1) XBird thrown once per twenty-five (25) target increment.

## C. XBird

1. The XBird should be the most challenging target on the field.
2. The XBird is thrown once per field as a two-shot Single. The XBird will be scored two (2) points if broken on the first shot or one point (1) if broken on the second shot.
3. The XBird will appear on the menu as the last target of the selected station.

## D. Nonpayment Penalties

1. Two types of shooting station configurations can be used:
   a. Stands measuring a minimum of 84 inches tall and a maximum of 54 inches wide at the opening.
   b. Hoops or frames measuring a minimum of 36 inches across. Limit sticks can be used at the hoop to limit the range of barrel swing.
2. Hoops must be used on the Red Field.
3. Either hoops or stands may be used on White, Blue, or Green Fields as safety and presentations dictate.
4. Shooting station configurations must be consistent across a single field.
5. Other than the Field Judge, a shooter in the shooting station must have a 36 inch safety zone free of others while in the station.

# IV. Field Formats

1. Two types of shooting station configurations can be used:
   a. Red
   b. White
   c. Blue
   d. Green

## A. Red Field Format

1. The Red Field requires a minimum of six (6) traps with one (1) trap dedicated exclusively to the XBird.
2. Five (5) stations with hoops are arrayed in a rectangular 2x2 box grid that is 90 feet wide by 30 feet deep (see Target Setter Handbook for details.)
3. At the target setter's discretion, Station 1 through 4 are placed

anywhere inside grid with the corresponding numbered box (see target setter handbook for details.)

4. Station 5 must be placed in the center of the grid (see Target Setter Handbook for details.)
5. A maximum of five (5) shooters are assigned to a squad and will begin at Station One (1).

i. Target Menus

1. Each station will have an easy-to-read menu of targets to be attempted at that station.
2. All non-standard targets. (i.e. rabbit, battue, 90mm, 70mm, etc). must be identified on the menu, including the XBird.
3. While the target selection should vary for each station's menu, the presentation sequence is the same across Stations One through Four and will be attempted in the following order:
   a. Single One-Shot
   b. Single Two-Shot
   c. Pair Any Type
   d. Pair Any Type

ii. XBird

1. The XBird is the only target shot from Station Five and is attempted as a two-shot single.
2. If the XBird is broken on the first shot, it will be scored two (2) points. If the XBird is broken on the second shot it will be scored one (1) point. Maximum score for a twenty-five (25) target field is twenty-six (26.)

iii. Previewing Targets

1. Before shooting, the squad gathers at Station 1 and the first shooter is allowed two (2) view of all targets as singles in numerical/alphabetical order except for the XBird.
2. There are no previews of pairs.
3. Once shooting begins, no additional previews are allowed except for the XBird which is previewed twice at Station 5 before shooters attempt the target.

iv. Attempting Targets

1. A round consists of all shooters attempting the entire menu at a single station.

2. There is a total of five (5) rounds of attempting targets.
3. Beginning at Station One, each shooter in the squad will attempt the entire menu of singles and pairs before the next shooter begins.
4. When all shooters have attempted a round, the squad moves to the next station and attempts the targets on that menu.
5. The squad rotates, with the first shooter from the previous station becoming the last shooter and the second shooter from the previous station becoming the first to attempt targets. The rotation of shooters will continue at each station.
6. The field is complete when every shooter has attempted the complete menu at all five stations.

## B. White Field Format

1. The White Field requires a minimum of six (6) traps with one (1) trap dedicated exclusively to the XBird.
2. Three (3) stations, numbered one through three (1-3) are positioned at the target setter's discretion (see Target Setter Handbook for details.) Station One must be the center most station between Stations Two and Three.
3. A maximum of five (5) shooters are assigned to a squad and will begin at Station One

i. Target Menus

1. Each station will have an easy-to-read menu of targets to be attempted at that station.
2. All non-standard targets (i.e. rabbit, battue, 90mm, 70mm, etc.) including the XBird must be identified on the menu.
3. While the target selection should vary for each menu, the presentation sequence is the same for each station which will include and will be attempted in this order:

| | | |
|---|---|---|
| **a.** | Single | One-Shot |
| **b.** | Single | Two-Shot |
| **c.** | Pair | Any Type |
| **d.** | Pair | Any Type |
| **e.** | Pair | Any Type |

ii. XBird

1. The target setter will select one (1) of the three (3) stations for the XBird, thrown as a two-shot single as the final tar-

get on the menu.

2. If the XBird is broken on the first shot, it will be scored two (2) points. If the XBird is broken on the second shot, it will be scored one (1) point. Maximum score for a twenty-five (25) target field is twenty-six (26.)

iii. Previewing Targets

1. Before shooting begins at Station One, the first shooter may stand in the station and is allowed two (2) previews of all targets as singles in numerical/alphabetical order.
2. The XBird may be thrown from any of the three (3) stations and will be the last target previewed twice at the station where it is thrown, before attempting targets at that station.
3. There are no previews of pairs.
4. Once shooting begins, no additional previews are allowed at that station.

iv. Attempting Targets

1. A round consists of all shooters attempting their entire menu at a single station.
2. There is a total of three (3) rounds of attempting targets.
3. Beginning at Station One, each shooter in the squad will attempt the entire menu of singles and pairs before the next shooter begins.
4. When all shooters have attempted a round, the squad moves to the next station and attempts the targets on that menu.
5. The squad rotates, with the first shooter from the previous station becoming the last shooter and the second shooter from the previous station becoming the first to attempt targets.
6. The field is complete when every shooter has attempted the complete menu at all three stations.

## C. Blue Field Format

1. The Blue Field requires a minimum of seven (7) traps with one (1) trap dedicated exclusively to the XBird.
2. Two (2) Positions (stands or hoops) are located no more than a ninety-foot radius from each other (see Target Setter Handbook for details.)
3. Each Position contains two (2) Stations for a total of four

(4) Stations.

4. Position One (1) contains Station One (1) and Two (2). Position Two (2) contains Stations Three (3) and Four (4).
5. A maximum of five (5) shooters are assigned to a squad and begin at Position One, Station One.

i. Target Menus

1. Each station will have an easy-to-read menu of targets to be attempted at that station.
2. All non-standard targets (i.e. rabbit, battue, 90mm, 70mm, etc.) including the XBird must be identified on the menu.
3. While the target selection should vary for each menu, the presentation sequence is the same for each station which will include and will be attempted in this order:
   - **a.** Single — One-Shot
   - **b.** Single — Two-Shot
   - **c.** Pair — Any Type
   - **d.** Pair — Any Type

ii. XBird

1. The target setter will select one (1) station for the XBird, thrown as a two-shot single, as the last target on the menu.
2. If the XBird is broken on the first shot, it will be scored two (2) points. If the XBird is broken on the second shot, it will be scored one (1) point. Maximum score for a twenty-five (25) target field is twenty- six (26.)

iii. Previewing Targets

1. Before shooting at each station, the first shooter may stand in the station and is allowed two (2) previews of all targets as singles in numerical/alphabetical order.
2. Station One: Targets one, two and three. Station Two: Targets four, five and six. Station Three: Targets one, two, and three. Station Four: Targets four, five, and six.
3. The XBird will be the last target from the station where it is thrown. It will be viewed twice, before attempting targets at that station.
4. There are no previews of any pairs.

iv. Attempting Targets

1. A round of shooting consists of all shooters attempting their entire menu at a single station.
2. There is a total of four (4) rounds of attempting targets.
3. Beginning at Position One, Station One, each shooter will attempt the entire menu of singles and pairs before the next shooter begins.
4. When all shooters have attempted a round at Station One, the squad rotates, remains at Position One, previews and attempts the targets for Station Two.
5. When all shooters have attempted a round at Station Two, the squad rotates and moves to Position Two, previews and attempts the targets for Station Three.
6. When all shooters have attempted a round at Station Three, the squad rotates, remains at Position Two, previews and attempts the targets for Station Four.
7. Shooting is complete when every shooter has attempted both stations at Position One and Two.

## D. Green Field Format

1. The Green Field requires a minimum of six (6) traps with one (1) trap dedicated exclusively to the XBird.
2. Five (5) fixed stations, numbered one through five (1-5) from left to right are spaced a minimum of fifteen (15) and no more than twenty (20) feet apart (see Target Setter Handbook for details.)
3. A maximum of five (5) shooters are assigned to a squad and begin at Station Three (3).

i. Target Menus

1. Each station will have an easy-to-read menu of targets to be attempted at that station.
2. All non-standard targets (i.e. rabbit, battue, 90mm, 70mm, etc.) including the XBird must be identified on the menu.
3. While the target selection should vary for each menu, the presentation sequence on Station Three is different from the others and will be attempted in this order:
   - **a.** Single Two-Shot
   - **b.** Single Two-Shot
   - **c.** Single Two-Shot

| | | |
|---|---|---|
| **d.** | Single | Two-Shot |
| **e.** | XBird | Two-Shot |

ii. XBird

1. The final target in Station Three is the XBird and is attempted as a two-shot single.
2. If the XBird is broken on the first shot, it will be scored two (2) points. If the XBird is broken on the second shot, it will be scored one (1) point. Maximum score for a twenty-five (25) target field is twenty-six (26.)

iii. Previewing Targets

1. Before shooting, the squad gathers at Station Three (3) and is allowed two (2) views of all targets as singles and the XBird. The first shooter may stand in Station Three (3) and call for each target in numerical/alphabetical order.
2. There are no previews of any pairs.
3. Once shooting begins, no additional previews are allowed.

iv. Attempting Targets

1. A round consists of all shooters attempting their entire menu at a single station.
2. There is a total of five (5) rounds of attempting targets. The squad remains together and follows the station sequence of three, four, five, one, two.
3. Beginning at Station Three, each shooter will attempt the entire menu of singles and the XBird before the next shooter begins.
4. When all shooters have attempted a round in Station Three, the entire squad moves to Station Four station and attempts the targets on that menu.
5. The squad rotates and the first shooter from the previous station becomes the last shooter and the second shooter from the previous station becomes the first to attempt targets.
6. The field is complete when every shooter has attempted the complete menu at all five stations.

# V. General Rules

## A. Types of Guns Used

1. Shotguns of 12 gauge and smaller, with the ability to shoot two shots are permitted. No more than two (2) shells may be loaded into the gun at one (1) time.
2. Shooter may change chokes before attempting targets at each station. Once a shooter begins attempting targets, that shooter may not change chokes at that station. Failure to comply will result in the remaining targets at that station to be scored as lost for that shooter.
3. Release triggers are allowed. They must be stickered and the Field Judge must be notified before shooting begins at each field.

**B. Gauges**

1. 12 gauge events allow shotguns of 12 gauge or smaller.
2. 20 gauge events allow shotguns of 20 gauge or smaller.
3. 28 gauge events allow shotguns of 28 gauge or smaller.
4. .410 events allow shotguns of .410 bore.

## C. Ammunition

1. No reloads are allowed in competition. All ammunition must be commercially manufactured cartridges.
2. Load and shot size may not exceed federal, state, local, and host club rules. If registered, load and lead shot size shall be limited to association specifications.

## D. Shooting Order/Rotations

1. Shooters must be in preassigned squads in competition play.
2. Squads are limited to a maximum of five (5) shooters.
3. Shooters must rotate between each station and each field.
4. A shooter rotation consists of the shooter in the first position at a station moving to the last position and the shooter in the second position moving into the first position.

## E. Arrival at Starting Station

1. It is the shooters' responsibility to arrive ten (10) minutes before the assigned start time to ensure they are checked in by the field judge.

## F. Shooter Number Display

1. If provided, all shooters shall clearly display their shooter number. This display can be on the back of the shirt, vest,

or jacket, the shell bag, etc.

## G. Ready Position for Master and AA

1. The ready position for Master and AA class shooters and the international equivalent is the heel of the shotgun in contact with the body and the highest point of the back of the stock (and the highest point of any type of stock) must be below a horizontal line marked on the shooter's outermost garment (see picture below.)





2. The horizontal line is referenced at the bottom of each shooters armpit as their arm is at their side to ensure line height is anatomically proportionate to all shooters.
3. All shooters in Master and AA must position the back of the stock below the line and not move from their Ready Position until the target is visible. Failure to do either will result in a lost target after one (1) warning per field as described in Section VI. G Shot Penalties.
4. The shotgun must be fully shouldered before attempting the target.

## H. Ready Position for Other Classes

1. All shooters A, B, C, and D (or international equivalent) may hold their shotgun in the ready position at any height, but the heel of the shotgun must be in contact with their body.
2. All shooters A, B, C, and D Classes must set their gun in

the Ready Position before calling for the target and not move until the target is visible.

3. The shotgun must be fully shouldered before attempting the target.

## I. Inside the Shooting Station

1. Both feet must be fully inside the station at all times while attempting targets.
2. Guns may not be loaded until the shooter is fully inside the station and the gun pointed in a safe direction.

## J. Pre-shot Gun Swing

1. All shooters, when they are in the stand, may pre-mount and swing their gun on the target line before placing their gun in the Ready Position and attempting the target.

## K. Calling for the Target

1. When shooter a is ready to attempt the target, they will make a clear, verbal call such as "pull."

## L. Launching Targets

1. When the target is called for, it must be launched immediately with a tolerance of (2) seconds. This does not mean the Field Judge can arbitrarily throw the target within those two (2) seconds.

## M. Launching Targets

1. Shooters must open and empty their gun before stepping out of the station.

## N. One-shot Singels

1. Up to two (2) shells may be loaded but only one (1) shot may be attempted on one-shot Singles.
2. If two shells are loaded and both shot, the target is called lost whether broken or not.
3. A No Bird or First Gun Malfunction on the one shot single will result in reshooting the target with nothing established.

## O. Two-Shot Single Target and XBird

1. Full use of the gun, both barrels are allowed.
2. If the first gun or ammunition malfunction occurs on the second shot, the target will be re-shot and the shooter must

intentionally miss the target on the first shot.

3. If the shooter hits the target on the first shot of a reshoot it is scored as lost.

## P. Pairs

1. There are no previews of any pairs.
2. Pairs can be thrown as report, following or simo/true.
3. On Report Pair, the shooter may shoot twice at the first target.
4. On Simo/True Pair the shooter may shoot either target first and may shoot twice at the same target.
5. On Simo/True Pair, if either target or gun malfunction occurs, neither target is scored and the pair will be re-shot.
6. If the shooter breaks both targets with one (1) shot, or a piece of the first target broken by the first shot breaks the second target, both targets will be scored dead.
7. A target shall be deemed a No Bird if the target breaks when thrown from the trap and/or if it is broken by an obstacle before the first shot.
8. In the case of a No Bird or Gun Malfunction on the second target of a Report Pair, the first target will be established Dead or Lost and the pair will be re-shot.
9. The shooter must make a legitimate attempt at the first target and the second target will be scored Dead or Lost based on the result of the attempt at the second target.
10. A No Bird or Gun Malfunction on a Simo/True Pair will result in reshooting the pair with nothing established.
11. Following Pairs have the same rules applied as Simo/True Pairs in regard to malfunctions.

## Q. Menu

1. The menu at each Shooting Station must list the sequence in which targets will be attempted.
2. The menu must be large enough for shooters to see clearly while in the Shooting Station.
3. All non-standard targets must be identified on the menu, including the XBird.
4. Each shooter will attempt the entire menu of singles, pairs, and XBird before leaving the Shooting Station.

# VI. Field Judge Responsibility

## A. Ambassadors of the Game

1. Field Judges are the ambassadors of the game. It is their responsibility to ensure the game flows efficiently. A squad of five should take less than thirty (30) minutes to complete a field barring mechanical, operational, or weather circumstances.
2. Field Sporting is first and foremost designed to be fun. Field Judges set that tone.
3. The Field Judge is responsible to understand and be able to enforce all rules efficiently and effectively.
4. More than one (1) Field Judge is allowed at any Shooting Station.

## B. Before Shooting Starts

1. Field Judges will confirm all shooters names, shooter numbers, and Class Rank with the score sheet.
2. Field Judges will check conformity of all ready position lines on competitors in Master or AA Class and will mark a ready line on all participants who do not have an existing line in a washable medium, such as chalk.
3. Any existing line can be used if it is below the AFS line. This must be agreed upon with the Field Judge and competitors prior to attempting targets.

## C. Late/Missing Shooter

1. At the appointed start time the Field Judge will call out for any missing shooter(s) in the squad. If there is no response from the missing shooter(s) the Field Judge will begin previewing targets.
2. Missing shooters will be scored zero (0) for each target as it occurs in the shooting sequence until or if the missing shooter arrives.
3. If missing shooters arrive once shooting has begun, they will not be allowed a preview of any target that has already been previewed by the squad.
4. Late shooters will be allowed to join the squad in the position they were assigned and to attempt the targets that remain. Late shooters cannot make up targets that have al-

ready been thrown.

### D. Previewing Targets

1. The Field Judge will gather the squad at the station where targets are previewed and show all targets twice in numerical/alphabetical order.
2. Before the first preview of each target, the Field Judge will describe the type of target, if non-standard, the entry point, and landing point. This description must be short and simple. It is the shooter's sole responsibility to assess the target.
3. No-bird targets will be previewed again.
4. A no-bird target is one that is broken, hits an object along its flight path or comes off the trap in an irregular manner.
5. If there is a delay in attempting targets for more than five (5) minutes, all targets will again be previewed as singles once for all shooters to view in the current station before shooting resumes.

### E. Attempting Targets

1. Before throwing each single or pair, the Field Judge will announce the single or pair presentation to be thrown. i.e. "One-shot single four," "Report pair, two, three," etc.
2. The Field Judge will announce the results at the completion of each single or pair attempt before recording the results on the score sheet.
3. The Field Judge will observe that each shooter does not move from their ready position before the shooter can see the target.
4. The Field Judge will give the shooter one (1) warning per field if the shooter moves before the target is visible.
5. Each subsequent movement infraction after the warning will result in a lost target/point.

### F. No-Bird and Gun Malfunctions

1. Field Judges will be the sole judge of no-birds.
2. The Field Judge will make a final determination of a gun malfunction.
3. Only the shooter in the stand can ask for clarification and discuss a no-bird or malfunction ruling.
4. The Field Judge may amend their call after a discussion with the shooter in the stand.

