# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDON POWELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:26-cv-05102-FB |
| | § | |
| **NATIONAL SKEET SHOOTING ASSOCIATION d/b/a NATIONAL SPORTING CLAYS ASSOCIATION,** | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

**UNSWORN DECLARATION VERIFYING COMPLAINT AND APPLICATION FOR TEMPORARY RESTRINING ORDER AND PRELIMINARY INJUNCTION**
**(28 U.S.C. § 1746)**

1. My name is Brandon Powell. I am the Plaintiff in this action.

2. The attached registration form is a true and correct copy of my registration for the 2026 event at issue in this case.

3. As reflected on the form, I am registered for several events over the course of the tournament. If the Court enters an order allowing me to compete, I can still participate in events that have not begun under the schedule attached. For purposes of reading the schedule, Tuesday was August 11, 2026, Wednesday is today, etc.

4. In addition, I can request that other events that I missed be reset so that I can participate if the Court entertains relief.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America on this 12th day of August, 2026 that the foregoing is true and correct.

Signed by:
93A59BFBB45A4A9... 8/12/2026
Brandon Powell