# EXHIBIT A-1

# 2026 US OPEN

GAME UNLIMITED

#193 BRANDON POWELL

SCORE CHASER

## BRANDON POWELL

NSCA #537260 CLASS MASTER / MASTER

Po Box 694, Reynolds, GA 31076

COMPETITOR #193

Registered August 11, 2025

| YOUR EVENTS | OPTIONS | TARGETS | ENTRY & TARGET FEES |
|---|---|---|---|
| **Main Event** | | 200 | $330.00 |
| Option: | HOA Option | | $50.00 |
| Option: | Class Option | | $20.00 |
| Option: | Lewis Option | | $20.00 |
| Option: | USA SCT Lewis Option | | $20.00 |
| **FITASC - Krieghoff** | | 100 | $180.00 |
| Option: | HOA Option | | $50.00 |
| Option: | Class Option | | $20.00 |
| Option: | Lewis Option | | $20.00 |
| **Prelim - Promatic** | | 100 | $135.00 |
| Option: | HOA Option | | $50.00 |
| Option: | Class Option | | $20.00 |
| Option: | Lewis Option | | $20.00 |
| **Prelim - Winchester/White Flyer** | | 100 | $135.00 |
| Option: | HOA Option | | $50.00 |
| Option: | Class Option | | $20.00 |
| Option: | Lewis Option | | $20.00 |
| **Super Sporting - Beretta** | | 100 | $135.00 |
| Option: | HOA Option | | $50.00 |
| Option: | Class Option | | $20.00 |
| Option: | Lewis Option | | $20.00 |
| **5-Stand - Browning** | | 100 | $135.00 |
| Option: | HOA Option | | $50.00 |
| Option: | Class Option | | $20.00 |
| Option: | Lewis Option | | $20.00 |
| **Beretta Gold Cup (Main + FITASC + Super)** | | | $0.00 |

| AMENITIES | PRICE |
|---|---|
| 1x Friday Night Cocktail Party: Cocktail Party | $0.00 |
| 1x Saturday Night Banquet: Shooter RSVP | $0.00 |

## PAYMENT HISTORY

| DATE | TYPE | METHOD | | AMOUNT |
|---|---|---|---|---|
| 08/11/25 | Payment | Score Chaser | Registration Payment | $280.00 |
| **ALL PAYMENTS** | | | | **$280.00** |

| | |
|---|---|
| TOTAL | $1,610.00 |
| DUE ANY | $1,050.00 |
| DUE CASH | $560.00 |
| TOTAL PAYMENTS | $280.00 |
| **BALANCE DUE** | **$1,330.00** |

# 2026 US OPEN

GAME UNLIMITED

#193 BRANDON POWELL

SCORE CHASER

## EVENTS AND ROTATIONS

| EVENTS AND ROTATIONS | COURSE | STATION | ROTATION |
|---|---|---|---|
| **Prelim - Winchester/White Flyer** | Prelim | 11A | Tuesday 2:00PM |
| **Prelim - Promatic** | Prelim | 13B | Wednesday 2:00PM |
| **FITASC - Krieghoff** | Par 3 | 1 | Thursday 8:30AM |
| **FITASC - Krieghoff** | Par 4 | 1 | Thursday 9:15AM |
| **FITASC - Krieghoff** | Par 1 | 1 | Thursday 10:00AM |
| **FITASC - Krieghoff** | Par 2 | 1 | Thursday 10:45AM |
| **Super Sporting - Beretta** | Super | 9B | Thursday 2:00PM |
| **Main Event** | Fiocchi/B&P | 5B | Friday 10:30AM |
| **5-Stand - Browning** | Field 1 | 1 | Friday 3:40PM |
| **5-Stand - Browning** | Field 2 | 1 | Friday 4:00PM |
| **5-Stand - Browning** | Field 3 | 1 | Friday 4:20PM |
| **5-Stand - Browning** | Field 4 | 1 | Friday 4:40PM |
| **Main Event** | Remington | 5B | Saturday 1:00PM |
| **Main Event** | Federal | 5B | Sunday 3:30PM |

## YOUR SQUADS

| EVENT | SQUAD | | | |
|---|---|---|---|---|
| Main Event | Michael Luongo | Brody Souza | Derrick Mein | |
| FITASC - Krieghoff | Hunter Webb | Brad Sutton Jr | Brett Turrentine | Rick Timmers |
| Prelim - Promatic | Hunter Webb | Justen Wilson | Brett Turrentine | |
| Prelim - Winchester/White Flyer | Hunter Webb | Brett Turrentine | | |
| Super Sporting - Beretta | Hunter Webb | Brett Turrentine | Blaize Whitehea | |
| 5-Stand - Browning | Hunter Webb | Mac Reardon | Stephen Steele | Grant Fleischer |