**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDON POWELL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:26-cv-05102-FB |
| | § | |
| **NATIONAL SKEET SHOOTING ASSOCIATION d/b/a NATIONAL SPORTING CLAYS ASSOCIATION,** | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

**THE PARTIES' JOINT SUPPLEMENTAL FILING IN RELATION TO BRIEFING WITH RESPECT TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING TEMPORARY RESTRAINING ORDER [DKT. NO. 9] AND RENEWED APPLICATION FOR TEMPORARY RESTRAINING ORDER**

The Parties, Plaintiff Brandon Powell and Defendant National Skeet Shooting Association d/b/a National Sporting Clays Association, jointly supplement the Briefing with Respect to Plaintiff's Motion for Reconsideration of Order Denying Temporary Restraining Order and Renewed Application for Temporary Restraining Order, and would show the Court as follows:

1. The Parties wish to clarify for the Court Paragraph 4 of Plaintiff's Declaration attached to Plaintiff's Motion for Reconsideration [Dkt. No. 13].

2. Plaintiff represents that Powell's statement concerning scheduling of events was intended to refer only to preliminary events. The Parties both agree that Powell must participate in the 10:30 (Central Time) flight of the Main Event, and that if he does not participate, he will be excluded from the Main Event with no opportunity to request rescheduling.

Respectfully submitted,

COKINOS | YOUNG

*/s/ Marshall B. Swanson*

Marshall B. Swanson
State Bar No. 24098490
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
Tel: (210) 293-8752
E-mail: MSwanson@cokinoslaw.com

Stephen A. Hess
Colorado Bar No. 16899
THE LAW OFFICES OF
STEPHEN A. HESS, P.C.
111 South Tejon, Suite 102
Colorado Springs, Colorado 80903
Tel: (719) 471-4516
E-mail: stephen@stephenahess.com
(admitted pro hac vice)

***ATTORNEYS FOR PLAINTIFF BRANDON POWELL***

Dykema Gossett PLLC
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

*/s/ Ryan D. Landry*

Ryan D. Landry
State Bar No. 24133526
Email: rlandry@dykema.com

***ATTORNEYS FOR DEFENDANT NATIONAL SKEET SHOOTING ASSOCIATION D/B/A NATIONAL SPORTING CLAYS ASSOCIATION***

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2026, a true and correct copy of the foregoing was served on counsel of record for Defendant via the Court's CM/ECF system and by electronic mail.

*<u>/s/ Marshall B. Swanson</u>*
Marshall B. Swanson