**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BRANDON POWELL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:26-CV-5102-FB** |
| | § | |
| **NATIONAL SKEET SHOOTING ASSOCIATION d/b/a NATIONAL SPORTING CLAYS ASSOCIATION,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION and MOTION TO VACATE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Brandon Powell, by and through the undersigned counsel, hereby withdraws his Motion for Preliminary Injunction and moves the Court to vacate the hearing set for September 8, 2026. As grounds therefore, Plaintiff states as follows:

Counsel for Plaintiff and Defendant have discussed the procedural ramifications of the Motion for Preliminary Injunction in light of an internal appeal that will be heard September 24, 2026 before the Officers of Defendant National Skeet Shooting Association ("NSSA"). Based on timing of those proceedings, Plaintiff wishes to withdraw his Motion for Preliminary Injunction without prejudice to its right to seek relief related to any decision by NSSA on the forthcoming appeal.

WHEREFORE, Plaintiff Brandon Powell respectfully withdraws his Motion for Preliminary Injunction and moves the Court to vacate the hearing set for September 8, 2026..

Respectfully submitted,

**COKINOS | YOUNG**
*/s/ Marshall B. Swanson*
Marshall B. Swanson
State Bar No. 24098490
10999 IH-10 West, Suite 800
San Antonio, Texas 78230
Tel: (210) 293-8752
E-mail: MSwanson@cokinoslaw.com

**THE LAW OFFICES OF STEPHEN A. HESS, P.C.**
Stephen A. Hess
Colorado Bar No. 16899
111 South Tejon, Suite 102
Colorado Springs, Colorado 80903
Tel: (719) 471-4516
E-mail: stephen@stephenahess.com
(Admitted Pro Hac Vice)

**ATTORNEYS FOR PLAINTIFF BRANDON POWELL**

## CERTIFICATE OF CONFERENCE

On September 3, 2026, counsel for Plaintiff conferred with counsel for Defendant regarding the relief requested in this Withdrawal and Motion and is authorized to state that the relief requested is not opposed.

*/s/ Stephen A. Hess*
Stephen A. Hess

## CERTIFICATE OF SERVICE

I certify that on September 4, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system and by electronic mail.

*/s/ Marshall B. Swanson*
Marshall B. Swanson