# EXHIBIT 7

NATIONAL SPORTING CLAYS ASSOCIATION™

August 6, 2026

To: Brandon Powell
P.O. Box 694
Reynolds, GA 31076
proshooter86@gmail.com

**Via email and Certified Mail R/R/R**

Re: NSCA Formal Complaint #26-10

Mr. Powell:

On August 5, 2026, the NSCA Executive Council held a meeting pursuant to the NSCA Rules and Regulations where they reviewed the complaint, your response, information from the Northbrook Sports Club, and the witness statements of Cameron Hicks, Jonathan Prince, James Brody, Enzo Di Giovanni, Brett Turrentine, Tiffany Goodin, Brett Seibert, Jared Rumer, Michael Luongo, Jr., Scott Hitch, Julianne Hitch, Gary Fitzjarrell, and Sammy McFaddin. After reviewing all the evidence, the following was agreed upon by a vote of: 10 in favor, 0 opposed, 2 abstained, 1 absent.

1. Your actions on July 10, 2026, July 11, 2026, and July 12, 2026 were violations of the NSCA's rules and conduct, which provide in pertinent part that "[i]t shall be a violation of these rules to … (1) Exhibit unsportsmanlike conduct of any kind, including but not limited to … cheating, swearing, verbal or physical abuse of any shooter, scorer, field judge, shoot official or protest committee … (7) Exhibit any conduct that is harmful to the NSCA, its membership, or the sport as a whole." *See* NSCA rules IV-C-1, IV-C-7.
2. The disqualification issued at the Northbrook Sports Club during the 2026 North Central Regional will stand.
3. Effective August 6, 2026, your NSCA membership will be suspended for the remainder of the year and your suspension will continue for a period of 10 additional calendar years.
4. You may re-apply for NSCA membership after January 1, 2037, but the NSCA is not obligated to accept your application.
5. If you are reinstated as an NSCA member following the expiration of your suspension, your membership will be subject to lifetime disciplinary probation; meaning any future violation of the NSCA Bylaws, Official Rules, Code of Conduct, or other applicable policies may result in immediate disciplinary action, up to and including permanent revocation of your membership.
6. Effective immediately, you are permanently disqualified from eligibility for membership on any NSCA recognition team, including, but not limited to, the USA Sporting Clays Team and the NSCA FITASC Team.
7. Effective immediately, you are permanently disqualified from eligibility for nomination to or induction into the NSCA Hall of Fame.

As you know, pursuant to Section IV-D of the NSCA Rules, the Executive Council may, at any time at its discretion, suspend, expel or discipline any member for the violation of any NSCA rule or regulation. In addition to your past disciplinary/complaint history with the NSCA, this is the third time in within the last 15 months that the Executive Council has met to address formal complaints of rule violations by you. On

NATIONAL SPORTING CLAYS ASSOCIATION ™

May 2, 2025, the Executive Committee issued its findings and decision related to NSCA formal complaint #25-01 arising out of your actions on March 22,

2025, resulting in (among other things) a membership suspension. Then on November 21, 2025, the Executive Committee issued its findings and decision related to NSCA formal complaint #25-02 arising out of your actions on September 12, 2025, resulting in (among other things) a probationary period that recently ended on April 28, 2026.

As noted above, the NSCA rules grant the NSCA Executive Council "the discretion to suspend or expel a member or to impose any other disciplinary action it deems appropriate." *Se*
*e* e.g. NSCA rules § IV-D-2-n-iv. In this case, while a lifetime ban from the NSCA was considered, the NSCA Executive Council decided to exercise its discretion to suspend your membership in the NSCA as described above, but has stopped short of imposing a lifetime ban.

You have the right to appeal this decision by notifying the Officers of the National Skeet Shooting Association ("NSSA"), but your suspension will remain in effect throughout the appeal process. If you wish to appeal this decision, pursuant to section IV-E of the NSCA rules, you must notify the NSSA Officers in writing no later than twenty (20) days from the date the ruling was issued. If you submit the appeal notification, the NSSA Officers shall hold a hearing on the matter, which will take place at the next regularly scheduled quarterly meeting of the NSSA Officers. At that hearing, you will have a right to be present, the right to be accompanied by counsel, and the right to testify and present any evidence you choose. You will not have the right to cross-examine witnesses. No record or transcript of the hearing will be made or allowed. The NSSA Officers will review all evidence and may affirm, reverse, or modify the disciplinary action imposed (including increasing the punishment). Any decision made by a majority vote of the NSSA Officers is final. Please refer to section IV-E of the NSCA rules for the complete list of your appellate rights.

The NSCA wishes to remind you that you agreed to abide by all of the NSCA rules, including agreeing "to abide by any decision of the NSCA Executive Council and further agree[d] and recognize[d] that as a voluntary amateur association, the NSCA has the right to impose, interpret and enforce its rules and regulations and that all decisions by the NSCA Executive Council following a hearing are FINAL." *See* NSCA rules § IV-E-4.

Respectfully,

Michael Hampton, Jr.
NSSA-NSCA Executive Director

cc: Ryan Landry, Dykema Gossett (via email)