# EXHIBIT 8

NATIONAL SKEET SHOOTING ASSOCIATION™ | NATIONAL SPORTING CLAYS ASSOCIATION™

September 25, 2026

To: Brandon Powell
P.O. Box 694
Reynold, GA 31076
Proshooter86@gmail.com

*Via Email and First Class Mail*

Stephen A. Hess, P.C.
The Law Office of Stephen A. Hess, P.C.
III South Tejon, Suite 102
Colorado Springs, CO 80903
stephen@stephenahess.com

From: Michael Hampton, Jr – Executive Director

Re: NSCA Disciplinary Case #26-10
Appeal Hearing Results

Mr. Powell:

On September 24, 2026, the National Skeet Shooting Association ("NSSA") Officers heard your appeal of the August 5, 2026 decision of the National Sporting Clays Association ("NSCA") Executive Council with regard to NSCA Formal Complaint #26-10. A copy of the NSCA's August 6, 2026 letter outlining the imposed discipline is attached for your reference.

You were present at the September 24, 2026 hearing and testified to the NSSA Officers. You did not bring, or request that the NSSA Officers hear from, any additional witnesses. You did not present any evidence other than your testimony. During your testimony, you agreed that you acted in an unsportsmanlike manner at the 2026 North Central Regional event at the Northbrook Sports Club.

The NSSA Officers heard your testimony, reviewed the complaint against you, your written statement, the video you provided in conjunction with your written statement, and the statements of the numerous witnesses identified in the attached August 6, 2026 disciplinary letter.

After considering all these materials, and in consideration of the fact that this is the third disciplinary matter the NSCA has had to address with you since May 2025, the NSSA Officers unanimously affirmed the disciplinary decision of the NSCA Executive Council. This decision of the NSSA Officers is final.

Respectfully,

Michael Hampton, JR.
NSSA-NSCA Executive Director

Cc: Ryan Landry, Dykema Gossett (via email)