5. No other shooters, squad members or spectators may discuss, debate or offer an opinion about a call of no birds or malfunctions.
6. If the gun malfunctions, the Field Judge will give the shooter one (1) warning per field. After the warning, each subsequent malfunction will result in a lost target/point.

### G. Shot Penalties

1. Shot penalties accrue per field and reset to zero on each field.
2. A shooter is penalized and one-point penalty is assessed in the following scenarios:
   a. Ready Position fault (line or early movement) occurring after first warning.
   b. Gun Malfunction occurring after first warning.
   c. Shooter Error (e.g. failure to fire (flinch), safety on) without warning.

### H. Penalties (After First Warning)

1. After the first warning, additional Ready Position faults will result in a penalty.
2. After the first warning, additional Gun or Ammo Malfunctions will result in a penalty.
3. Any penalty on one and two shot singles is scored as a lost target/point and there is no reshoot.
4. Any penalty that occurs before or on the first shot of any pair requires a reshoot. The first shot of the reshoot is counted lost no matter the actual result. Either target can be attempted with the second shot.
5. Any additional penalty during a penalty reshoot will result in the loss of both targets/points.
6. Any penalty on the second shot of a two shot single or pair is scored as lost and there is no reshoot.

## VII. Scoring

### A. Recording and Marking Scores

1. Every squad will be assigned a master score sheet containing each squad members name, Class and shooter number. The Field Judge will control the scoresheet at all times.
2. A Field Judge is the only person allowed to make entries on

the score sheet. Entries must be in ink.

3. A target piece must be visible to call the target dead/broken.
4. A dead/broken target will be marked on the score sheet with a diagonal line "/" or "\".
5. If there is no visible piece or only dust is seen, the target will be called missed/lost.
6. A missed/lost target will be marked zero "0" on the score sheet.
7. The master score sheet has twenty-six (26) boxes. Two boxes at the end of the score sheet are dedicated to the XBird score regardless of the XBird position in the shooting sequence.
8. The XBird will be scored "/" "/" (2 points) if broken on the first shot, "0" "/", (1 point) if broken on the second shot, and "0" "0", (zero) if missed on both shots.

**B. Clarification of Score**

1. Only the shooter can ask for clarification and discuss the call with the Field Judge and must do so before attempting the next target or, on the final target, before stepping out of the Shooting Station.
2. No other shooters, squad members or spectators may discuss, debate or offer an opinion about the call unless polled by the Field Judge.
3. The Field Judge may poll other squad members and spectators and may change their original call of attempted targets.
4. The Field Judge's decision is final.
5. All scores must be tallied and signed off by the Field Judge.
6. Shooters will initial their scorecards upon completion of each field.

**C. Final Score Tie Breaking**

1. If there is a tie for the final score in HOA, Class or Concurrent, the first tie break is through the number of XBirds each shooter broke on the first shot. Two point XBirds only.
2. If a tie remains, it is broken by a count up on the last field listed in the scoring app. This field should also be announced/posted for participants to see.
3. In a count up, both shooters scores for the predetermined field are compared to each other shot by shot beginning with the first shot. The first shot missed by one shooter and

broken the other, breaks the tie. The shooter who misses the shot loses the tie break.

4. Tie breaks can also be accomplished by shoot offs and must be shot in one of the four formats.

# VIII. Turbo

## A. Overview

1. AFS Turbo is designed to allow clubs the ability to scale the number of shooters at events in an efficient and compact manner.
2. Turbo is a simple format change and retains all the General Rules of American Field Sporting.

## B. Format

1. Turbo is shot at a series of single, separate stations like traditional sporting clays or super sporting.
2. Each station must have a minimum of three (3) traps.
3. The menu at each station can have a combination of any of the following: one shot single, two shot singles, pairs of any kind and XBirds.
   a. Creativity and pace should be considered in menu development.
4. A total of two (2) XBirds are allowed for every twenty-five (25) targets thrown. For a 100 target event, four (4) XBirds must be thrown, with a maximum of eight (8) XBirds.
5. The number of stations can scale to accommodate the number of shooter and is not limited.

# XIII. NSCA Approved Targets

**Targets:** The following targets are permitted for N.S.C.A sanctioned events.

**108mm target:** Considered the "Standard" target for NSCA. Most manufacturers offer trap/skeet grade and sporting clays grade targets to withstand being thrown at higher speeds, both grades are permitted. Target measures 108mm in diameter.

**110mm target:** Also referred to as "International", same target used for International Skeet and Bunker Trap. Target measures 110mm in diameter.

**90mm target:** Also referred to as “Midi”. Target measures 90mm in diameter.
**70mm target:** Targets measures 70mm in diameter.
**60mm target:** Also referred to as “Mini”. Target measures 60mm in diameter.
**Rabbit target:** Robust target to withstand bouncing along the ground and also used for chondel or rabbue presentations. Target measures 108mm in diameter.
**Battue target:** Thin target that can be thrown from either side creating and arch trajectory. Target measures 108mm in diameter.
***Flash target:** A target with colored dust added to the top or underside of target to create a cloud of dust when hit. Most manufactures offer these in 108mm Standard and 110mm International targets.
**** Target Color:** Targets come in many colors and are to be determined by the target setter. All competitors must shoot at the same color target from a particular trap.

# XIV. NSCA Regional Map




SOUTH CENTRAL REGION- ALSO INCLUDES MEXICO
SOUTHEAST REGION- ALSO INCLUDES JAMAICA & PUERTO RICO
WEST REGION- ALSO INCLUDES HAWAII & ALASKA
NORTHEAST REGION- ALSO INCLUDES ENGLAND
NORTH CENTRAL REGION- ALSO INCLUDES CANADA

NSCA™

www.mynsca.com
5931 Roft Road | San Antonio, TX 78253
210 688 3371 | nsca@nssa-nsca.com

# EXHIBIT A-3

12 July 26

I am protesting the events that occurred during the main event at the North Central Regional involving shooters Brandon Powell and Jonathen Prince.

The squad consisted of myself, Powell, Prince, Rumer, and Hitch. Starting on the 1st stand on the 1st day, There was a constant barage of attacks directed towards Hitch. Constant bickering between Prince and Powell, and comments such as "Don't let him Win" and "The way he's shooting doesn't work" all while Todd stood in the box trying to compete. After two stands of this, I stepped in and tried giving the both of them other things to focus on and the situation escalated to the level of having shoot management following us for the remainder of the shoot. This did almost nothing to mitigate the situation and Powell continued to act the same way. Midway through the 2nd day, He threw his shells at me coming out of the box and they hit me directly in the chest. Then proceeds to throw his shells on the ground in front of the club manager and tell both of us to pick them up.

If there are anymore questions regarding the unsportsmanli conduct, I encourage anyone to contact the other members of the squad, and the Hitch family in particular.

In regards to the cheating / attempts at cheating, Here are the incidents I observed.

Prince

- Station 1 Promatic, 1st bird of 3rd pair

pulled trigger once bird was out of sight and tried manipulating trapper into calling it dead. I stopped it.

Powell

- Station 6 Fiochi, 2nd pair

Pair comes out slightly out of timing. Powell shoots, hits pair, misses next bird, leaves stand. Once Prince was in the box, he also had a pair that was off. Trapper calls no bird. Powell comes charging in yelling "If he gets it over, why don't I?" Well Brandon, you hit the pair that you're arguing about and missed the next. I stopped the trapper from giving it to him and moved on

This created the most incredibly toxic shooting environment that I have experienced in 60 plus thousand registered targets. I highly encourage the NSCA as well as shoot staff to handle this matter because one day someone else will. There is no place in this game for any of it. Todd won the tournament fair and square

# EXHIBIT A-4

**From:** Casey Chase <casey@scorechaser.com>
**Sent:** Friday, July 17, 2026 5:20 PM
**To:** Michael Hampton
**Cc:** SAMMY MCFADDIN; Kevin Smith; fitascjudge@yahoo.com; Brett Seibert
**Subject:** 2026 NC Regional Disqualifications
**Attachments:** PROTEST COMITTEE REPORT NC REGIONAL 7-15-26.docx; IMG_5507.jpeg; IMG_5508.jpeg

Michael,
Brett, copied in this email, asked that I forward the details of the incident occurring at Northbrook Sports Club during the 2026 North Central Regional resulting in the disqualification of Brandon Powell and Cameron Hicks. Brett left for Portugal Monday morning, so I offered to gather the official statement from the Protest Committee and contact details you'll find attached.

Brett received a formal written complaint from Cameron Hicks Sunday morning following the completion of the Pro squad rotation on the Main Event. Brett passed the written protest on to me, at which point I notified the three committee members that they had material to review. Committee Members included Sammy McFaddin, Scott Williams, and Kevin Smith, contact information also included below. Sammy & Scott were course managers and Kevin was on the Main Event at the time the message was sent. Each came in and reviewed the written complaint as soon as possible and then met in and outside of Registration to discuss. You'll find the Committee's official statement attached.

If there are any further questions please contact Brett Seibert, or a member of the Protest Committee.

**Shoot Management**
Brett Seibert
brettclays@yahoo.com
(847) 691-3399

Clifford Seibert
cliffordseibert0@gmail.com
(224) 829-6963

**Protest Committee**
Sammy McFaddin
sammydoc321@gmail.com
(706) 474-4808

Scott Williams
fitascjudge@gmail.com
(620) 674-1177

Kevin Smith
hunter58301@gmail.com
(701) 230-1200

**Witnesses/Involved Referenced**
Cameron Hicks
cameron.j.hicks2@gmail.com
(910) 624-7844

Brandon Powell
proshooter86@gmail.com
(423) 326-6959

Jonathan Prince
roy@amadorironworks.com
(936) 900-7828

Jared Rumer
rumer2208@gmail.com
(717) 385-5234

Tommy Seibert
tjseibert95@gmail.com
(224) 300-3713

**Rule Infractions Referenced by Protest Committee**
**2026 Rule Book, published 01/08/26**
Unsportsmanlike Conduct- IV.C.1 & IV.F.2
Failure to obey the order of shoot official- IV.C.2
Exhibit conduct detrimental to Northbrook Sports Club & NSCA- IV.C.7

**Attachments**
Protest Committee Statement
Written Complaint submitted by Cameron Hicks

--
Casey Chase
**ScoreChaser.com**
(661) 992-2941
PO Box 832
Whitehall, MT 59759

# EXHIBIT A-5

SAMMY MCFADDIN DVM

REGARDING: Protest Committee Report, North Central Regional

7-15-26

Protest Committee members: Sammy McFaddin, Kevin Smith, Scott Williams and Brett Siebert.

The committee received a written protest Sunday afternoon 7-12-26.

Summary of Protest:

Protest was submitted by a member of one of the Pro Squads shooting main event. Cameron Hicks submitted the protest.

The squad included Camron Hicks, Brandon Powel, Jonathan Prince, Jared Rumer and Todd Hitch.

Cameron protested the behavior of Brandon Powell and Jonathan Prince. He accused them of intentional distracting Todd Hitch in an attempt to "don't let him win". Criticizing his shooting technique and approach to targets. Constant bickering between Brandon & Jonathan was very distracting for the entire squad. Brandon continued to use loud, insulting language while shooters were in the stand shooting.

Cameron admits to inserting himself into the situation after 2 stands on Friday. He attempted to take Brandon's and Johathan's focus away from Todd. This led to an ongoing verbal argument between the two of them for the remainder of the 3 day Main event.

Attached is a picture of the handwritten protest.

All Protest committee members were busy Sunday afternoon as course managers. We communicated with each other electronically. We made an initial recommendation based on the protest and limited contact w shooters. We were finishing last rotations and had shooters leaving grounds early to travel to Portugal for World FITASC.

The committee preliminary findings recommended that Brandon Powell and Jonathan Prince be disqualified from the shoot.

Additional conversations with other shooters including some squad members caused a change in the committee recommendations. Final recommendations were that Brandon Powell and Cameron Hicks were the main violators of "Unsportsmanlike Conduct".

Jonathan, while was involved initially responded to warnings about behavior from Management and was not causing a problem on day two and three of competition.

The “Unsportsmanlike” behavior continued with focus on Todd Hitch as well as other squad members. The behavior did not stop after several warnings by Shoot Management. Brett Siebert and Cliff Siebert followed the squad on several occasions and issued warnings concerning their behavior. Final findings and recommendations were to disqualify Brandon Powell and Cameron Hicks for:

1. Unsportsmanlike conduct.
2. Failure to obey the order of shoot official
3. Exhibit conduct detrimental to Northbrook Sportsman Club and NSCA

Further actions to finalize the protest investigation

- Notification of Disqualifications were given to both shooters and they were given opportunity to present their case to shoot management.
- Further interviews and letters from other shooters
- Report disqualifications to NSCA

Respectfully Submitted

Sammy McFaddin DVM

Head Referee, Protest Committee Member

# EXHIBIT A-6

NATIONAL SPORTING CLAYS ASSOCIATION ™

July 14, 2026

To: Brandon Powell
PO Box 694
Reynolds, GA 31076

From: Michael Hampton - NSSA-NSCA Executive Director

Re: NSCA Formal Complaint #26-10

Dear Mr. Powell:

This letter serves as formal notification that the National Sporting Clays Association (NSCA) has received a written complaint regarding your alleged conduct during the 2026 North Central Regional Championship held at Northbrook Sports Club.

The complaint alleges that your actions violated Section IV-C-1 of the NSCA Rule Book, which provides: *It shall be a violation of these rules to Exhibit unsportsmanlike conduct of any kind, including but not limited to, falsifying scores or classification, refusal to turn in a scorecard, cheating, swearing, verbal or physical abuse of any shooter, scorer, field judge, shoot official or protest committee.*

The complaint further alleges that your conduct violated Section IV-C-7 of the NSCA Rule Book, which *addresses conduct that is harmful to the NSCA, its membership, or the sport as a whole.*

The NSCA has also been advised that Northbrook Sports Club intends to provide additional information regarding this matter. Upon receipt of any supplemental materials, copies will be forwarded to you so that you may review them and, if you choose, address them in your response.

Pursuant to Section IV-D of the NSCA Rule Book, you are entitled to submit a written statement setting forth your account of the incident(s). Your response must be received within ten (10) days of your receipt of this notice. If you wish to identify witnesses in support of your response, please include their names, mailing addresses, and telephone numbers.

Your response, together with all information received, will be considered in accordance with the procedures set forth in the NSCA Rule Book.

Sincerely,

Michael Hampton
NSSA-NSCA Executive Director

Formal Complaint to the NSCA Board of Directors

Dear NSCA Board of Directors,

My name is Todd Hitch. I am submitting this formal complaint regarding multiple incidents of unsportsmanlike conduct that occurred during the North Central Regional at Northbrook Sports Club, held July 10–12. I was squadded in the Main Event with Brandon Powell, Jonathan Prince, Jared Rumer, and Cameron Hicks.

Issue 1 – Bullying and Mocking Another Competitor

On Day 1 at Stations 9 and 10, while Jared Rumer was shooting, Brandon Powell mocked Jared's voice while speaking to Jonathan Prince. I overheard the comments, and Cameron Hicks did as well. Although I initially chose not to address the incident, Mr. Hicks was visibly upset by the behavior. I am unsure whether Jared was aware of the comments because he was actively shooting when they occurred.

Issue 2 – Throwing Hulls and Use of Vulgar Language

On Day 1 at Station 6 of the B&P Course (true pair), Brandon Powell shot first and missed one target. Jonathan Prince then experienced a delayed target after calling for his pair. Mr. Prince called "no bird," and Mr. Hicks, Jared Rumer, and I all agreed that a no-bird should be granted.

Mr. Powell loudly argued that it was not a no-bird and continued disputing the ruling. After Mr. Prince reshot the pair and missed one target, Mr. Powell shouted, "See, that's what you get. It wouldn't have mattered."

Mr. Prince responded with a vulgar remark and threw his spent hulls toward Mr. Powell. Mr. Powell replied by loudly repeating the vulgar phrase. Because the situation was escalating, I called Brett Seibert before the squad moved to the next station.

Issue 3 – Continued Profanity and Verbal Confrontation

At the final station on the B&P Course, the verbal conflict between Mr. Powell and Mr. Hicks continued. Both competitors repeatedly used profanity, and the argument intensified until Brett Seibert intervened to calm the situation.

After shooting concluded that day, Mr. Hicks apologized to me for the disruption and stated that he would not tolerate Mr. Powell bullying or making fun of other competitors.

Issue 4 – Aggressive Physical Intimidation

On Day 2 at Station 5 of the Promatic Course, Mr. Powell exited the stand, stared down Mr. Hicks, walked directly into his personal space, and confronted him without speaking. Mr. Hicks responded by telling him, "Never do that again," and another argument followed.

Tommy Seibert and Brett Seibert intervened and separated the two competitors.

When I arrived at the following station, Mr. Powell apologized to me for having to witness the incident. I responded that we were there to compete and that everyone should simply remain quiet and move on. Then he walked straight to Mr. Hicks and started arguing and yelling. Tommy Seibert repeatedly blew his whistle in an effort to stop the confrontation, but neither competitor stopped immediately. The argument became so disruptive that I walked more than 50 feet away to avoid it.

Issue 5 – Personal Insult Toward Another Competitor

On Day 3 at Station 4 of the Beretta Course, while Jonathan Prince approached to observe the show pair, Mr. Powell stated, "Wow, you sink into the ground a lot more than I do, you big ole boy."

Conclusion

I support the club's decision to disqualify both Cameron Hicks and Brandon Powell. Mr. Prince's conduct improved on Days 2 and 3. However, my primary concern remains Brandon Powell's repeated pattern of behavior.

I have repeatedly been the target of mocking and harassment by Mr. Powell over the last several years, including similar behaviors that were witnessed this past weekend at the North Central Regional to myself and other competitors. This perpetual harassment has no place in society, let alone occurring at NSCA completions. I believe this pattern of bullying and intimidation must come to an end. As someone who earns a living competing and coaching in the shooting sports, I believe Mr. Powell intentionally attempts to interfere with competitors through intimidation, harassment, and conduct that is inconsistent with the standards of sportsmanship expected within the NSCA.

Based on the conduct I personally witnessed, as well as what I believe to be a documented history of safety concerns and repeated behavioral issues, I respectfully request that the Board carefully review Mr. Powell's conduct and consider imposing the strongest disciplinary action it deems appropriate, including the possibility of a lifetime ban from NSCA competition if warranted under NSCA rules and policies.

Certification

I certify that the statements contained in this complaint are true and accurate to the best of my knowledge and are based on my personal observations unless otherwise noted.

Thank you for your time and consideration of this complaint.

Respectfully,

Todd Hitch
NSCA Member #661804

# EXHIBIT A-7

I received the notice and a copy of Mr. Hitch's complaint, and this is my written statement under Rule IV-D-2(j). It is signed, and it is submitted within ten days of my receipt of the notice. I have listed my witnesses at the end, including the ones Mr. Hitch did not name.

I want to be straight with the Council about what happened. I am not going to pretend that squad was a good weekend or that I was perfect on it. I was not. But the complaint in front of you tells the story from one end only, it leaves out who started what, and it asks you to put a lifetime ban on the one man on that squad who went and asked shoot management for help on Friday before any of it got worse.

**1. What Actually Happened, In Order**

Friday, B&P Course. Jonathan Prince and I had a disagreement about a pair I thought was a no bird. I did not get my pair over. The same thing happened to Jonathan a few minutes later, he called no bird, the squad agreed, and he got his pair over. I said out loud, "why does he get the pair over, but I don't?" Jonathan reshot and still missed the bird. He came out of the stand and looked at me and I smiled at him. He told me to quit being a dick and threw his hulls at me. I laughed, because I knew Jonathan was joking, and I told him I am a dick. I also told him he should not be calling his own birds. That was the end of it between me and Jonathan. We got on the cart and went to the next station. That is where Cameron Hicks walked over to me and called Jonathan a cheater.

I want the Council to notice that Mr. Hitch's own complaint says the same thing mine does about that station: Jonathan Prince used the vulgar language first and Jonathan Prince threw the hulls first, at me. Mr. Hitch is not asking you to do anything to Jonathan.

Friday, last station of the Main Event. Cameron ran the station, turned to Jonathan in front of Brett Seibert and said "good luck bitch." Jonathan asked him what he had done to him and told him he had hurt his feelings. Cameron said "fuck you and your feelings." I looked at him and shook my head, and Cameron turned to me and said "good luck to you too bitch." I shot the station and came out and said I hit mine harder than you. That is the whole of what I said.

Friday evening. I went to the Make A Break. Cameron came in later and told me in front of several people that he was not mad at me, that it was all Jonathan. I still did not think Saturday was going to go well after everything he had said, so I asked Brett Seibert to please come out with us the next day. I have been told other people asked him to come out as well. I would ask the Council to sit with that fact for a moment. Under Rule IV-C-8 a member who witnesses a violation is supposed to report it. I reported it, on Friday, before anything physical happened.

Saturday, Promatic Course. Brett and his son Tommy were with the squad. Tommy had a coach's shirt, a whistle, and a piece of rebar wrapped in tape. I honestly thought it was going to be a better day. Instead Cameron was allowed to antagonize me for four straight stations, call me a bitch repeatedly, and tell me over and over that he would make sure Todd won this shoot. Nobody stopped him. At the end of that, Cameron picked up my hulls off the ground, threw them at me and hit me in the chest with them, and told me to put my hulls in the barrel. That is when I finally responded. I ejected my hulls and asked Cameron to back up, because he was standing far closer than three feet. It went from there.

That is the incident Mr. Hitch describes as "aggressive physical intimidation" by me. He describes me walking into Cameron's space. He does not mention that Cameron had just thrown a handful of spent

hulls into my chest, or that I was asking him to get back behind the line. I would also point out that the protest letter filed by Mr. Hicks accuses me of throwing shells that hit him in the chest, on the same day, on the same course. Both of those things did not happen. One of us threw hulls at the other, and Mr. Hitch's own complaint establishes that hull-throwing on that squad started with somebody other than me.

Also on Saturday, on more than one station, Cameron was allowed to get in front of Jonathan Prince and whisper things in my ear while I was actively in the stand shooting. I asked him to back up every time. I address the rules on that below.

I am not asking the Council to take my word for any of Saturday. Brett Turrentine, NSCA #737141, watched the entire Promatic main event from the spectator side. He does not shoot on my squad and he did not file anything against anybody. His signed statement is attached, and it says four things I would ask the Council to read closely.

First, he confirms that Cameron and I argued back and forth and that both of us apologized to other squad members during it. I am not asking to be treated as the only person who behaved on that course. Second, he confirms that Tommy Seibert was carrying a whistle and a piece of rebar he called an "attitude tool," that Brett Seibert stood and watched the entire Promatic event, and that neither of them intervened in any way except one whistle blast that was never explained. Third, he heard Cameron tell me that my swing-through method had not looked good on me since I was a "fat fuck," and he heard me turn to Brett Seibert and ask him out loud how long he was going to let this go on. Mr. Turrentine says Brett Seibert gave no response at all. Fourth, he watched a shooter named Boo Boo Brady tell me to calm down and let it go, and he watched me do exactly that — I went back to my cart and sat there until the squad finished the station.

The last thing in Mr. Turrentine's statement is the one I would most like the Council to weigh. At the end of the Promatic event he watched Cameron Hicks and me fist bump each other and say good shooting. That is what the "perpetual harassment" of that Saturday actually ended in. Two men who had gotten crossways with each other for three hours settled it themselves, on the course, in front of spectators. I would ask what a lifetime ban is supposed to fix about that.

Sunday. Before the main I walked up to the whole squad and told everybody good luck. Cameron told me "fuck you." I did not answer him. I told Jonathan not to engage and to act like they were not there. At the end of the Main Event I congratulated Todd on a well shot round and apologized to him for having to deal with all the upset. His answer to me was "get the fuck away from me I shot like shit." Right after that Cameron told me for the fourth or fifth time that this was not over and that Todd would win, and he said that when he was done he would make sure I never shoot a shotgun again. I told Jonathan to let it go and we left.

I would ask the Council to compare that last paragraph with page 3 of Mr. Hitch's complaint, where he describes me apologizing to him. He remembered the apology. He left out his own answer to it. That is the pattern in the whole document.

**2. Specific Response to the Five Issues**

Issue 1 — Jared Rumer. This one is simply not true and I want it denied on the record. Jared called "bird" instead of "pull" and drew it out. Jonathan repeated it and asked why he called it that way. What I said

was that I thought Jared is a trap shooter and it is a timing thing. Nobody in any way was making fun of Jared. I have never had a problem with Jared Rumer in my life. Mr. Hitch admits in his own complaint that he did not address it at the time and that he does not know whether Jared even heard anything. Jared Rumer is a named witness. Rule IV-D-2(k) requires that his signed statement be obtained. I am asking that it be obtained, because I believe it will end this allegation.

Issue 2 — Hulls and language at Station 6. Addressed above. Mr. Hitch's account and mine agree on the material fact: Jonathan Prince used the vulgar language and threw his hulls at me, and I answered him. He and I both understood it as joking and neither of us has a problem with the other. Arguing a no-bird call is not a rule violation; Rule VI-H expressly gives a shooter the right to protest a call he believes was applied improperly.

Issue 3 — Profanity at the last station of the B&P Course. Mr. Hitch describes this as a mutual exchange, and it was. He does not say what started it, which was Cameron telling Jonathan "good luck bitch" and "fuck you and your feelings" in front of a shoot official. I said one thing after I shot. And when I thought it was going to keep going, I went to Brett Seibert myself.

Issue 4 — The Promatic Course. Addressed above. The complaint starts the story at the moment I stepped out of the stand and stops the clock right before it, which removes the hulls thrown into my chest, the four stations of being called a bitch, and the repeated statements that he would make sure I lost the shoot. Tommy Seibert and Brett Seibert were both standing there for all of it and can say so.

Issue 5 — The remark to Jonathan Prince on Sunday. Jonathan Prince and I are friends and we talk to each other that way. He is the person who would know whether he was insulted, and he is a named witness. If Jonathan tells the Council he took offense, I will apologize to him without argument. What I will not accept is a stranger to the exchange characterizing it for him in a complaint that asks for a lifetime ban.

### 3. What the Complaint Does Not Allege

Mr. Hitch's conclusion says he has repeatedly been the target of mocking and harassment by me over the last several years, and that similar behavior happened this past weekend "to myself and other competitors." I would ask the Council to read Issues 1 through 5 again. Not one of the five incidents he describes is conduct directed at Todd Hitch. Issue 1 is about Jared Rumer. Issues 2, 3 and 4 are about Jonathan Prince and Cameron Hicks. Issue 5 is about Jonathan Prince. The single interaction between Mr. Hitch and me that he actually describes is me apologizing to him.

He also asks you to act on "what I believe to be a documented history of safety concerns and repeated behavioral issues." That sentence is offered on belief, not on personal observation, which is not what his certification says. More important, it obviously asks that you consider events well outside the thirty day period within which a complaint can be made.

### 4. Rules That Were Broken On That Squad, and Not By Me

Safety Zone — Rule II-A-16. When a shooter is in the process of shooting, no one other than the referee or trapper is allowed within three feet, and there is an imaginary line three feet behind the shooter

extending the entire station. Cameron Hicks came inside that line repeatedly while I was in the stand, and I asked him to back up each time. That is a safety rule, not a courtesy.

Communication with a shooter in the stand — Rule VII-E-5. The North Central Regional is a Regional Championship. Under Rule VII-E-5, once a shooter is in the stand at a Regional, the only communication allowed is between the shooter and the Field Judge, and both the shooter and the person communicating with him may be disciplined. Cameron Hicks was talking in my ear while I was actively shooting, in front of shoot officials.

Reporting — Rules IV-C-8 and IV-C-9. I reported this to Brett Seibert on Friday, before Saturday ever happened. If that report had been acted on, the Council would not be reading any of these documents. Instead, in my view, it was treated as a joke. I would ask the Council to determine what written report shoot management submitted under Rule IV-C-9 and what it says, because it was written by people who watched all three days.

I raise these to give the Council the complete picture required by Rule IV-D-2(n), not because I am asking for anyone to be banned. I am not.

**5. Procedural Points**

a. Thirty-day limit. Rule IV-D-2(g) requires a written complaint within thirty days of the alleged violation. Anything from "the last several years" is outside that window and is not properly before the Council. Only conduct at the North Central Regional on July 10–12 is. I mention Cameron Hicks's threat to me at the 2023 South Central Regional only as background on his attitude toward me, and I am specifically not asking for action on it, for the same reason.

b. Contents of the complaint. Rule IV-D-2(g) requires the complaint to contain the names and addresses of all witnesses and the name, address, telephone number and signature of the complainant. I would ask the Director to confirm that those requirements are satisfied before the matter proceeds, as Rule IV-D-2(i) contemplates.

c. Opportunity to be heard before disqualification. Rule IV-F permits shoot management to disqualify a member only when a complaint has been filed in writing and after giving both parties — the party filing and the party complained of — an opportunity to be heard prior to the disqualification. The same rule requires that when a member is disqualified, a written record of the complaint, the response, and the decision be forwarded to the NSCA Director. I would ask the Council to call for that record from Northbrook Sports Club. If it contains no response from me, that is because I was not asked for one before the decision was made, and the Council should weigh the disqualification accordingly.

The sequence matters here, and Mr. Turrentine describes it from the outside. At the end of the shoot, Todd Hitch and I were put into a shoot-off for HOA that had not been announced. I won it. I was declared the champion of the North Central Regional. Hours later I was disqualified. I am not asking the Council to draw any conclusion about why that happened in that order. I am asking it to notice that no complaint was read to me, no response was taken from me, and no opportunity to be heard was given to me at any point in those hours — which is what Rule IV-F requires before a disqualification, not after it. I would also note that Cameron Hicks told me four or five times over that weekend that this was not over and that Todd would win.

d. The expulsion grounds in Rule IV-F do not fit this case. Rule IV-F-1 addresses willful or repeated gun safety violations that endanger people. Rule IV-F-3 addresses sandbagging. Rule IV-F-4 addresses physically assaulting a Field Judge or using abusive language to a Field Judge. Nobody has alleged that I did any of those things. No one has alleged I committed a single safety violation, and no shoot official has said I directed anything at him. What is left is Rule IV-F-2, which gives shoot management discretion to cause the withdrawal of a contestant it considers unsportsmanlike. That discretion was already exercised at Northbrook when I was disqualified.

e. Witness statements. Rule IV-D-2(k) requires the Director to attempt to obtain signed written statements from all known witnesses, and requires that every witness statement be in writing and signed. I am asking that this be done for every member of that squad and for both shoot officials, not only for the people who filed. I have named them below.

**6. Proportionality**

Mr. Hitch asks for the strongest discipline available, including a lifetime ban. I would ask the Council to weigh that against the record actually in front of it. This was a mutual conflict on one squad over three days. The club disqualified two of us for it, and Mr. Hitch supports both disqualifications, which is itself an acknowledgment that the conduct ran in both directions. I have no prior NSCA discipline. No safety rule violation by me has been alleged by anyone. I asked shoot management for help before the worst of it happened, which is the opposite of what a person trying to interfere with competitors does. I have already been penalized once for that weekend.

A lifetime ban is what the NSCA has available for the most serious conduct in the sport. Whatever the Council decides I got wrong on that squad, it is not that.

I would add one thing about what a ban would actually reach. I make my living competing and coaching. Mr. Turrentine, who has shot over 14,000 registered targets this year and travels the country and into Canada to compete, writes that he does not believe the disqualification should have been imposed and that a ban would be a disservice to the sport and to the students who come to the sport looking for coaching. He is one shooter and the Council can weigh him as one shooter. But he is a shooter with no stake in this who took the time to write, and Rule IV-D-2(k) requires that statements be gathered from known witnesses on both sides, not only from the two men who filed.

**7. What I Am Asking For**

1. That the complaint be dismissed, or in the alternative that the disqualification already imposed at Northbrook be treated as the discipline for that weekend.

2. That signed statements be obtained under Rule IV-D-2(k) from Jared Rumer, Jonathan Prince, Cameron Hicks, Brett Seibert, Tommy Seibert, Brett Turrentine, Boo Boo Brady, and the club manager before any vote is taken.

3. That the written record of the complaint, the response and the decision that Rule IV-F requires Northbrook Sports Club to forward to the NSCA Director be obtained and made part of this file.

4. That any prior record the NSCA holds on me that the Council intends to consider be disclosed to me with a reasonable opportunity to respond.

5. That all conduct on that squad be measured by the same standard, including the hulls thrown at me, the language directed at me, the statements that I would never shoot a shotgun again, and the repeated entries inside the three-foot safety zone while I was in the stand.

6. That if the Council believes some corrective action is warranted, it be proportionate — a warning, a defined probationary period, or a conditional suspension — rather than a permanent ban.

**8. Witnesses**

Under Rule IV-D-2(j), the following witnesses are identified, including those not named in the complaint:

Larry Brady (Booboo) 270-699-1037
Enzo Di Giovanni 647-821-9771
Brett Turrentine 740-260-5392
Tiffany Goodin 478-662-2245

Also I have attached the video of Brett Siebert talking to Tommy Siebert about his " attitude tool" he made and carried around with him during the Main Event on Saturday.

# EXHIBIT A-8

CAMERON HICKS
7/16/26

An open letter to the NSCA, the EC, Michael Hampton Jr., Northbrook sports club

I am writing this letter to address the events that occurred at the 2026 north central regional. This is not a protest, and this letter is directed towards no one, simply an explanation of reasoning for my actions. I fully respect and support the decision made by the club to disqualify me from the event. My actions are my own and I take full responsibility for them. I apologize for the extra stress that my actions caused for the shoot management and for the NSCA.

I don't play this game for anything or anyone other than myself. It is an outlet where I can push myself mentally and emotionally and prove things to myself. Every time I pick up a shotgun, it is a battle of the mind, against the mind. There is no other sport where you can experience such a wide variety of emotions in such a short time. I believe we have some of the best humans in the world who choose to play this game, most of whom have better motives than I do and carry the weight of being the role models. My motive has always been to win, and one day when I have nothing left to prove to myself, I will stop.

However, I have been fortunate enough to create many lasting relationships that I will value for the rest of my life. There are countless people in this game that I could never repay for the love and mentorship that they have shown to me. For these people I would do anything. They have taken me into their homes and under their wing and I owe who I am today to them. Anyone who knows me knows that my clock is wound tighter than most. I am quick to react and it has hurt me on more than one occasion. But it would be doing a disservice to the mentorship of my friends if I said that was what led to the events that occurred.

The first event I ever won was the 2020 Gamaliel cup FITASC. When I turned to walk away after the shoot off, the first two people that made it to me were Todd and Scott Hitch, both of whom were also competitors in the event. I had only met them that weekend and they were kind enough to let me shoot with them. This interaction was the first of many and over time, I came to admire Todd not only as a shooter but as an exceptional human who has figured out how to make a living doing what we all love to do. He is who you want the next generation to look up to and I would let him date my sister if it came to it. Todd deserves everything that has and will come his way. He plays the game EXACTLY as it is meant to be played. As I stated before this letter will contain no accusations. You can reference the written protest for that. But out of every event shot so far this season, you can be sure that Todd won this one fair and square, and without the shadow of a doubt. Not only did he hit the most targets, he deserved it the most. The mental resiliency he showed

would rival anything I have ever seen. He, his game, and his family were all targets. For some, and for reasons unknown, the object of the game has gone from beating someone to not letting anyone beat them.

Contrary to what some may think, my actions were not that of blind anger. I was not willing to stand aside and watch Todd be bullied. I knew exactly what I was doing. I chose to give them something else to focus on other than Todd. When it was dished out, I didn't respond in kind, I doubled it. On the third day it had reached the point where the only place it could go was a jail cell, and not a word was said from me the entire round. That put the majority of the focus back on Todd and eventually Todd's family as well. I have shot with both of the individuals named in my protest several times, most recently at the Georgia state shoot. I know the game they play and the rules they break. I know when and how they choose to do it and I have trained and prepared to deal with it when it's my turn. This was not the first time I have had a conflict with Brandon. Two years ago at a charity shoot at Brownwood gun club in Texas he attempted to manipulate the shoot staff into re structuring the super final in a way that he could make more money. I stopped it and it got out of hand. This season I have witnessed his games done to some of the best and most respected shooters in the world. Once at the western regional from the squad behind us, several times at the Northeast regional where we were on the same squad, and several times at the Georgia state. Attempts at mental manipulation are typically reserved for combat sports, not sports that carry loaded guns.

Again, I don't disagree with the club's decision. I knew what would happen when I filed the protest. But it never should have gotten to that point. I should have packed up my things and left the event. The outcome of the event would have been different, and it would have been the same story for someone else at the next one. If both sides of this disagreement were in a blind rage, it could have very easily turned into a dangerous situation. It was not funny nor was it a joke. In the future if I am allowed/ choose to compete, I will never again be told that I have to spend thousands of dollars that I don't have, to spend the weekend in an environment where I know that my chances of winning it back are slim to none. I believe I speak for the entire pro squad when I say this. Most of us are not wealthy and don't have 4,000 dollars to light on fire and our money and well being matter the same as the rest of the field. Our performance and earnings directly impact our quality of life and if there is a valid issue with squadding, those requests should absolutely be honored regardless of circumstances.

Although the outcome of this shoot has created yet another circus, that trophy will never collect dust. We all know Todd has plenty of them and for several I have the runner up to match. This one should and will be a special one for him because he earned it. This

event will also hold a special place for me. I proved to myself that I don't need this game as much as I thought I did. And if I never shot another target, I could stop knowing that I played it right and accomplished everything I set out to and more. I do hope the sport will continue to grow and produce more men like Todd. This has gone on long enough. I hope this situation empowers the pro squad members, shooters, and anyone who has dealt with this cancer to step forward and take the actions themselves that should have been taken years ago. Brandon Powell is not an alien, he's not a legend, he's a bully that will be forgotten the same as all of the trophies he has won. Todd Hitch will not.

Please feel free to contact me if anything further is needed. Best of luck to everyone in Portugal and safe travels.

v/r

Cameron Hicks

# EXHIBIT A-9

Jonathan Prince

August 3, 2026

## Statement to the NSCA Executive Council

I write this letter as my personal account of the events that occurred during the 2026 NSCA North Central Regional at Northbrook Sports Club, specifically on July 10, 2026, through July 12, 2026.

I wish to preface this statement by emphasizing that I am not submitting it as an accusation against any individual. Rather, it is intended to be a factual, firsthand account of the events I personally witnessed and experienced while shooting on the Main Event pro squad consisting of myself (Jonathan Prince), Cameron Hicks, Todd Hitch, Jared Rumer, and Brandon Powell. The shooting order for the squad was Todd, Brandon, Jonathan, Cameron, and Jared. I do not recall who led off on the first station.

Friday, July 10, 2026

We began on Station 9 of the B&P/Fiocchi course. Nothing of significance occurred until Station 6, which featured a true pair of left-to-right crossing targets.

I do not recall who led off on the station, but after Brandon shot his pairs, he stated that he had missed a target because he believed it should have been called a "no bird." He appeared frustrated and left the station.

As I was shooting immediately behind him, I entered the station and shot a lost/dead pair followed by a dead/lost pair. On the second pair, I believed the targets constituted a no bird because they flew noticeably differently from the previous presentations. The targets were released with approximately a two-second delay, whereas every previous pair had been released simultaneously.

I turned to Cameron and Todd and asked whether they also believed it was a no bird. They both agreed, and the trapper allowed me to reshoot the pair. On the reshoot, I again shot a lost/dead pair before finishing the station.

As I exited the cage, I heard Brandon ask why I had been allowed to reshoot the pair when he had not. Already frustrated after missing two targets on what I considered to be a relatively straightforward presentation, I tossed my last two spent hulls onto the ground near Brandon's feet and said, "Brandon, don't be a dick."

Brandon immediately replied, "You're right, I am a dick."

That was the entirety of what could reasonably be described as an altercation between Brandon and me.

Brandon then got into my golf cart, and we waited for the remainder of the squad to finish. I had rented a gas-powered golf cart and chose not to drive it while the remaining shooters were on the station so as not to disturb them.

After Cameron finished shooting, he walked past the golf cart and said to Brandon and me: "All of mine flew fine. I just missed. I'm not going to bitch about no birds like you guys."

Station 7 passed without incident.

At our final station, Cameron led off and shot a 6/6. As he walked out of the cage, he threw his spent hulls into the air, looked directly at me, and said, "Good luck, bitch."

After I completed the station, I attempted to de-escalate the situation by asking, "What was that for, Cameron? You hurt my feelings, man. I haven't done anything to you."

He responded, "I don't give a fuck about your feelings. You two need to learn how to shut the fuck up."

After Cameron left, I asked Brett Seibert whether I had done anything wrong. He replied, "No, you're fine, Jonathan."

Saturday, July 11, 2026

The second day began without incident.

At Station 1, after I believed I had broken a target that was scored lost, I briefly questioned the call. Cameron stated, "No, you didn't kill that target. That's lost. You weren't even close." Todd also stated that he did not believe I had hit the target. Because I trusted their judgment, I accepted the call without further protest.

After Cameron shot the station, he looked directly at me and yelled, "That's what a six looks like, you fucking cheater."

I asked, "Why, man? Why?"

He replied, "Because you're a goddamned fucking cheater, that's why."

From that point forward, Cameron repeatedly directed comments toward Brandon, including throwing Brandon's spent hulls back into his chest while telling him to pick up his trash. After several stations of this, Brandon opened his shotgun normally and the hulls happened to strike Cameron. Cameron responded by telling Brandon not to throw things at him and that he would regret it if it happened again.

Shoot management, including Brett Seibert and his sons, intervened to de-escalate the situation, and the round concluded without further significant incident.

Sunday, July 12, 2026

The final day was largely uneventful.

At the final station, after Brandon tied Todd and celebrated, Cameron and Brandon became involved in another verbal altercation. I was approximately 35 yards away and could not accurately hear the entire conversation.

However, I did hear Cameron again refer to me as a cheater and state that I had cheated twice during the tournament. He also stated, "I hope you enjoyed getting free ammo while you did because I'm putting a stop to that shit."

After that, I left the area and prepared for the Super Sporting event.

This concludes my recollection of the events as I personally witnessed and experienced them. I respectfully submit this statement for the Council's consideration.

# EXHIBIT A-10

**Michael Hampton**

| | |
|---|---|
| **From:** | Jared Rumer <rumer2208@gmail.com> |
| **Sent:** | Friday, July 24, 2026 1:18 PM |
| **To:** | Michael Hampton |
| **Cc:** | Nichole Bowers |
| **Subject:** | Re: NSCA Incident - NC Regional |
| **Attachments:** | 2026 North Central Regional 2.pdf |

Good afternoon Mr. Hampton,

Below is what I conveyed to the protest committee Sunday afternoon and what I sent in writing to Brett Seibert.

I attached the letter as well.

"Dear Brett Seibert,

I am following up regarding the Protest Committees' request I submit a formal statement about my experience and knowledge of events that took place on my main event squad at the 2026 North Central Regional. My main event squad consisted of: Jared Rumer, Cameron Hicks, Todd Hitch, Brandon Powell and Jonathon Prince. I have been competing in NSCA registered events since ~1997 (180,000+ NSCA registered targets) and I have never experienced anything like what I did in the main event. Brandon was extremely disruptive to the harmony of the event subsequently resulting in Cameron being disruptive by standing in the way of Brandon's bullying / gamesmanship of fellow squadmates. It is a true testament of Todd Hitch's character and skill to be able to ignore and still perform at the highest level, while never losing his composure under such poor sportsmanship conditions.

I want it to be noted that I personally have never had a bad experience or any ill feelings, based on such firsthand experiences, with any of these squadmates. I have previously been squadded in the main event with both Brandon and Cameron at other events, I don't recall ever being squadded with Todd or Jonathon in the past. And during the main event rounds at the North Central Regional none of the aggressions, by squamates, were directed towards me.

The squad sequence: Cameron, Jared, Todd, Brandon, Jonathon.

**Friday 7/10: Fiocchi/B&P Course – 9A – 1:00PM start**

<u>Station 9 – 3 True Pair:</u> Todd shot the first two pair and shot them very fast. Between the second and third pair Brandon made the comment, spoken loud enough for all to hear, that it sounds like Todd is shooting a "machine gun". A minor incident, but the gamesmanship started immediately at our very first station.

<u>Subsequent stations:</u> while Todd was in the stands shooting, he was shooting very well, Brandon and Jonathon were standing directly behind the stands talking loudly. I did not hear exactly what was being said because I was keeping my distance trying to tune them out and focus on my own performance.

<u>Station 6 – 3 True Pair:</u> It was three true pair, left to right with the lower target being in the lead and higher target trailing. Brandon led off the station, his first pair came out slightly off with the trailing target trailing further behind than what we saw in the two show pairs. Brandon killed the first pair, the second and third pairs came out the same as show pairs, and on the second pair he scored dead/lost and on the third pair he scored dead/dead. Jonathon was now up. I do not recall if it was the first, second or third pair but the pair came out with

the high target significantly leading the low target. The ref, Jonathon and the rest of the squad, except for Brandon, agreed it was a no-bird and pair over. Brandon argued he didn't get his pair over and neither should Jonathon. Ultimately Jonathon shot the pair over; however, as he was engaging the targets Brandon threw a shell(s), live or empty I don't know, at him hitting him as he was taking the shot resulting in a missed target. There were some words between Brandon and Jonathon...

<u>Station 8 – our last station:</u> Cameron led off. However, before we started the station Brandon and Jonathon were making fun of Todd's speech and Brandon and Jonathon were saying they didn't know there was an "S" in that word. What word they were referring to I didn't hear, I only heard them mocking Todd. After Cameron finished shooting the stand he said to Jonathon good luck hitting the targets and called him fat. My perspective is Cameron did so in retaliation / defense of Todd, not only because of them making fun of his speech at the last station but also for their shenanigans during the entire round. Jonathon did say he was only joking and that Cameron hurt his feelings. Brandon attempted to engage Todd after we finished the round and Todd said he wasn't interested in talking as he is there to compete and not joke around during the round.

**Saturday 7/11: Promatic Course – 9A – 3:30PM start**

The round started with no relevant drama. At several stations Cameron picked up some of the empty hulls from the ground, that Brandon ejected from his gun onto the ground, and handed them to Brandon saying he dropped those and they should go in the trash not on the ground. There was some gamesmanship back and forth between the two but minor. It could be interrupted that Cameron escalated the tension, but again it was with the sole intent to keep Brandon's aggression focused on him instead of Todd since Todd was leading the field. Todd, Jonathon and I just focused on shooting and for the most part kept to ourselves.

<u>Station 6 (maybe 5):</u> Brandon as he was exiting the station either ejected the empty hulls from his gun or by hand threw the empty hulls into Cameron's chest. This resulted in a heated argument between the two.

<u>Station 8, our last station:</u> Upon Todd's finish, he shot a 65/66, he was congratulated by several shooters on his strong performance. Upon Brandon's finish, he too shot a 65/66, but he did not receive the same praise as Todd and he was very vocal about not being treated the same way as Todd.

**Sunday 7/12: Beretta Course – 9A – 8:00AMstart**

<u>Station 9:</u> Brandon was the second shooter. On his second pair he called "pull" and the ref slow pulled him approximately a ½ second and he chose not to shoot the pair. To my surprise and I'm sure my squadmates and others watching we didn't understand why this was not scored "lost pair" as it was well within the 3 second rule.

<u>Subsequent stations:</u> lots of gamesmanship by Brandon. Throwing / slamming shells when he missed targets and when he ran the station.

<u>Station 8 – our last station:</u> Todd led off the station and hit 6/6. Brandon followed also hitting 6/6, upon exiting the stand he threw the empty hulls high into the sky and loudly announced he and Todd tied for the main event and its shootoff time. Obviously, Brandon was very happy with his performance, but his remarks were made in a very unsportsmanlike manner and unbecoming of a competitor of his status. A few minutes later Brandon attempted to speak with Todd's mom, she politely but in a firm manner told Brandon his behavior is inexcusable and there is no need for anymore discussion. Brandon shortly after that attempted to talk to Todd, giving him a backhanded complement about his shooting, which Todd politely responded saying there is no need for a discussion. Brandon thinking Todd and his parents were gone from the station made the statement, "now that they are gone his parents are only mad because Todd cannot handle the pressure". To Brandon's surprise he didn't realize that Todd's mom was standing 5'-10' behind him when he made that statement. After that there was another intense confrontation between Brandon and Cameron, Cameron kept his composure while Brandon did not and used many expletives. Cameron even complimented Brandon on his shooting ability saying he is the best shooter in the world presently and he will go on to win many more championships, but also said he is an empty and horrible person along with being a cheater (station 9 Beretta course).

Ultimately both Brandon and Cameron were disqualified from the entire event due to unsportsmanlike behavior in the main event. In my opinion, personally witnessing the above, Brandon's behavior was atrocious and doesn't belong on a sporting clays course. It seemed Cameron's behavior, while unsportsmanlike as well, at times, was done so with the sole intent to keep a bully at bay. I commend Northbrook Sports Club for putting on a first-class event and handling the above situation in a fair and professional manner. I look forward to attending many more championships in the future at Northbrook Sports Club.

If there are any questions or need for follow-up, please feel free to reach out to me.

Respectfully,

Jared Rumer"

Sent from my iPhone

On Jul 24, 2026, at 1:34 PM, Michael Hampton <mhampton@nssa-nsca.com> wrote:

I am writing to ask if you would please send me an email summarizing what you observed during the NC Regional at Northbrook Sports Club involving Brandon Powell, Cameron Hicks, Jonathan Prince, and Todd Hitch.

We have received a report from the Protest Committee regarding the incident and are seeking any additional information that witnesses may be able to provide. This matter has resulted in multiple disciplinary action cases, and the NSCA is following the procedures outlined in the Rule Book. If you would like to review those procedures, please refer to Section IV-D, pages 10–13.

Please note that only information submitted in writing can be considered in these matters.

If you have any questions, please feel free to email or call me on my cell phone at 210-316-9218.

Respectfully,
<image001.png>
<image002.png>

<image003.png>

<image004.png>

<image005.png>

<image006.png>

Brett Seibert
Northbrook Sports Club
160 Sports Club Dr
Hainesville, IL 60030

July 14, 2026

Dear Brett Seibert,

I am following up regarding the Protest Committees' request I submit a formal statement about my experience and knowledge of events that took place on my main event squad at the 2026 North Central Regional. My main event squad consisted of: Jared Rumer, Cameron Hicks, Todd Hitch, Brandon Powell and Jonathon Prince. I have been competing in NSCA registered events since ~1997 (180,000+ NSCA registered targets) and I have never experienced anything like what I did in the main event. Brandon was extremely disruptive to the harmony of the event subsequently resulting in Cameron being disruptive by standing in the way of Brandon's bullying / gamesmanship of fellow squadmates. It is a true testament of Todd Hitch's character and skill to be able to ignore and still perform at the highest level, while never losing his composure under such poor sportsmanship conditions.

I want it to be noted that I personally have never had a bad experience or any ill feelings, based on such firsthand experiences, with any of these squadmates. I have previously been squadded in the main event with both Brandon and Cameron at other events, I don't recall ever being squadded with Todd or Jonathon in the past. And during the main event rounds at the North Central Regional none of the aggressions, by squamates, were directed towards me.

The squad sequence: Cameron, Jared, Todd, Brandon, Jonathon.

**Friday 7/10: Fiocchi/B&P Course – 9A – 1:00PM start**

Station 9 – 3 True Pair: Todd shot the first two pair and shot them very fast. Between the second and third pair Brandon made the comment, spoken loud enough for all to hear, that it sounds like Todd is shooting a "machine gun". A minor incident, but the gamesmanship started immediately at our very first station.

Subsequent stations: while Todd was in the stands shooting, he was shooting very well, Brandon and Jonathon were standing directly behind the stands talking loudly. I did not hear exactly what was being said because I was keeping my distance trying to tune them out and focus on my own performance.

Station 6 – 3 True Pair: It was three true pair, left to right with the lower target being in the lead and higher target trailing. Brandon led off the station, his first pair came out slightly off with the trailing target trailing further behind than what we saw in the two show pairs. Brandon killed the first pair, the second and third pairs came out the same as show pairs, and on the second pair he scored dead/lost and on the third pair he scored dead/dead. Jonathon was now up. I do not recall if it was the first, second or third pair but the pair came out with the high target significantly leading the low target. The ref, Jonathon and

the rest of the squad, except for Brandon, agreed it was a no-bird and pair over. Brandon argued he didn't get his pair over and neither should Jonathon. Ultimately Jonathon shot the pair over; however, as he was engaging the targets Brandon threw a shell(s), live or empty I don't know, at him hitting him as he was taking the shot resulting in a missed target. There were some words between Brandon and Jonathon...

Station 8 – our last station: Cameron led off. However, before we started the station Brandon and Jonathon were making fun of Todd's speech and Brandon and Jonathon were saying they didn't know there was an "S" in that word. What word they were referring to I didn't hear, I only heard them mocking Todd. After Cameron finished shooting the stand he said to Jonathon good luck hitting the targets and called him fat. My perspective is Cameron did so in retaliation / defense of Todd, not only because of them making fun of his speech at the last station but also for their shenanigans during the entire round. Jonathon did say he was only joking and that Cameron hurt his feelings. Brandon attempted to engage Todd after we finished the round and Todd said he wasn't interested in talking as he is there to compete and not joke around during the round.

**Saturday 7/11: Promatic Course – 9A – 3:30PM start**

The round started with no relevant drama. At several stations Cameron picked up some of the empty hulls from the ground, that Brandon ejected from his gun onto the ground, and handed them to Brandon saying he dropped those and they should go in the trash not on the ground. There was some gamesmanship back and forth between the two but minor. It could be interrupted that Cameron escalated the tension, but again it was with the sole intent to keep Brandon's aggression focused on him instead of Todd since Todd was leading the field. Todd, Jonathon and I just focused on shooting and for the most part kept to ourselves.

Station 6 (maybe 5): Brandon as he was exiting the station either ejected the empty hulls from his gun or by hand threw the empty hulls into Cameron's chest. This resulted in a heated argument between the two.

Station 8, our last station: Upon Todd's finish, he shot a 65/66, he was congratulated by several shooters on his strong performance. Upon Brandon's finish, he too shot a 65/66, but he did not receive the same praise as Todd and he was very vocal about not being treated the same way as Todd.

**Sunday 7/12: Beretta Course – 9A – 8:00AM start**

Station 9: Brandon was the second shooter. On his second pair he called "pull" and the ref slow pulled him approximately a ½ second and he chose not to shoot the pair. To my surprise and I'm sure my squadmates and others watching we didn't understand why this was not scored "lost pair" as it was well within the 3 second rule.

Subsequent stations: lots of gamesmanship by Brandon. Throwing / slamming shells when he missed targets and when he ran the station.

Station 8 – our last station: Todd led off the station and hit 6/6. Brandon followed also hitting 6/6, upon exiting the stand he threw the empty hulls high into the sky and loudly announced he and Todd tied for

the main event and its shootoff time. Obviously, Brandon was very happy with his performance, but his remarks were made in a very unsportsmanlike manner and unbecoming of a competitor of his status. A few minutes later Brandon attempted to speak with Todd's mom, she politely but in a firm manner told Brandon his behavior is inexcusable and there is no need for anymore discussion. Brandon shortly after that attempted to talk to Todd, giving him a backhanded complement about his shooting, which Todd politely responded saying there is no need for a discussion. Brandon thinking Todd and his parents were gone from the station made the statement, "now that they are gone his parents are only mad because Todd cannot handle the pressure". To Brandon's surprise he didn't realize that Todd's mom was standing 5'-10' behind him when he made that statement. After that there was another intense confrontation between Brandon and Cameron, Cameron kept his composure while Brandon did not and used many expletives. Cameron even complimented Brandon on his shooting ability saying he is the best shooter in the world presently and he will go on to win many more championships, but also said he is an empty and horrible person along with being a cheater (station 9 Beretta course).

Ultimately both Brandon and Cameron were disqualified from the entire event due to unsportsmanlike behavior in the main event. In my opinion, personally witnessing the above, Brandon's behavior was atrocious and doesn't belong on a sporting clays course. It seemed Cameron's behavior, while unsportsmanlike as well, at times, was done so with the sole intent to keep a bully at bay. I commend Northbrook Sports Club for putting on a first-class event and handling the above situation in a fair and professional manner. I look forward to attending many more championships in the future at Northbrook Sports Club.

If there are any questions or need for follow-up, please feel free to reach out to me.

Respectfully,

Jared Rumer

717-385-5234 Carlisle, PA 17015 Rumer2208@gmail.com

# EXHIBIT A-11

**Michael Hampton**

| | |
|---|---|
| **From:** | Scott Hitch <scott_hitch@hotmail.com> |
| **Sent:** | Saturday, August 1, 2026 10:22 PM |
| **To:** | Michael Hampton |
| **Cc:** | NSCA |
| **Subject:** | Formal Written Complaint under NSCA Rules of Conduct IV.D — Brandon Powell — 2026 North Central Regional |
| **Attachments:** | Scott Hitch - Complaint and Request for Disciplinary Action 8.1.2026.pdf |

Dear Mr. Hampton,

Please find attached my formal written complaint under NSCA Rules of Conduct, Article IV.D, regarding the conduct of Mr. Brandon Powell at the 2026 North Central Regional Championship (Main Event), held at Northbrook Sports Club, Hainesville, Illinois, July 10–12, 2026. The conduct described in my complaint occurred on July 11–12, 2026, so this complaint is submitted within the 30-day period required by rule IV.D.2(g). A signed hard copy follows by mail. Attached is my Formal Written Complaint.

Two related complaints arising from the same event — from Todd Hitch (NSCA #661804) and Julianne Hitch — have already been submitted to your office separately.

I would also respectfully ask that, in evaluating this matter, the Executive Council refer to Northbrook Sports Club's disqualification report for this event, which rule IV.F.5 requires shoot management to submit to NSCA, together with the internal records identified in Section 3 of my complaint. To be clear, and as stated in the complaint, I am not requesting copies of any records — I ask only that the Council consult its own files.

Please confirm receipt of this complaint and, once assigned, its complaint number under rule IV.D.2(h). I am available to provide any additional information the investigation requires.

Respectfully,

Scott Hitch
NSCA Member #661805
1918 Northwood Dr, Maryville, TN 37803
865.292.3538 | scott_hitch@hotmail.com

# NSCA WRITTEN COMPLAINT & REQUEST FOR DISCIPLINARY ACTION

*Prepared under NSCA Rules of Conduct, Article IV.D*

## 1. Complainant Information

**Complainant Name:** Scott Hitch

**Address:** 1918 Northwood Dr, Maryville, TN 37803

**Phone:** 865.292.3538

**Email:** scott_hitch@hotmail.com

**Signature / Date:** Scott W Hitch 8/1/2026

The complainant attended the event described below as a spectator on Days 2 and 3 of the Main Event (July 11–12, 2026). His wife, Julianne Hitch, attended as a spectator on all three days, and his son, Todd Hitch (NSCA #661804), was squadded in the Main Event with Mr. Powell. This complaint describes only conduct occurring on the days the complainant attended; the companion complaints (Section 9) provide first-person accounts of the full event.

## 2. Alleged Violator

**Name:** Brandon Powell

**Date(s) of Alleged Violations:** July 11–12, 2026 (Days 2 and 3 of the Main Event, plus post-event conduct on the final day)

**Location:** Northbrook Sports Club, Hainesville, Illinois

**Event:** 2026 NSCA North Central Regional Championship — Main Event

**Squad:** Brandon Powell, Jonathan Prince, Jared Rumer, Cameron Hicks, Todd Hitch

## 3. Requested Action

The complainant requests that the NSCA Executive Council impose the maximum available discipline — permanent expulsion / permanent bar from NSCA membership and registered competition — based on (a) the pattern and severity of the conduct described below, and (b) Mr. Powell's prior disciplinary history and express warning that further violations would result in heightened discipline (see Section 6).

**Request for internal review of prior disciplinary records:** to be clear, the complainant is not requesting copies or production of any records. He asks only that, in evaluating this complaint, the Executive Council and NSCA Headquarters refer to and take into account ALL disciplinary case files in NSCA's own records involving Mr. Powell — whether named or anonymized in the published minutes — including but not limited to Cases #12-07 and #12-08 (2013), the disciplinary action referenced in NSCA's public statement of June 29, 2017 (see Section 6.3), and the November 18, 2025 South Central Regional case. Complaints are assigned numbered files at Headquarters under IV.D.2(h), so this history is readily available to the Council even where the published minutes omit names.

## 4. Summary of Incidents

*Each incident below occurred at the 2026 North Central Regional on July 11–12, 2026 (Days 2 and 3), when the complainant was present, or in the immediate post-event period on Day 3. Incidents the complainant personally observed are so marked. The companion complaints (Section 9) provide first-person accounts of the full event, including the first day, which this complaint does not address because the complainant was not present that day.*

### 4.1 Aggressive physical intimidation of a squadmate (Day 2 — Station 5, Promatic Course)

Mr. Powell exited the stand, stared down Cameron Hicks, walked directly into his personal space, and confronted him silently. Mr. Hicks told him "never do that again," and an argument followed; Tommy Seibert and Brett Seibert had to physically separate the two competitors. At the following station, after apologizing to Todd Hitch "for having to witness the

incident," Mr. Powell walked straight back to Mr. Hicks and resumed arguing and yelling; Tommy Seibert repeatedly blew his whistle to stop the confrontation without immediate effect. (The complainant observed this from his spectator position; it is described in fuller detail in Todd Hitch's complaint.)

*Violates IV.C.1 (physical intimidation is within "unsportsmanlike conduct of any kind"), IV.C.2 (failure to obey shoot officials attempting to stop the confrontation), and IV.C.5.*

### 4.2 Profanity, yelling, thrown shells, and personal insults (Days 2–3; personally observed)

On Days 2 and 3 the complainant personally observed Mr. Powell repeatedly use insults, profanity at volume, argue and yell, throw spent shells, slam his gun closed, and stomp away from stands, including screaming after shooting some station in a manner calculated to unsettle other competitors. This included a personal insult to Jonathan Prince on Day 3 (Station 4, Beretta Course) as Mr. Prince approached to observe the show pair: "Wow, you sink into the ground a lot more than I do, you big ole boy." A spectator remarked he wished the behavior were on video, treating it as a spectacle; Mr. Powell's young daughter was present on Day 2.

*Violates IV.C.1 (swearing is enumerated) and IV.C.7 (conduct harmful to the NSCA, its membership, or the sport as a whole).*

### 4.3 Delaying the squad and seizing scorecards (Day 3)

On Day 3, on the second to last station, when Todd was up first and the rest of the squad, except for Brandon, was waiting for show birds, Mr. Powell took the scorecards from the trapper then slowly poured over them counting hits and misses, not just making sure they were in the correct order. This continued until this unsportsmanlike behavior was brought to Brett Seibert's attention and Brett had to tell him to give the scorecards to the trapper so Todd could proceed. Brandon also repeatedly delayed his arrival to the next station when Todd was up first. He typically does this by arriving late to the next station then fumbling around in the back of his UTV until his squad starts asking him to come to the station for the show birds. He then tells them to proceed without him. This is something Brandon does regularly to Todd but typically not to others in the squad with the exception of Tom Seay during 2025 Nationals.

*Violates IV.C.5 (interference with the shoot's conduct; the rulebook's recurring "keep the shoot moving" standard, VI.A.8/VI.E.1) and is inconsistent with VI.G.1–2, under which score cards are scored and initialed by the Field Judge and each shooter is responsible for his own card — no rule gives a competitor any role auditing squadmates' cards mid-round.*

### 4.4 Screaming at the final stand while squadmates waited (Day 3)

At his final stand, Mr. Powell turned around while still in the stand and screamed that he "was tied and going to have a shoot-off now" — while his squadmates were still waiting to shoot.

*Violates IV.C.1 and IV.C.5: conduct in the stand directed at the squad rather than the targets, while others' rounds were still in progress.*

### 4.5 Aggressive conduct toward the complainant's wife (Day 3, post-event; personally observed in part)

After the squad finished, the complainant personally witnessed the following: when Julianne Hitch told Mr. Powell that "sportsmanship matters," Mr. Powell approached and yelled to her, "Why are you being so sour?" The complainant and Todd Hitch then drove off to get away from Mr. Powell.

Per Julianne Hitch's complaint, after they drove off Mr. Powell launched into a loud tirade to the bystanders who remained, about "Todd and his Mom and Dad" — saying the family was upset over nothing, couldn't handle it, and was being "grumpy" — continuing until he noticed Mrs. Hitch standing behind him.

When Mrs. Hitch rejoined the complainant and Todd Hitch shortly afterward, she was crying and visibly upset. The complainant personally witnessed her distressed condition immediately following Mr. Powell's conduct.

*Violates IV.C.1's unsportsmanlike-conduct and IV.C.7. Directing an aggressive public tirade at a competitor's family — spectators — inverts the protections of IV.G and is conduct harmful to the sport.*

## 5. Pattern Argument and the Club's Own Action

Individually, several of these incidents might warrant a warning. Together they show a sustained, multi-day, multi-target pattern: physically intimidating a squadmate to the point that officials had to separate the two and repeatedly blow whistles, profane outbursts and thrown shells, a demeaning personal insult to a squadmate, screaming to unsettle competitors mid-round, seizing scorecards and delaying the squad, and berating the complainant's wife. Course manager Brett Seibert found it necessary to remain with this squad throughout the days the complainant attended — the shoot could not be conducted normally around Mr. Powell. The companion complaints (Section 9) document additional misconduct across the full event, and Julianne Hitch's complaint documents that Mr. Powell has directed similar mocking and harassment at Todd Hitch at prior events — establishing this as a recurring pattern rather than an isolated lapse.

**The club disqualified Mr. Powell (and Mr. Hicks) following the event.** Under IV.D.2(g), "the action of being disqualified from a shoot does not start disciplinary action" — only a written complaint does. This complaint is filed so that the association-level process the rulebook contemplates actually occurs. The Executive Council's own recent practice confirms this two-step structure: in the November 18, 2025 South Central Regional case, the club-level disqualification was followed by NSCA-level discipline imposed by the EC (see Section 6.2).

## 6. Aggravating Factors — Prior Disciplinary History

### 6.1 2012–2015: Cases #12-07 and #12-08 (named in published minutes)

- 2013 1st Quarter Executive Council Meeting Minutes (Cases #12-07 and #12-08), arising from an incident at the 2012 Georgia State Championship.
- The disciplinary process began in 2012: the EC's October 23, 2012 minutes record a "Brandon Powell Disciplinary Hearing" agenda item at which the Council "examined evidence and heard testimony regarding the incident in Georgia," with the hearing itself postponed to January 23, 2013 at the request of Mr. Powell's father due to a family illness.
- Case #12-07: the Executive Council modified Mr. Powell's probation terms to run July 13, 2012 through December 31, 2014, with an explicit warning that future rule violations would result in heightened discipline.
- Case #12-08: the Council separately found Mr. Powell in violation of NSCA safety rule II-A-12 (failure to shoot with the gun shouldered). Discipline included extended probation through December 31, 2015, mandatory anger-management and sportsmanship counseling (at his own expense, with NSCA-approved providers), and 50 hours of supervised community service, with a stated deadline of December 31, 2013 for completion and the express consequence that "failure to comply could result in suspension from the NSCA."
- Compliance trail in the published minutes: as of May 16, 2013, 16 of the 50 community-service hours were complete; as of September 7, 2013, the Good Sportsmanship Counseling was complete, but 34 hours of community service and the Anger Management Course remained outstanding against the December 31, 2013 deadline. No subsequently published minutes document completion.

*Sources: NSCA Executive Council Meeting Minutes of January 23, May 16, and September 7, 2013 (nsca.nssa-nsca.org, Minutes and Reports).*

### 6.2 November 2025: six-month safety probation (South Central Regional case)

The Executive Council's November 18, 2025 meeting minutes document a disciplinary case from the 2025 South Central Regional: after the main event had concluded and the course was closed, a shooter ("Person A") — at the request of two others ("Person B" and "Person C") — re-entered a stand and shot targets for a social media/publicity video, without permission from the course manager or referees, while workers were downrange near the machines; a worker radioed for the shooting to stop. The on-site protest committee disqualified Person A from the main event; Person A admitted the conduct. The EC voted to impose a six-month safety probation on Person A, effective from the date of the official notification letter (ordered sent by week's end, i.e., approximately late November 2025 — running to approximately late May 2026), with letters of admonishment to Persons B and C.

Identification: the published minutes anonymize the individuals. The complainant states that "Person A" is Mr. Powell. NSCA Headquarters issued the notification letters in this case and can confirm the identity from its own records.

- The EC's own discussion recorded a "concern raised about repeated 'probations'" for Person A — the Council has itself already flagged this member's recurring probation history.

**Timing:** the six-month safety probation ran to approximately late May 2026. The conduct described in Section 4 occurred July 11–12, 2026 — approximately six weeks after that probation expired.

### 6.3 2017: NSCA's own public statement of a disciplinary action, blocked by court order

On June 29, 2017, the NSCA's official, verified Facebook page published a statement to "dispel rumors" announcing that *"due to a temporary restraining order filed by Mr. Brandon Powell"* he would be permitted to participate in the Georgia State Championship at Meadows Gun Club, and directing questions to NSCA Headquarters (210-688-3371).

> *Source: NSCA official Facebook page, June 29, 2017 — https://www.facebook.com/MyNSCA/posts/10154714650643017*

This public statement — made by the association itself and naming Mr. Powell — establishes that in 2017 NSCA had a disciplinary action in force against him that would otherwise have excluded him from competition, and that he obtained a court order to compete notwithstanding it. Consistent with this, the NSSA Executive Committee's minutes of May 25, 2017 record a motion "to uphold the NSCA EC decision on disciplinary action" — the appellate step provided by rule IV.E — five weeks before the public TRO statement. The complainant does not assert which internal case number this concerned; the Council is asked to refer to the underlying file per the request in Section 3.

### 6.4 Why this history compels the maximum penalty

The 2013 discipline already included anger-management and sportsmanship counseling — the exact categories of behavior (verbal abuse, intimidation) at issue again here — together with a written warning that further violations would draw heightened discipline. NSCA's own 2017 public statement documents a further disciplinary action mid-decade, which Mr. Powell met with litigation rather than compliance. The November 2025 case shows formal discipline recurring yet again, with the EC itself noting the pattern of repeated probations. The three-day course of conduct described in Section 4 began approximately six weeks after the latest probation expired. Warnings, counseling, community service, and repeated probations have not resolved the underlying pattern; a member who reoffends in the same categories of conduct after every intermediate remedy the rulebook offers has exhausted them.

## 7. Basis for a Permanent Bar

The rulebook and NSCA Governance Charter both provide the Executive Council (and, independently, the Executive Director) broad discretion to impose a permanent bar:

- **IV.D.1:** "The Executive Council may, at any time at its discretion, suspend, expel or discipline any member... for the violation of any NSCA rule or regulation."
- **IV.D.2(n):** Following the hearing process, "The NSCA Executive Council shall have the discretion to suspend or expel a member or to impose any other disciplinary action it deems appropriate" — the Council is not limited to a fixed penalty schedule.
- **V (Classification, sandbagging provisions):** the rulebook already contemplates permanent removal as an available NSCA penalty — a member can be "PERMANENTLY barred from registered competition," and repeat offenders "may be barred from registered competition for a minimum of one (1) year and/or terminated from the NSCA." This confirms permanent exclusion is an established tool within NSCA's disciplinary framework, not a novel or extreme remedy.
- **NSCA Governance Charter, Article II-3(c) and II-3(f):** independent of the Executive Council process above, "The NSCA, by action of its Executive Director, has the right, and ultimate discretion and authority, to accept, reject, modify, suspend or terminate the membership of any member... at any time." A suspended or terminated member's only recourse is a written appeal to the NSCA Executive Council Officers within 15 days, with a further 15-day appeal to the NSSA Executive Committee, whose ruling is final.
- **EC precedent (2016–2025 published cases):** the Council's demonstrated escalation ladder for conduct cases runs from a warning letter (Case #16-01), to probation (Case #16-06), to a 30-day suspension (Case #16-02), to a one-year suspension plus probation (Case #16-05), to an outright bar from membership and the National Shooting Complex (Case #16-03). A member with formal discipline in 2013, a six-month safety probation imposed in November 2025, and the fresh pattern described in Section 4 sits at the top of that ladder.

Given the pattern described in Section 4 and the aggravating history in Section 6, the complainant submits that permanent expulsion — whether through the Executive Council's IV.D process or the Executive Director's independent authority under Governance Charter II-3(c)/(f) — is a proportionate and rule-supported response.

## 8. Witnesses

- Todd Hitch — NSCA #661804 — squadded with Mr. Powell all three days; author of a companion complaint (Section 9). 1918 Northwood Drive, Maryville, TN 37803; 865-379-2172.
- Julianne Hitch — spectator, all three days; author of a companion complaint (Section 9). 1918 Northwood Drive, Maryville, TN 37803; 865-379-2172.
- Brett Seibert — course manager; remained with the squad throughout the days the complainant attended; intervened in multiple confrontations. Contact via Northbrook Sports Club
- Tommy (Tom) Seibert — present Days 2–3; physically separated Mr. Powell and Mr. Hicks; used whistle to attempt to stop the Day 2 confrontation. Contact via Northbrook Sports Club
- Jonathan Prince — squad member; target of the Section 4.2 personal insult and of additional misconduct documented in the companion complaints.
- Jared Rumer — squad member; target of misconduct documented in the companion complaints.
- Cameron Hicks — squad member; target of the Section 4.1 physical intimidation. [Note: Mr. Hicks was himself disqualified by the club; the Council should nonetheless take his statement.]

## 9. Related Complaints

Two additional first-person complaints arising from the same event are being filed: (1) Todd Hitch (NSCA #661804), who was squadded with Mr. Powell for all three days of the Main Event and who reports having been the target of Mr. Powell's mocking and harassment repeatedly over several years; and (2) Julianne Hitch, a spectator on all three days, whose complaint includes the post-event conduct directed at her (Section 4.5). Their complaints provide first-person accounts of the full event — including the first day, which this complaint does not address because the complainant was not present that day — covering additional serious misconduct (verbal abuse of squad members and of the trapper/scorer, disputing another shooter's ruling, and an overheard threat of physical confrontation).

July 31, 2026
Dear NSCA Executive Director,

This is a formal complaint about Brandon Powell from the North Central Regional held at Northbrook in July 2026. Throughout the three day Main Event, I witnessed Brandon Powell break rules from NSCA Rulebook Section IV Portion C Rule 1: Pertaining to "unsportmanslike conduct of any kind, including but not limited to,...swearing, verbal or physical abuse of any shooter (or) scorer" and Rule 7 for "exhibit any conduct that is harmful to the NSCA, its membership, or the sport as a whole". These rules were broken multiply times throughout the three days of competition and disciplinary action needs to be taken.

Witnesses - The Pro Squad to which I am referring included Brandon Powell, Jonathan Prince, Jared Rumer, Cameron Hicks, and Todd Hitch. Scott Hitch was there on days 2 and 3. Tiffany Goodin (Brandon's wife or fiancé) was in an enclosed UTV and was only there the first day. Brandon's (I think) daughter was there on days 1 and 2. I was taking pictures and photos most of the time and therefore was walking and standing close to the squad all 3 days. Brett Seibert, the course manager was called on the first day and remained with the squad for the rest of the event. Tom Seibert spectated on the 2nd and 3rd day.

On day one of the Main Event, I observed Brandon engage in intimidating/verbal harassment of a scorer after he missed. He was standing close behind the trapper, yelling and vocalizing angrily about the call. This continued while another member of the squad started shooting. This led to a loud argument with different squad member telling him to stop. At that point tension was building from earlier stands so the course manager was called and had to start observing the squad. As we started moving to another station I could hear Brandon talking about how he couldn't believe that the other squad member had told him those things and that "he (the other shooter) shouldn't be starting anything because he (Brandon) would finish it". The arguing and bickering continued to the end of the course that day. One of the squadmates who was arguing with Brandon, came over and apologized to Todd for acting how he did that day. He said that he was tired of Brandon's bullying and couldn't stand it anymore.

On the second day of the Main Event, the unsportsmanlike conduct continued with arguing, yelling, throwing shells, and verbal onslaught. There were comments about a competitor's boots sinking in the ground (because of weight), disparaging remarks about abilities in a harsh and cutting tone filled with curse words and raised voices, and yelling. There was a spectator who said he wished it was on video - the arguing and aggressive behavior as though it was a spectacle...This is where I would like to point to Rule 7 about conduct harmful to the NSCA or the sport as a whole. Let alone those of us who had to witness this horrible conduct, but I was horrified at the idea that someone would find this okay to watch and at the thought of this behavior being out in social media, that someone might think it represented the NSCA. I can't imagine the damage to the NSCA, to the clubs, to the sponsors, to gun sports, and to the individuals who participate if such behavior was public, and more importantly continues without consequence. People who participate in shooting sports can be a positive example of people who use guns. Unsportsmanlike conduct should be unacceptable. Yelling, intimidating behavior, cussing, arguing, and being aggressive should have huge consequences, especially repeated behavior. Very strict discipline should be implemented to protect the reputation of the NSCA and to protect those individuals targeted. The more it is allowed, then the more it will grow as acceptable. I was appalled that grown adults behaved that way for themselves and for those of us there, but especially in front of a kid.

On the final day of the tournament, Brandon's unsportsmanlike behavior continued. He was throwing shells, angrily closing his gun and stomping away, screaming after he shot stations, and grabbing scorecards out of the trappers hands and making a big production of counting misses and hits while his squadmates were in the stand waiting for show birds. On his final

stand, he turned around while in the stand and screamed about how he "was tied and going to have a shoot off now" while his other squamates were still waiting to shoot. As Brandon walked away from the squad, I said, "Sportsmanship matters". I was so tired of his behavior from the last three days and knowing that he was finished shooting I felt compelled to say it again,"sportsmanship matters". He said that he was just "excited". Then proceeded to say "I'm sorry that Todd had to put up with THAT bullish!#." I couldn't believe his words, saying that he had no part in the horrible behavior of the last three days. He then continued to keep talking about this week and walked up the the other side of me. I put my hand up and told him that I didn't want to hear from him. He walked to the other side of me and started walking away. He then yelled back to me, "Why are you being so sour?" I thought "are you talking to me" and turned behind me to ask him exactly that. He then walked back up to me telling me that "all" he was trying to say was that Todd shot well this week, as if that would erase the hours of his unsportsmanlike conduct. I said, "Thank you. Todd did shoot well, and he was a good sportsman." I left it at that. The squad was finished. Scott and Todd drove off (we had to pack up to check out of our Airbnb and to fly to Portugal) to figure out what our schedule would be if there was a shoot-off. I remained in the area. Brandon saw them drive off and started yelling to those remaining how he didn't know why our family was upset because he hadn't said "anything" and how it wasn't that big of a deal, how Todd and his Mom and Dad couldn't handle it, how we were being so grumpy, etc... He continued his tirade about "Todd and his Mom and Dad" while everyone was watching me stand right behind him as he blathered. He turned around and noticed me. I looked him in the eye and said, "thanks for your insight" and walked off. We packed up and loaded up the trailer before the shoot-off. Todd completed the shoot-off and shook Brandon's hand and congratulated him.

Observations and insight after the shoot, we drove to the airport and took off for Portugal. On that flight Todd received word that both Brandon and Cameron were disqualified. The next 48 hours were spent getting messages and questions about what happened. As rumors abounded about what transpired, Todd received so many encouraging texts and messages supporting his skilled shooting in the midst of the horrible circumstances. Commenters shared on social media that Brandon had made fun of a squadmate's speech impediment. This is not something new. Brandon has made fun of Todd's speech, even going so far as to be in a squad ahead and asking the trapper to have Todd say something to make fun of his speech. It has been a pattern of conduct. I'm tired of his unsportsmanlike behavior, his verbal abuse and intimidation, and the influence of that behavior spreading in the NSCA and the shooting sports. Second chances are not working.

I beseech the Board to reprimand Brandon with the harshest consequence. His behavior during NC Regional was filled with intimidating behavior (to the trapper and to other squadmates), unsportmanslike behavior (inappropriate words, aggressive behavior, talk of fighting), and a horrible representation of what the NSCA, its clubs, its professionals, its members, and the shooting sports represent. If this behavior continues without disciplinary action, it sends a message that unsportsmanlike conduct and bad behavior representing the NSCA are acceptable. The wonderful people who drew us to this sport need to know that this unacceptable behavior cannot continue in the NSCA. In a climate where people can be very skeptical of gun ownership, shooting sports have been a beacon of responsiblity, sportmanship, honor, and representation of good gun ownership. Brandon's behavior, actions, and reputation are a far cry from the model the NSCA should be sharing in the world.

Thank you for your consideration,
Julianne Hitch
1918 Northwood Drive
Maryville, TN 37803
865-379-2172

# EXHIBIT A-12

July 31, 2026
Dear NSCA Executive Director,

This is a formal complaint about Brandon Powell from the North Central Regional held at Northbrook in July 2026. Throughout the three day Main Event, I witnessed Brandon Powell break rules from NSCA Rulebook Section IV Portion C Rule 1: Pertaining to "unsportmanslike conduct of any kind, including but not limited to,...swearing, verbal or physical abuse of any shooter (or) scorer" and Rule 7 for "exhibit any conduct that is harmful to the NSCA, its membership, or the sport as a whole". These rules were broken multiply times throughout the three days of competition and disciplinary action needs to be taken.

Witnesses - The Pro Squad to which I am referring included Brandon Powell, Jonathan Prince, Jared Rumer, Cameron Hicks, and Todd Hitch. Scott Hitch was there on days 2 and 3. Tiffany Goodin (Brandon's wife or fiancé) was in an enclosed UTV and was only there the first day. Brandon's (I think) daughter was there on days 1 and 2. I was taking pictures and photos most of the time and therefore was walking and standing close to the squad all 3 days. Brett Seibert, the course manager was called on the first day and remained with the squad for the rest of the event. Tom Seibert spectated on the 2nd and 3rd day.

On day one of the Main Event, I observed Brandon engage in intimidating/verbal harassment of a scorer after he missed. He was standing close behind the trapper, yelling and vocalizing angrily about the call. This continued while another member of the squad started shooting. This led to a loud argument with different squad member telling him to stop. At that point tension was building from earlier stands so the course manager was called and had to start observing the squad. As we started moving to another station I could hear Brandon talking about how he couldn't believe that the other squad member had told him those things and that "he (the other shooter) shouldn't be starting anything because he (Brandon) would finish it". The arguing and bickering continued to the end of the course that day. One of the squadmates who was arguing with Brandon, came over and apologized to Todd for acting how he did that day. He said that he was tired of Brandon's bullying and couldn't stand it anymore.

On the second day of the Main Event, the unsportsmanlike conduct continued with arguing, yelling, throwing shells, and verbal onslaught. There were comments about a competitor's boots sinking in the ground (because of weight), disparaging remarks about abilities in a harsh and cutting tone filled with curse words and raised voices, and yelling. There was a spectator who said he wished it was on video - the arguing and aggressive behavior as though it was a spectacle...This is where I would like to point to Rule 7 about conduct harmful to the NSCA or the sport as a whole. Let alone those of us who had to witness this horrible conduct, but I was horrified at the idea that someone would find this okay to watch and at the thought of this behavior being out in social media, that someone might think it represented the NSCA. I can't imagine the damage to the NSCA, to the clubs, to the sponsors, to gun sports, and to the individuals who participate if such behavior was public, and more importantly continues without consequence. People who participate in shooting sports can be a positive example of people who use guns. Unsportsmanlike conduct should be unacceptable. Yelling, intimidating behavior, cussing, arguing, and being aggressive should have huge consequences, especially repeated behavior. Very strict discipline should be implemented to protect the reputation of the NSCA and to protect those individuals targeted. The more it is allowed, then the more it will grow as acceptable. I was appalled that grown adults behaved that way for themselves and for those of us there, but especially in front of a kid.

On the final day of the tournament, Brandon's unsportsmanlike behavior continued. He was throwing shells, angrily closing his gun and stomping away, screaming after he shot stations, and grabbing scorecards out of the trappers hands and making a big production of counting misses and hits while his squadmates were in the stand waiting for show birds. On his final

stand, he turned around while in the stand and screamed about how he "was tied and going to have a shoot off now" while his other squamates were still waiting to shoot. As Brandon walked away from the squad, I said, "Sportsmanship matters". I was so tired of his behavior from the last three days and knowing that he was finished shooting I felt compelled to say it again,"sportsmanship matters". He said that he was just "excited". Then proceeded to say "I'm sorry that Todd had to put up with THAT bullish!#." I couldn't believe his words, saying that he had no part in the horrible behavior of the last three days. He then continued to keep talking about this week and walked up the the other side of me. I put my hand up and told him that I didn't want to hear from him. He walked to the other side of me and started walking away. He then yelled back to me, "Why are you being so sour?" I thought "are you talking to me" and turned behind me to ask him exactly that. He then walked back up to me telling me that "all" he was trying to say was that Todd shot well this week, as if that would erase the hours of his unsportsmanlike conduct. I said, "Thank you. Todd did shoot well, and he was a good sportsman." I left it at that. The squad was finished. Scott and Todd drove off (we had to pack up to check out of our Airbnb and to fly to Portugal) to figure out what our schedule would be if there was a shoot-off. I remained in the area. Brandon saw them drive off and started yelling to those remaining how he didn't know why our family was upset because he hadn't said "anything" and how it wasn't that big of a deal, how Todd and his Mom and Dad couldn't handle it, how we were being so grumpy, etc... He continued his tirade about "Todd and his Mom and Dad" while everyone was watching me stand right behind him as he blathered. He turned around and noticed me. I looked him in the eye and said, "thanks for your insight" and walked off. We packed up and loaded up the trailer before the shoot-off. Todd completed the shoot-off and shook Brandon's hand and congratulated him.

Observations and insight after the shoot, we drove to the airport and took off for Portugal. On that flight Todd received word that both Brandon and Cameron were disqualified. The next 48 hours were spent getting messages and questions about what happened. As rumors abounded about what transpired, Todd received so many encouraging texts and messages supporting his skilled shooting in the midst of the horrible circumstances. Commenters shared on social media that Brandon had made fun of a squadmate's speech impediment. This is not something new. Brandon has made fun of Todd's speech, even going so far as to be in a squad ahead and asking the trapper to have Todd say something to make fun of his speech. It has been a pattern of conduct. I'm tired of his unsportsmanlike behavior, his verbal abuse and intimidation, and the influence of that behavior spreading in the NSCA and the shooting sports. Second chances are not working.

I beseech the Board to reprimand Brandon with the harshest consequence. His behavior during NC Regional was filled with intimidating behavior (to the trapper and to other squadmates), unsportmanslike behavior (inappropriate words, aggressive behavior, talk of fighting), and a horrible representation of what the NSCA, its clubs, its professionals, its members, and the shooting sports represent. If this behavior continues without disciplinary action, it sends a message that unsportsmanlike conduct and bad behavior representing the NSCA are acceptable. The wonderful people who drew us to this sport need to know that this unacceptable behavior cannot continue in the NSCA. In a climate where people can be very skeptical of gun ownership, shooting sports have been a beacon of responsiblity, sportmanship, honor, and representation of good gun ownership. Brandon's behavior, actions, and reputation are a far cry from the model the NSCA should be sharing in the world.

Thank you for your consideration,
Julianne Hitch
1918 Northwood Drive
Maryville, TN 37803
865-379-2172

# EXHIBIT A-13

**Michael Hampton**

| | |
|---|---|
| **From:** | Michael Luongo Jr <mike.luongojr@gmail.com> |
| **Sent:** | Wednesday, July 29, 2026 2:50 PM |
| **To:** | Michael Hampton |
| **Cc:** | Nichole Bowers |
| **Subject:** | Re: NSCA Incident - NC Regional |

Mr. Hampton,

I am writing this email regarding the conduct of the shooters mentioned below, as I was on the squad directly behind them.

I do not know what led to the disagreement, so I can only speak to what I personally observed.

Throughout the course, Brandon Powell and Cameron Hicks were engaged in repeated verbal confrontations. There was frequent use of foul and inappropriate language, with insults and comments exchanged from stand to stand. I am not suggesting that one individual was more responsible than the other; from my perspective, both participated equally in the behavior.

At one station, I observed Brandon throw his empty shell hulls at Cameron's feet and tell him to pick them up. He then asked his daughter to pick them up.

I do not believe it is necessary or appropriate to repeat many of the words that were exchanged between the two men.

Regarding Jonathan Prince and Todd Hitch, I did not personally witness any verbal exchange or confrontation between them during the shoot.

As the incident continued from station to station, it began drawing the attention of spectators. Since we were all shooting on or around the Pro squad, it became increasingly embarrassing to watch and reflected poorly on the event.

While I understand that every shoot manager has discretion in handling situations like this, if I had been managing the event, I would have pulled both individuals aside, issued a warning, and made it clear that any further misconduct would result in their removal from the competition. In my opinion, that would have been in the best interest of everyone involved.

I have no personal interest in this disagreement. I am simply providing an honest account of what I witnessed because I believe it is important to be a good ambassador for our sport. This type of behavior has no place on a sporting clays course, especially in an environment involving firearms and ammunition.

Having competed in the NSCA for many years and as a multiple-time All-American, I understand the emotions and pressure that come with high-level competition. Everyone handles

pressure differently, and emotions can run high. However, in my opinion, the conduct I witnessed went well beyond what is acceptable.

If you have any questions or need any clarification regarding my observations, please feel free to contact me by phone or email.

Thank you,

Mike Luongo

On Tuesday, July 28, 2026, Michael Hampton <mhampton@nssa-nsca.com> wrote:

I am writing to ask if you would please send me an email summarizing what you observed during the NC Regional at Northbrook Sports Club involving Brandon Powell, Cameron Hicks, Jonathan Prince, and Todd Hitch.

We have received a report from the Protest Committee regarding the incident and are seeking any additional information that witnesses may be able to provide. This matter has resulted in multiple disciplinary action cases, and the NSCA is following the procedures outlined in the Rule Book. If you would like to review those procedures, please refer to Section IV-D, pages 10–13.

Please note that only information submitted in writing can be considered in these matters.

If you have any questions, please feel free to email or call me on my cell phone at 210-316-9218.

Respectfully,

**MICHAEL HAMPTON, JR.**
NSSA-NSCA Executive Director
(210) 688 3371 e. 299
mhampton@nssa-nsca.com

NATIONAL SKEET SHOOTING ASSOCIATION
NATIONAL SPORTING CLAYS ASSOCIATION
NATIONAL SHOOTING COMPLEX SAN ANTONIO, TX

# EXHIBIT A-14

**Michael Hampton**

**From:** Brett Seibert <brettclays@yahoo.com>
**Sent:** Monday, July 27, 2026 11:39 AM
**To:** Michael Hampton; Nichole Bowers
**Subject:** Powell

**To the NSCA Disciplinary Committee:**

I submit this statement regarding my personal observations of Brandon Powell's conduct during the 2026 North Central Regional Championship.

At the time of the event, I served as General Manager of Northbrook Sports Club, the host club for the Championship, and as Tournament Manager. I currently also serve as a member of the NSCA Executive Council. The observations and decisions described in this statement, however, were made solely in my capacity as Tournament Manager for the Championship.

Approximately halfway through the first day of competition, I received a telephone call from a member of Mr. Powell's squad expressing concern about the atmosphere within the squad and the conduct occurring during the round. Based upon that report, I determined that event management should begin closely monitoring the squad. Immediately following the call, during the second portion of Friday's round, and continuing throughout both rounds on Saturday and Sunday, other members of event management and I remained with the squad to observe the conduct and help ensure the orderly operation of the competition.

On Saturday, in an effort to reduce tension within the squad and encourage a more positive atmosphere, Tom Seibert, one of the Championship's course setters and my son, joined the squad wearing a coach's shirt, visor, whistle, cigar, and carrying a homemade baton. Tom had, in fact, purchased the Pro Squad at the fundraising auction held the previous evening. In keeping with that purchase, he jokingly announced that he would be serving as the squad's coach. No member of the squad appeared to take the comment seriously or react negatively. Tom, Clifford Seibert, and I remained with the squad throughout the round, continuing to issue warnings and encourage appropriate conduct whenever necessary.

Beginning when event management started observing the squad, I personally observed Mr. Powell repeatedly directing taunting remarks toward other competitors, loudly using profane language, and making comments that I perceived as confrontational. Other members of event management and I issued repeated verbal warnings regarding his conduct throughout the remainder of the competition. Despite those warnings, the conduct continued. Event management determined it was necessary to remain with the squad for the balance of the Championship in order to preserve the orderly conduct of the event. This level of continuous supervision was highly unusual and was undertaken solely because of the continuing conduct observed within the squad.

I also personally observed Mr. Powell repeatedly throwing spent shotgun hulls onto the ground rather than into nearby refuse containers. On multiple occasions, the hulls landed on or in the immediate vicinity of other competitors despite the presence of trash receptacles along the course. On one occasion, I observed Mr. Powell drop two spent shotgun hulls in the middle of the pathway directly in front of myself and other members of event management. After being instructed by event management to retrieve the hulls, he refused and instead directed his young daughter to pick them up.

Based upon my personal observations, I believed Mr. Powell's conduct to be unsportsmanlike and disruptive to the orderly conduct of the competition. His repeated profane language, verbal conduct directed toward other competitors, refusal to comply with a direction from event management, and continued misconduct after repeated warnings exceeded what I considered to be ordinary competitive gamesmanship or banter. His conduct affected fellow competitors, spectators, event staff, and the orderly administration of the Championship.

At the time, I elected not to immediately disqualify Mr. Powell. My decision was based upon my concern that an immediate disqualification, given the Pro Squad format, could unnecessarily disrupt the remaining competition for the other members of the squad and the orderly operation of the event. Instead, other members of event management and I continued to supervise the squad closely while issuing repeated warnings in an effort to allow the competition to proceed in an orderly manner. Throughout the remainder of the event, I believed that continued supervision represented the most appropriate course of action to maintain order while minimizing disruption to the Championship.

On Sunday, after receiving a written complaint from a member of the squad, I referred the matter to the posted Event Jury in accordance with the procedures established for the Championship. The Event Jury conducted its own independent investigation. Its investigation was not limited to the written complaint but also included witness information and other evidence gathered during its review. After considering that information, the Event Jury determined that Mr. Powell should be disqualified from the remainder of the event.

Based upon my personal observations throughout the Championship, I believe sufficient grounds existed to disqualify Mr. Powell from the competition, independent of the written complaint submitted on Sunday. The written complaint initiated the formal review process, but my own observations throughout the event were, in my judgment as Tournament Manager, sufficient to support that action.

I have reviewed the written complaints and witness statements submitted by others. This statement, however, is based upon my own personal observations and the decisions I made as Tournament Manager during the Championship.

I submit this statement for the Committee's consideration in its review of this matter.

Respectfully,

**Brett Seibert**
General Manager, Northbrook Sports Club
Tournament Manager – 2026 North Central Regional Championship
NSCA Executive Council Member

# EXHIBIT A-15

**Michael Hampton**

**From:** James Brady <booboobrady2005@gmail.com>
**Sent:** Tuesday, July 28, 2026 4:16 AM
**To:** Michael Hampton
**Cc:** Nichole Bowers
**Subject:** Re: NSCA Incident - NC Regional
**Attachments:** att.rbC5tj2qzS_zzXwM-Dh5ZYtFwW97eJWeVPOieuNo8Zw.mp4; att.rbC5tj2qzS_zzXwM-Dh5ZYtFwW97eJWeVPOieuNo8Zw.mp4

To Whom It May Concern:

I attended the 2026 North Central Regional at Northbrook. I am submitting this statement to document what I personally witnessed on Saturday because I believe it is relevant to any review of the incident.

I was not around the squad on day one to witness what actually initiated the conflict or conflicts between Brandon, Cameron and possibly Johnathan. Day 2 is when i started following the squad. Around Station 1, Jonathan Prince was in the shooting box. Todd Hitch was on his cart, Cameron was standing near the box, Brandon Powell was leaning against his cart, and everyone appeared to be watching Prince shoot. After one target, I heard the trapper call, "lost, dead." Prince turned and looked toward everyone. I then heard Brandon say, "lost, dead," and I heard Cameron respond by saying "lost" before calling Prince a "fucking cheater."

After Prince finished the station, he walked over near Brandon. Cameron walked by and said something to Prince, and Prince responded, "That hurt my feelings." At the following station, Cameron and Brandon exchanged a few words. At that point, it sounded like normal competitive banter.

Throughout what I observed, Todd Hitch did not appear to engage with either competitor, and Jared Rumor also appeared to keep his distance. However, it appeared to me that Cameron directed comments toward Brandon that seemed intended to provoke a reaction. In my opinion, Brandon handled the situation reasonably well until approximately Station 7. By then, the exchanges had become loud enough that nearby shooters and spectators stopped to watch, creating an atmosphere that I believe was disruptive to the competition.

There were numerous witnesses present, including Brett Siebert, his son Tommy, Cliff, several members of the professional squads, and many spectators. Despite the escalating situation, I did not observe any shoot officials intervene or attempt to de-escalate the conflict.

Based on what I observed, the situation escalated over the course of several stations rather than occurring as a single isolated incident. This presented multiple opportunities for event staff or officials to intervene before emotions reached the point they ultimately did.

As a spectator, I expected shoot management to maintain a safe and professional competitive environment. I did not observe any attempt to separate the individuals, issue verbal warnings, or otherwise de-escalate the situation while the exchanges continued.

The lack of visible intervention allowed the confrontation to continue in front of competitors, sponsors, volunteers, and spectators. In my opinion, this reflected poorly on the professionalism of the event and detracted from what should have been a positive championship atmosphere.

I also observed Tommy wearing what appeared to be a coach's shirt and whistle while carrying what appeared to be a two-foot piece of steel rebar with one end wrapped in white tape as a handle. I found this unusual and concerning. To me, it gave the appearance that the situation was not being treated with the seriousness I would have expected. I cannot speak to anyone's intent, only to what I observed.

I personally spoke with Brandon and advised him to calm down, focus on shooting, and not fall into what I believed was an attempt to provoke him. I also attempted to speak with Cameron. That conversation did not go well, and he responded by cursing at me. The only point I made to him was that his conduct was not representing either the sport or the brands he represents in a positive manner. I conveyed the same message to Brandon.

The following information was relayed to me after the event and is not based on my personal observations. I was informed that, on Friday, both Todd Hitch and Brandon had contacted Northbrook management requesting assistance in addressing the ongoing situation. I did not witness those conversations and therefore cannot verify them firsthand.

If that information is accurate, I believe there were additional opportunities for shoot management to intervene before the situation escalated. Once the verbal exchanges became repeated and disruptive, I believe a shoot official should have separated the individuals, issued warnings, or taken whatever action was appropriate under NSCA rules to prevent further escalation.

In my opinion, neither competitor handled the situation perfectly, and I also believe Northbrook staff could have intervened sooner to prevent it from escalating. Based on what I personally witnessed, disqualifying Brandon after the shoot-off and stripping him of everything he had won was an excessive outcome. I believe that earlier intervention may have prevented the incident from reaching that point.

I also question whether the disciplinary action was applied consistently. Based on what I personally witnessed, the decision to disqualify Brandon after the shoot-off appeared disproportionately severe under the circumstances. While I cannot speak to the reasoning of the decision-makers, I believe disciplinary actions should be applied fairly, consistently, and without regard to an individual's reputation or prior history. All competitors should have confidence that they are held to the same standard.

My concern is not simply the conduct of the individuals involved but also the failure to address an escalating situation before it reached the point that it did. I hope this statement assists in ensuring that future incidents are addressed promptly, consistently, and professionally so that competitors can have confidence in the fairness and integrity of NSCA events.

To be clear, I do not believe Brandon should be suspended or banned. However, if the NSCA Executive Council determines that disciplinary action is warranted, I believe any consequences should be applied fairly, consistently, and equally to everyone involved.

Based on what I personally witnessed, both Brandon and Cameron contributed to the confrontation. If the Executive Council concludes that Brandon's conduct warrants disciplinary action, then I believe Cameron's conduct should be evaluated under the same standards. I do not believe it would be appropriate to hold only one individual accountable while disregarding the conduct of the other.

Respectfully,

# EXHIBIT A-16

**Michael Hampton**

| | |
|---|---|
| **From:** | edigiovanni@rogers.com |
| **Sent:** | Sunday, July 26, 2026 8:00 PM |
| **To:** | Michael Hampton |
| **Cc:** | edigiovanni@rogers.com |
| **Subject:** | North Central Regionals, Cameron Hicks & Brandon Powell |
| **Attachments:** | Letter_of_Support_Brandon_Powell 2026 North Central Regionals.pdf |

You don't often get email from edigiovanni@rogers.com. Learn why this is important

To whom it may concern,

I felt compelled to write in regarding my experience and some of what I witnessed at the 2026 North Central Regional Sporting Clays Event a few weeks ago.
Please find attached a document outlining what I witnessed personally and some of the opinions formed based on that and my considerable experience as someone who loves our sport.

Kind regards,

Enzo Di Giovanni
Ph: 647-821-9771

Enzo Di Giovanni
90 Frank Johnston Road
Bolton, Ontario, Canada
L7E 2L7
PH: 647-821-9771
Email: edigiovanni@rogers.com

July 23, 2026

To the NSCA and the officials reviewing this matter:

I hereby authorize you to show this to Mr. Brandon Powell and Mr. Cameron Hicks. It is not to be circulated any further without my express consent.

**Re: Witness account – 2026 NSCA North Central Regional (Northbrook)**

My name is Enzo Di Giovanni (NSCA #660712). I competed at the 2026 NSCA North Central Regional at Northbrook, and over the course of the event I also spent time as a spectator, following two of the Pro Squads across their rotations – including the squad in which the conduct now under review took place, and the squad immediately behind them. I am providing this account in good faith, for the use of the NSCA in its review, and I ask that it be treated as a confidential submission to that review. I have no stake in the outcome. I am simply setting down what I personally saw. For clarity, I was not present for the Friday event; I was present for part of the Saturday event and all of the Sunday event.

I understand concerns have been raised about Brandon Powell's and Cameron Hicks's conduct – specifically, allegations of unsportsmanlike behaviour and verbal abuse – and that both Brandon Powell and Cameron Hicks were disqualified as a result. I am writing in support of Brandon, but I want to be fair to both men, because what I saw happened to the two of them together. I will give a fair and honest account of what I observed, including where it does not flatter either of them.

What I saw was an exchange of banter between Cameron Hicks and Brandon Powell that, at times, crossed into language I would call somewhat inappropriate. I will not pretend otherwise – some of it, on both sides, was sharper than perhaps it should have been. But from where I stood it was a mutual, back-and-forth exchange between the two of them, with neither man identifiable as the aggressor and, in my opinion, neither simply the victim of the other. And at no point did I see either of them direct any abusive or unsportsmanlike language at any of the other squad members or spectators while I was near. Every seemingly negative exchange that I witnessed was between Powell and Hicks. Neither, in my observation, was ever overtly aggressive or behaved in a manner that I perceived as genuinely threatening. As a Canadian, I have to make a hockey reference: during a Stanley Cup final, the players almost always step up their aggression, but at the end, when all is said and done, they line up at centre ice and shake

hands. At the close of the main event, both Cameron and Brandon exchanged fist bumps, and it appeared that all disagreements had been settled in a thoroughly sportsmanlike manner — good on both of them for their conduct at the end of what was clearly a demanding round that carried a high degree of importance for each of them.

Some further context that I observed or understand to be the case. At the end of the first day, the matter was raised with the Tournament Director by a couple of different people, and it is my understanding that the two shooters apologized — to each other and to others present. For the Saturday and Sunday rotations, the Tournament Director and his son were present and observing. While I was present, I did not see either official stop play, issue a warning, or otherwise meaningfully intervene. I note this only because those officials had the closest, clearest view of the conduct as it was actually taking place; and if, after the fact, there was enough to disqualify two competitors, then it seems fair to ask why there appears to have been no warnings issued at the time the conduct was allegedly taking place, so as to curtail any escalation or continuation of the seemingly inappropriate behaviour. To draw one more hockey comparison, officials during a game try to head off escalation by calling minor infractions early. Perhaps the officials present, and the NSCA, might treat this as a learning opportunity for the future — measures such as deducting targets or voiding a station score could serve as proportionate deterrents before a situation ever reaches the point of disqualification. I have faith in the NSCA to decide if and what measures might be required for the future of the sport.

I understand this has also been raised by others: during the later rounds, one of the officials wore an orange shirt that said "Coach," carried a haphazard whistle and what appeared to be a length of rebar or metal pipe as part of an obvious, good-natured joke. I mention it only to be clear that, in my interpretation, it was plainly meant in jest; everyone present understood it that way, and it lightened the mood rather than darkening it.

I will add one point, and I offer it purely as my own personal opinion rather than as fact. Based on what I saw with my own eyes on those two days, and on comparable exchanges I have witnessed between competitors at other events over the years, the conduct did not strike me as beyond what is, unfortunately, often seen in the heat of competition. It is my honest opinion that neither Brandon Powell nor Cameron Hicks should have been disqualified. As I saw it, the two were equally a part of the same mutual exchange, and both, to their credit, resolved it between themselves and apologized. If they were equally involved in what happened, then simple fairness would ask that they be treated consistently with one another. Whatever is decided, I would respectfully ask only that it be proportionate and based on the actual facts of what took place — and on what has taken place many times between competitors, at events of every kind. I fear that any rash or overreaching decision on this matter could jeopardize the sport's spirit and credibility.

I will also share a further concern, once more as my own opinion. As I understand it, the decision to disqualify both men was made by a board that convened after the round, and it was

not issued until more than six hours after play had ended — and roughly three hours after the shoot-off had already taken place. To my knowledge, during that six-hour-plus window, I am not aware of any effort to solicit accounts from the many people who were present and witnessed the exchanges first-hand. By my own count, there were more than a dozen witnesses, including the squad itself, spectators, and the squad shooting immediately behind (as a bit of squad stacking did take place during the shoot). I say this with respect for how difficult these decisions are for the tournament governing bodies, but it is the honest reason I hold the view I do: a fuller and more complete picture was readily available and, as far as I am aware, was not gathered before the outcome was reached. I would respectfully encourage the review to seek out the first-hand accounts of those who were actually present, if it is their intent to form a full and legitimate opinion with respect to the incident and any future decisions.

It is likely that many of those people would be willing and able to provide their own accounts directly to the review, in their own words, if they are asked. For my part, I would prefer to speak only to what I saw with my own eyes.

For what it is worth as a personal impression, I have shot alongside Brandon both in and outside of competition. I shadowed one of the Pro Squads for three days at the 2026 Northeast Regional at M&M, and interestingly enough, Brandon Powell and Cameron Hicks were both on that squad together as well, and their interactions over those three days were extremely professional and sportsmanlike. On one occasion, outside of any tournament, Brandon Powell was genuinely good company, and he took time during the round to give my son, Dante, some friendly, unsolicited shooting tips. My son (15 years old at the time) was in awe and extremely grateful, as he sees Mr. Powell as a role model and a great ambassador of the sport. While our whole squad bantered amongst ourselves that day, both during and after the shooting, it was light-hearted and never out of line — in fact, it was great fun. In my experience Brandon is a very kind-hearted family man with a dry, sarcastic sense of humour that I suspect some people find hard to read. I have never seen him be genuinely malicious toward anyone. It bares mentioning that he also competed at the Canadian Open in both 2025 and 2026, where he was very well received by the Oshawa Sportsman's Club and the shooters present and, from everything I saw, conducted himself extremely well throughout. I must stress that I do not believe a single difficult rotation should define how he is judged as a competitor or as a person. I would say much the same of Cameron Hicks: although I have spent only limited time with him, I like and respect him as well; the little I have come to know of him has always been of a decent man and a dedicated competitor, and I have no wish to see either man unfairly penalized for the same shared moment — which, once again, was well short of some of the other questionable interactions I have witnessed over my years of competitive shooting.

I will close with a broader thought, again offered as my own. In the scheme of things, a heated but human exchange between two high-level competitors — one that the men themselves resolved and apologized for — is not, to my mind, a grave matter. My genuine worry is that the more this is escalated and drawn out — or if unwarranted decisions are made with regard to

this matter — the more it risks casting our sport in a poor light to those outside it, including the many who are only too willing to seize on any excuse to portray the shooting sports unfavourably. I do not believe that blowing this out of proportion serves the sport, the NSCA, or the shooters themselves. In my opinion, what does serve the sport is a measured, fair, and proportionate resolution.

I am happy to answer any questions about what I personally witnessed, and can be reached at edigiovanni@rogers.com or 647-821-9771. Again, I provide this account in good faith and solely for the NSCA's review of this matter.

Respectfully,

Enzo Di Giovanni
NSCA #660712

# EXHIBIT A-17

**Michael Hampton**

---

**From:** Tiffany Goodin <tgoodin0917@gmail.com>
**Sent:** Monday, July 27, 2026 3:09 PM
**To:** Michael Hampton
**Cc:** Nichole Bowers
**Subject:** Re: NSCA Incident - NC Regional

Good Afternoon,
I am writing to give a response from being a witness to the North Central Regional incident.

On Friday of the main event, I went out to watch Brandon shoot. There was a station where Brandon shot a pair that didn't look anything like the show pair. No one called it a no bird. Jonathan Prince gets in the box and shoots a pair that came out exactly how Brandons came out and he called it a no bird. The squad agreed that it was a no bird. Brandon asked why he got to reshoot the pair over, but I didn't. Jonathan reshoots the pair and still misses the bird. After Jonathan finished shooting he came out of the box and looked at Brandon and said stop being a dick and tossed his hulls at Brandon. Brandon said jokingly I am a dick. They got on the cart together and went to the next station. At the next station Cameron walked over to Brandon and called Jonathan a fucking cheater.

On the last station of the main event Cameron shot and ran the station. Cameron turned to Jonathan and said good luck bitch and then looked at Brandon and said good luck to you to bitch. When Jonathan finished shooting the station he told Cameron you kinda hurt my feelings, what did i do to you? Cameron responded fuck you and your feelings. Then Brandon finished shooting and when Bradon ran the station,Cameron started screaming yall need to just shut the fuck up and went off the handle and was yelling and carrying on. We all left and I followed Brandon to the Make a Break. While Brandon was shooting the Make A Break , I went and found Brett Seibert. I asked Brett myself if he would come out and watch the main event on Saturday. I explained to Brett how Cameron ws acting and carrying  on. He said he would. I did not go out to the Main on Saturday or Sunday.

On Sunday after the Main Event Brandon and Todd had to do a shoot off for HOA. Brandon was declared the winner. A couple of hours later Brandon was sent a text message and was told he had been disqualified from all events. Not sure why he was disqualified from all events when all the other events had been shot prior to the main event and there weren't any issues. Brandon goes up to the clubhouse and asks why and asks Brett why he allowed this to go on. Bretts response to Brandon was because I thought it was funny.

I cannot believe how this was handled when Brandon and I both asked for help in this situation. Everyone knows that Cameron has threatened to kill Brandon in the past and it was played off as a joke when we asked for someone to come out to watch because of how he was acting on Friday.

This is my witness statement.

Tiffany Goodin

On Mon, Jul 27, 2026 at 2:55 PM Michael Hampton <mhampton@nssa-nsca.com> wrote:

# EXHIBIT A-18

**Michael Hampton**

---

**From:** FLC Shooting Grounds <flcshootinggrounds@gmail.com>
**Sent:** Sunday, August 2, 2026 8:30 PM
**To:** Michael Hampton
**Subject:** Powell Hicks Conflict

Michael,

Gary Fitzjarrell II
NSCA# 509770

I am writing this letter as an account of events I personally witnessed during the North Central Regional held at Northbrooks Sports Club July 7-12, 2026. The following observations are in regards to the actions leading up to the removal of Cameron Hicks and Brandon Powell from said shoot. I was in no means involved with the jury that removed said shooters, and my following statements are those of a shoot official hired by the Northbrook Sports Club.

Friday, July 10th, I was witness to a public conversation between Brandon Powell and Brett Seibert via telephone that had been placed on speaker prior to arrival. During this conversation Mr. Powell brought up issues in his squad of ongoing disharmony between him and another squad mate. At that time I was not aware of who the other squad mate was. Throughout the conversation Mr. Seibert attempted to de-escalate the situation at hand. Mr. Seibert offered advice to Mr. Powell as to why it would be best to find alternatives to the situation he found himself in. I was not aware or did I over hear of any ultimatums made by Mr Seibert.

Sunday, July 12, I was present on the course that the pros were shooting on that day. Upon arrival at a station that was suffering from trap issues, I proceeded to make small talk with the squad that Mr. Powell and Mr. Hicks were in. At this time I witnessed a disharmony not only in their squad but the proceeding and following squad It appeared to me that the center of this was a conflict between Mr Hicks and Mr Powell

Regards

Gary Fitzjarrell II

# EXHIBIT A-19

Formal statement to the NSCA Board of directors

To whom it may concern,

My name is Brett Turrentine and I am writing to you to provide a statement about the events that took place between Camron Hicks and Brandon Powell at the North central regional championships.

I joined many spectators while the pro squad was shooting the Promatic course for the main event on Saturday.

During this event from start to finish Cameron and Brandon both argued back and forth, both competitors made several apologies to other squad mates for the arguments.

But what struck me as a problem is Brett Seibert and his son wearing a coach shirt and a whistle armed with a piece of rebar he labeled as a attitude tool, never once intervened I asked several onlookers and competitors who the gentleman was in blue ( Brett Seibert ) was to which they told me was the owner of the club, from the start of the Promatic main event to the end Brett Siebert never once intervened in any way, his son blew a whistle one time but never said a word after the whistle as to leave the question as to why the whistle was blown.

At station 6 on the Promatic Brandon Powell looked at Brett after Cameron made a comment about how Brandons swing through method hasn't looked good on him since he was a "fat fuck" to which Brandon said to Brett Seibert, how long are you go on let this go on for to which Brett stayed silent and gave zero response to the question.

After station 6 Brandon was talked to by a fellow shooter named Boo Boo Brady to calm down and let it go and just shoot and get this event over with, Brandon went back to his cart and waited for the squad to be done shooting before moving on. The last shooter was Cameron, when Cameron walked off the stand he made another comment to Brandon, instigating another argument.

At the end of the promatic event I witnessed both Brandon and Cameron fist bump each other and say good shooting.

The way this was allowed to go on for the whole promatic event with the owner of the club witnessing it all, is an embarrassment to the sport. I then witnessed both Todd Hitch and Brandon Powell be rushed to a unannounced shoot off for HOA. Brandon was declared the winner of the north central regional championship. I do not believe this disqualification should have been implemented. The club aloud one competitor to hang his head in defeat and another to celebrate in victory. Just to turn around and disqualify the winner hours later.

In the short time I have been shooting I have currently acquired over 14,000 registered targets this current year. With that being said, I have been to Canada competing, and all over the country. Everywhere I go people are talking about Brandon Powell weather, it's how good he is, where he's going to next or who is under his coaching and how well there doing because of him. I firmly believe a ban on Brandon Powell would be a disservice to the sport and any prospective students that come in looking for coaching. I personally have acquired some of the same brand equipment that Brandon Powell uses because in my eyes in a world champion is using it, it could work for me. I will gladly be of any service to this matter as needed and please urge that you take into consideration of the worldwide impact this would have on the spot. Brandon is not only a rare talent but an ICON in the sport that thousands of people look up to including myself. Please do not hesitate to contact me.

740-260-5392

Brett@patriotscontracting.net

Thank you for your attention to this matter.

Sincerely,

Brett Turrentine NSCA number 737141

# EXHIBIT A-20

**Michael Hampton**

**From:** SAMMY MCFADDIN <sammydoc321@gmail.com>
**Sent:** Friday, July 24, 2026 12:41 PM
**To:** Michael Hampton
**Subject:** Re: NSCA Incident - NC Regional

Michael
I did not observe the problems on Main Sporting. I was Head Referee for FITASC. We did not have any problems with the shooters involved in the protest while competing on FITASC course. I became involved as a member of the Protest Committee.
Sammy McFaddin

On Fri, Jul 24, 2026, 1:31 PM Michael Hampton <mhampton@nssa-nsca.com> wrote:

I am writing to ask if you would please send me an email summarizing what you observed during the NC Regional at Northbrook Sports Club involving Brandon Powell, Cameron Hicks, Jonathan Prince, and Todd Hitch.

We have received a report from the Protest Committee regarding the incident and are seeking any additional information that witnesses may be able to provide. This matter has resulted in multiple disciplinary action cases, and the NSCA is following the procedures outlined in the Rule Book. If you would like to review those procedures, please refer to Section IV-D, pages 10–13.

Please note that only information submitted in writing can be considered in these matters.

If you have any questions, please feel free to email or call me on my cell phone at 210-316-9218.

Respectfully,

**MICHAEL HAMPTON, JR.**
NSSA-NSCA Executive Director
(210) 688 3371 e. 299
mhampton@nssa-nsca.com

# EXHIBIT A-21

**Michael Hampton**

**From:** Derrick Mein <dmein@live.com>
**Sent:** Wednesday, July 29, 2026 6:29 AM
**To:** Nichole Bowers; Michael Hampton
**Subject:** Us open

I would like to request a change of squads. With the recent release of the Pro squad for the US Open I was placed on a squad with an individual that makes it impossible to enjoy being on the course. I was on Brandon Powell's squad at the southeast regional earlier this year and the entire time was spent trying to avoid listening to his commentary. Most of which was centered around belittling the members of the squad. Some of which was vulgar in nature. Given recent events I feel that this has only continued to get worse. I will not participate if I am forced to be on a squad with an individual that does not respect the game or his fellow competitors. It is not right to force anyone to have to compete in that situation when there is no benefit to being part of the pro squad.

Thank you
Derrick Mein

Sent from my iPhone

General Information | NSCA Information | NSSA Information

First Name: DERRICK  MI:
Last Name: MEIN  Title:

Print Label

Member No/Exp. Year
NSCA: 523586 9999
NSSA: 205062C X-FIRE

Unlock Form | Revision Log | Close
History | Class Card | Print

Summary | Shoot History | Misc.

NSCA #: 523586
Exp Date: 12/31/9999
Joined On: 5/20/1996
Source: RENEW
Old NSCA no:
International: N
State of Record: KS
12G CCFR: 0.0609
SubGa CCFR: 0.0000
Special Case

Class M M
Change Class
Class Review:

Recruited By
NSCA #
Club #

INS | REF | EC | DIR | DLG | No Mag | SUS | Inactive | FIT Ref | Crossfire

Lifetime Tgts: 2026 142748

Sub Gauge Team
12 Gauge | 28 Gauge
20 Gauge | 410 Bore

State Team
Region Team
All American Team
FPS All American
Nssa All American
USA Sporting Team
National Class Rank

Advisory Council
State Assn Pres
State Assn Contact
MasterClass Pin Sent
Class Card Sent
Refuse BOY Review

Concurrent

Run Reclass Now

MC Earned On: 9/30/2001
Pin Was Mailed On: 5/23/2002

Notes:

Instructor
Cert Date: 4/26/2015
Exp Date: 12/31/2021
Phone: E  Youth
Level: Level 1
Website:

USA Sporting Team Type:
Sporting Clay

Dues Log

| Pay Date | Process Date | Amount Paid | User |
|---|---|---|---|
| 12/19/2001 | 12/19/2001 | 30 | legacy |
| 12/30/2002 | 12/30/2002 | 30 | nsiebold |
| 09/11/2003 | 09/29/2003 | 150 | nwoodward |
| 01/21/2010 | 01/25/2010 | 100 | kgracia |
| 10/30/2010 | 10/30/2010 | 200 | kgracia |

Dues Payments
Date Paid: 8/ 7/2026
Amt Paid: 100.00
Add

NSCA Membership Information
Current Membership: Life Individual $900.00
Amt Owed: 190.00
Spouse ID: 0

NSCA Disciplinary Actions
Prior Disciplinary Actions Taken
View Disciplinary Actions

NSCA Life Member Magazine
Add an Annual Magazine Payment

| SID | Exp |
|---|---|
| 062C | XF |
| 691C | XF |
| 661C | XF |
| 812C | XF |
| 439C | XF |
| 053C | XF |
| 8671 | |
| 4564 | |
| 8897 | |
| 278C | XF |
| 7808 | |
| 8199 | |
| 5801 | |
| 1095 | |
| 5623 | |

# EXHIBIT A-22

**Michael Hampton**

---

**From:** Nick Vigiano <nicks68runner@icloud.com>
**Sent:** Wednesday, July 15, 2026 10:41 AM
**To:** Michael Hampton
**Subject:** Brandon Powell

[You don't often get email from nicks68runner@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Sent from my iPhone
This person is a nasty representative of NSCA for his conduct. No one should be harassed for a disability.
He should be removed from NSCA
for life. This is not his first time of bad behavior. He will never learn.

Member: VIGIANO, NICK

General Information | NSCA Information | NSSA Information

First Name: NICK MI:
Last Name: VIGIANO Title:

Print Label

Member No/Exp. Year
NSCA: 517822 EX-2025
NSSA: 199974C EX-2025

Unlock Form
Revision Log
Close

History Class Card Print

Summary | Shoot History | Misc.

NSCA #: 517822
Exp Date: 12/31/2025
Joined On: 11/1/1994
Source: PHREN
Old NSCA no:
International: N
State of Record: GA
12G CCFR: 0.0000
SubGa CCFR: 0.0000
Special Case

Class B C

Class Review:

Recruited By
NSCA #:
Club #:

INS REF EC DIR DLG No Mag SUS Inactive FIT Ref Crossfire

Lifetime Tgts: 2026 16363

Sub Gauge Team
12 Gauge 28 Gauge
20 Gauge 410 Bore

Advisory Council
State Assn Pres
State Assn Contact
MasterClass Pin Sent
Class Card Sent
Refuse ED's Review
USA Shooting Team
National Class Rank

Concurrent
Super Veteran

Run Reclass Now

Notes:

Dues Log

| Pay Date | Process Date | Amount Paid | User |
|---|---|---|---|
| 11/26/2001 | 11/26/2001 | 40 | legacy |
| 03/02/2009 | 03/04/2009 | 40 | pmills |
| 02/12/2010 | 02/15/2010 | 40 | pmills |
| 03/07/2011 | 03/09/2011 | 40 | pmills |
| 04/15/2014 | 04/17/2014 | 40 | kgracia |

Dues Payments
Date Paid: 8/ 7/2026
Amt Paid: 50.00
Add

NSCA Membership Information
Current Membership: 1 Year E-Magazine $50.00
Amt Owed: 0.00
Spouse ID:

NSCA Disciplinary Actions
Prior Disciplinary Actions Taken
View Disciplinary Actions

NSCA Life Member Magazine
Add an Annual Magazine Payment

# EXHIBIT A-23

May 2, 2025

To: Brandon Powell
PO Box 694
Reynolds, GA 31076

From: Michael Hampton, Jr – NSSA-NSCA Executive Director

Re: NSCA Formal Complaint #25-01

Mr. Powell:

On April 28, 2025 the NSCA Executive Council held a meeting per the NSCA Rules and Regulations where they reviewed the complaint, your response, and the witness statements. After reviewing all the evidence, the following was agreed upon by unanimous vote:

1. Your actions on March 22, 2025 were a violation of the NSCA's rules and conduct.
2. You will be removed as Captain of the 2025 USA Sporting Clays Team but will remain a competitive member of the Open Team.
3. You must write a letter of apology to Jasper Copelan and provide NSCA Assistant Director, Nichole Bowers, with a copy and proof of mailing.
4. You must take a pre-approved anger management class and provide NSCA Assistant Director, Nichole Bowers, with a certificate of completion.
5. Effective May 5, 2025, your NSCA membership will be suspended until items three and four above are completed and received by headquarters at which time we will send you a letter of reinstatement.

You have the right to appeal this decision, but will remain on suspension throughout the appeal process. If you wish to appeal this decision, please follow the process set forth in the NSCA rule book under section IV-E. Any appeal will be heard by the NSSA Officers. The NSSA Officers will review all evidence and may affirm, reverse, or modify the disciplinary action imposed. Any decision made by the NSSA Officers is final.

Respectfully,

Michael Hampton, Jr.
NSSA-NSCA Executive Director

# EXHIBIT A-24

November 21, 2025

To: Brandon Powell
PO Box 694
Reynolds, GA 31076

From: Nichole Bowers - NSCA Director

Re: NSCA Formal Complaint #25-02

Mr. Powell:

On November 18, 2025, the NSCA Executive Council convened, in accordance with the NSCA Rules and Regulations, to review the complaint and the accompanying witness statements. After evaluating all submitted evidence, the Council reached the following decisions by majority vote:

1. Your actions on September 12, 2025, were determined to be a violation of NSCA rules and conduct.
2. The Main Event disqualification issued at the 2025 South-Central Regional will stand.
3. You will be placed on a six-month safety probation beginning November 19, 2025, and ending April 18, 2025.
4. Any additional safety violations during this probationary period will be reviewed by the Executive Council, who will determine whether a suspension is warranted.

You have the right to appeal this decision; however, please note that you will remain on probation throughout the appeals process. If you choose to appeal, please follow the procedures outlined in Section IV-E of the NSCA Rule Book. Any appeal will be reviewed by the NSSA Officers, who may affirm, reverse, or modify the disciplinary action. Their decision will be final.

Respectfully,

Nichole Bowers

Nichole Bowers
NSCA Assistant Director